1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (Bar No. CA 133473)
2  BRITT L. ANDERSON (Bar No. CA 212092)
   E-mail:  patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
4  Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
5
   Attorneys for Plaintiff
6  24 Hour Fitness USA, Inc.

ORIGINAL FILED

MAR 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

7

8                    UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT

10                   SAN FRANCISCO DIVISION

HRL

11

CV 08            1681

12  24 Hour Fitness USA, Inc.,
                                        No.
13            Plaintiff,
                                        COMPLAINT FOR DECLARATORY RELIEF
14       vs.                            AND DEMAND FOR JURY TRIAL

15  Apex Stores, LLC,

16            Defendant.

17

18       Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff"), for its

19  complaint against Apex Stores, LLC ("Defendant"), by its attorneys, Manatt, Phelps & Phillips

20  LLP, alleges as follows:

21                    **NATURE OF THE ACTION**

22  1.       This is an action for declaratory judgment brought under the Declaratory Judgment Act,

23  28 U.S.C. § 2201, for the purpose of determining actual questions of controversy between the

24  parties.  The claims alleged herein arise under the Lanham Act, 15 U.S.C. § 1051 *et seq.*

25  Defendant has alleged that Plaintiff's use of Plaintiff's federally registered APEX marks are

26  likely to cause confusion with Defendant's own APEX formative marks.  Plaintiff now seeks a

27  judicial declaration that its use of its APEX marks do not infringe on Defendant's marks.

28

## THE PARTIES

2.     Plaintiff is a corporation organized and existing under the laws of California, with a principal place of business at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

3.     On information and belief, defendant Apex Stores, LLC is a limited liability company organized and existing under the laws of Rhode Island, with a principal place of business at 100 Main Street, Pawtucket, Rhode Island 02860.

## JURISDICTION

4.     This Court has subject matter jurisdiction over this action pursuant to (i) 28 U.S.C. § 1331, as this action arises out of the laws of the Unites States of America; (ii) 15 U.S.C. § 1121, as this action involves claims under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 et seq.; (iii) 28 U.S.C. § 1338(a) and (b), as this action arises in part under an Act of Congress relating to trademarks; and (iv) 28 U.S.C. § 2201, as this is an action for declaratory judgment brought for the purpose of determining actual questions of controversy between the parties.

## VENUE

5.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as this is the judicial district in which a substantial part of the events or omissions giving rise to Defendant's claims of infringement allegedly occurred.

## INTRADISTRICT ASSIGNMENT

6.     This action may be assigned to the San Francisco Division pursuant to Local Rule 3-2(c), (d) as this action arises in Contra Costa County, where a substantial part of the events or omissions giving rise to Defendant's claims of infringement allegedly occurred.

## 24 HOUR FITNESS AND ITS APEX FITNESS GROUP BUSINESS

7.     24 Hour Fitness is a premier chain of health and fitness clubs.  In fact, it is one of the largest privately-held health and fitness chains in the world.  Founded in 1983, its mission is to enhance people's lifestyles through fitness and regular exercise.  Its clubs are distinguished by high quality services, including numerous cardiovascular and strength training machines and exercise equipment, superior aerobic and exercise classes, a wide range of free weights, and many

amenities, such as personal training programs, basketball and racquetball courts, lap pools, rock climbing, saunas, pro shops, child care, knowledgeable staff, and much more.

8.    Though its wholly owned subsidiary, Apex Fitness, Inc., also doing business as Apex Fitness Group, 24 Hour Fitness also provides cutting-edge integrated fitness and nutrition programs and products under distributorships offered to health and fitness clubs throughout the United States. Plaintiff has offered its distributorships and related goods and services in the health and fitness field under the APEX name since at least as early as 1994. In connection with its business, 24 Hour Fitness offers the following products and services under the APEX marks listed below ("Plaintiff's Marks"), among others.

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| APEX FIT (Stylized) | 3,045,062 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX LEAN (Stylized) | 3,034,722 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX FIX (Stylized) | 3,004,281 | Class 29: Food products, namely soy based food bars and cookies. |
| APEX FIX (Stylized) | 3,004,280 | Class 30: Food products, namely grain based food bars and cookies. |
| APEX MAX (Stylized) | 2,997,642 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX & Design | 2,936,205 | Class 5: Nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements<br><br>Class 9: Audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition<br>Class 16: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition<br><br>Class 35: Distributorship featuring vitamins & fitness programs<br><br>Class 41: Instruction and training services in the field of fitness and nutrition<br><br>Class 44: Providing information in the field of nutrition and fitness |
| APEX FITNESS | 2,703,428 | Class 35: Distributorships featuring vitamins and fitness programs in the |

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| GROUP (and Star Person Design) | | form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,445 | Class 9: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,444 | Class 16: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. |
| APEX TRAINING SYSTEM (and Star Person Design) | 2,701,627 | Class 35: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP VIRTUAL GYM | 78/851,695 | Class 41: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers. |
| | | Class 44: Providing information in the field of nutrition |

Attached as Exhibit 1 are true and correct copies of the electronic records for these registrations printed from the United States Patent and Trademark Office's ("USPTO") online database.

## DEFENDANT'S BUSINESS

9.      On information and belief, Defendant was founded in 1924 as a tire retreading, automotive service and manufacturing business, and has since expanded in various retail businesses including real estate development and management and financial services.  In connection with its business, Defendant offers the following products and services under the APEX mark ("Defendant's Marks"):

| MARK | App./Reg. No. | Goods or Services |
|---|---|---|
| APEX | 1,847,961 | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| APEX | 2,155,905 | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| | | IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| APEX MALL | 2,657,639 | IC 036. US 100 101 102. G & S: Shopping mall services and leasing of shopping mall space. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |

| APEX STORES | 2,443,933 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
|---|---|---|
| APEX ONLINE | 2,562,812 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| APEX ADVANTAGE | 2,918,976 | IC 040. US 100 103 106. G & S: Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 3,244,685 | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,022 | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. |

| | | FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
|---|---|---|
| | | IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,052 | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| | | IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |

Attached as Exhibit 2 are true and correct copies of the electronic records for these registrations printed from the USPTO online database.

## **FACTUAL BACKGROUND**

10.    On or about December 15, 2006, the USPTO issued an office action in which it refused Defendant's U.S. Application Serial No. 78/928,022, for the mark APEX COMPANIES, based, in part, on certain of Plaintiff's federal registrations.

11.    On or about November 1, 2007, counsel for Defendant sent 24 Hour Fitness a letter enclosing a Petition for Cancellation that had been filed that same day with the USPTO.  Attached as Exhibit 3 is a true and correct copy of this letter with enclosure.

12.    In Defendant's Petition for Cancellation, Defendant sought to cancel in whole or in part Plaintiff's Marks under U.S. Registration Nos. 2,701,627, 2,703,428 and 2,936,205 based on its claim that these marks are confusingly similar to one or more of Defendant's Marks in violation of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).  Defendant further asserted the claim that Plaintiff's continued use of Plaintiff's Marks is diluting the distinctive quality of one or more of Defendant's Marks.  See Exhibit 3.  On December 12, 2008, Plaintiff answered Defendant's Petition for Cancellation by denying Defendant's relevant allegations regarding likelihood of confusion and dilution and asserting its affirmative defenses.

13.    Following Defendant's November 1 letter, counsel for Plaintiff and Defendant discussed

the potential for settlement of the matter.  However, on or about March 10, 2008, counsel for

Defendant sent counsel for Plaintiff a letter stating that 24 Hour Fitness' continued use of its

APEX and APEX FITNESS marks resulted in "a great likelihood of confusion" with Defendant's

marks, and that Defendant was "unwilling to compromise" and wanted to "protect its rights."

Attached as Exhibit 4 is a true and correct copy of this letter.

14.    To date, the parties have been unable to resolve their dispute.

15.    On information and belief, one or more of Plaintiff's Marks and/or use by Plaintiff on

relevant goods and services of the APEX name precedes Defendant's first use and/or registration

of one or more of its APEX marks.

## FIRST CLAIM FOR RELIEF

### (Declaratory Relief – Noninfringement Of Trademark, 15 U.S.C. § 1125(a))

16.    24 Hour Fitness realleges and incorporates by reference paragraphs 1 through 15 above.

17.    As a result of Defendant's actions, there is an actual controversy between Plaintiff and

Defendant as to whether Plaintiff's continued use of Plaintiff's Marks is likely to cause mistake or

to deceive as to the affiliation, connection or association between Defendant and Plaintiff, or as to

the origin, sponsorship, or approval of Defendant's goods or services or commercial activities by

Plaintiff.

18.    In light of Defendant's claim of infringement of its trademarks, 24 Hour Fitness has a

reasonable and real apprehension that it faces an immediate lawsuit by Defendant, which lawsuit

may affect its ability to use and or maintain registrations for Plaintiff's Marks.

19.    A judicial declaration pursuant to 28 U.S.C. §§ 2201 and 2202 is necessary and

appropriate so that 24 Hour Fitness may ascertain its rights with respect to its continued use and

registration of its marks.

### PRAYER FOR RELIEF

20.    WHEREFORE, 24 Hour Fitness prays for relief against Defendant as follows:

(a)    A declaratory judgment that Plaintiff's use and registration of Plaintiff's

Marks does not infringe on any of Defendant's Marks;

1            (b)      Injunctive relief restraining Defendant, and its agents, successors and

2    assigns, and all others acting in concert and privity with it, from bringing any lawsuit or threat

3    against Plaintiff of trademark infringement or dilution in connection with Plaintiff's use and

4    registration of Plaintiff's Marks;

5            (c)      Plaintiff's costs and disbursements incurred in this action, including its

6    reasonable attorneys' fees; and

7            (d)      Such other and further relief as the Court deems just and proper.

8                            **DEMAND FOR JURY TRIAL**

9            24 Hour Fitness USA, Inc. hereby demands a trial by jury of all issues triable by a

10   jury.

11   Dated:    March _27_, 2008            MANATT, PHELPS & PHILLIPS, LLP

12

13                           By: _____

14                               Susan E. Hollander
                                 Britt L. Anderson

15                               Manatt Phelps & Phillips, LLP
                                 1001 Page Mill Road, Bldg. 2

16                               Palo Alto, CA 94304
                                 Tel: (650) 812-1300

17                               Fax: (650) 213-0260
                                 *Attorneys for Plaintiff*

18                               24 HOUR FITNESS USA, INC.

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

**apex FIT**

| | |
|---|---|
| **Word Mark** | APEX FIT |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440633 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **Registration Number** | 3045062 |
| **Registration Date** | January 17, 2006 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*



LEAN

| | |
|---|---|
| **Word Mark** | APEX LEAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440637 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 4, 2005 |
| **Registration Number** | 3034722 |
| **Registration Date** | December 27, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   ( Use the "Back" button of the Internet Browser to return to TESS)

# apex FIX

| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 029. US 046. G & S: Food products, namely soy based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469695 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3004281 |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Mar 27 04:10:42 EDT 2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout**  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 030. US 046. G & S: Food products, namely grain based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469684 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | **3004280** |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    **SEARCH OG**    BOTTOM    HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX MAX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701. |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440646 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 28, 2005 |
| **Registration Number** | 2997642 |
| **Registration Date** | September 20, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 009. US 021 023 026 036 038. G & S: audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 035. US 100 101 102. G & S: Distributorship featuring vitamins & fitness programs. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 041. US 100 101 107. G & S: Instruction and training services in the field of fitness and nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 044. US 100 101. G & S: Providing information in the field of nutrition and fitness. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 78346264 |
| **Filing Date** | December 29, 2003 |

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | 2936205 |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Blvd. 5th Flr. San Ramon CALIFORNIA 94583 |
| | (LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849816 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 14, 2003 |
| **Registration Number** | 2703428 |
| **Registration Date** | April 8, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E Hollander Esq |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422074 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702445 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422068 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702444 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout**  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX TRAINING SYSTEM |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849815 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2701627 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William E. Levin |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRAINING SYSTEM" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## APEX FITNESS GROUP VIRTUAL GYM

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP VIRTUAL GYM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers |
| | IC 044. US 100 101. G & S: Providing information in the field of nutrition |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78851695 |
| **Filing Date** | March 31, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 19, 2007 |
| **Owner** | (APPLICANT) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD. SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior** | 2702445;2703428;2936205 |

| | |
|---|---|
| **Registrations** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE FITNESS GROUP APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 2**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 8 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74430251 |
| **Filing Date** | August 27, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 1994 |
| **Registration Number** | **1847961** |
| **Registration Date** | August 2, 1994 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX STORES, LLC LTD LIAB CO BY ASSIGNMENT RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI, |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040916. |
| **Renewal** | 1ST RENEWAL 20040916 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [            ]  OR  Jump  to record: [            ]    **Record 7 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |
|---|---|---|---|---|

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000<br><br>IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74529131 |
| **Filing Date** | May 25, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 17, 1998 |
| **Registration Number** | 2155905 |
| **Registration Date** | May 12, 1998 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860<br><br>(LAST LISTED OWNER) APEX STORES, LLC CORPORATION RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR  Jump  to record: [        ]    **Record 4 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX MALL |
| **Goods and Services** | IC 036. US 100 101 102. G & S: SHOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75836787 |
| **Filing Date** | November 1, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 17, 2002 |
| **Registration Number** | 2657639 |
| **Registration Date** | December 10, 2002 |
| **Owner** | (REGISTRANT) Apex Stores LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | Lawrence R. Robins |
| **Prior Registrations** | 1847961 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR Jump  to record: [          ]    **Record 5 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX STORES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781412 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 2001 |
| **Registration Number** | 2443933 |
| **Registration Date** | April 17, 2001 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STORES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

**Affidavit Text**   SECT 15. SECT 8 (6-YR).

**Live/Dead
Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]     **Record 6 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX ONLINE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781411 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2001 |
| **Registration Number** | 2562812 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ONLINE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

**Affidavit Text**  SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**  LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____  **Record 3 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX ADVANTAGE |
| **Goods and Services** | IC 040. US 100 103 106. G & S: CUSTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, EMBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD PRINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR PROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, APPAREL AND OTHER PRODUCTS. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78319107 |
| **Filing Date** | October 27, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 26, 2004 |
| **Registration Number** | 2918976 |
| **Registration Date** | January 18, 2005 |
| **Owner** | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Attorney of Record** | JOHN E. OTTAVIANI |
| **Prior Registrations** | 1847961;1956407;2155905;2443933;2562812;2657639;AND OTHERS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Mar 19 04:11:06 EDT 2008

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 1 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928036 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | **3244685** |
| **Registration Date** | May 22, 2007 |
| **Owner** | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of** | John E. Ottaviani |

| | |
|---|---|
| **Record** | |
| **Prior Registrations** | 2918976 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST

NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 19 04:11:06 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:           OR   Jump   to record:          **Record 2 out of 8**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901

IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928022 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |

| | |
|---|---|
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928052 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE |

| | |
|---|---|
| **Type of Mark** | MARK AS SHOWN<br>SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 3**

# EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza  Providence, RI  02903  401.274.9200  *fax* 401.276.6611  eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY  10150

**John E. Ottaviani**
Phone: (401) 276-6405
*Direct Fax: (888) 325.9049*
jottaviani@eapdlaw.com

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

November 1, 2007

24-Hour Fitness USA, Inc.
12647 Alcosta Boulevard
Suite 500
San Ramon, CA  94583

Attention:  President

> RE:    **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
>        **Cancellation Proceeding before the Trademark Trial and Appeal Board**

Ladies and Gentlemen:

I am enclosing a copy of a Petition for Cancellation that was filed against your company in the United States Patent and Trademark Office's Trademark Trial and Appeal Board today. The Petition requests cancellation of Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM; Registration No. 2,703,428 for the mark APEX FITNESS GROUP and Registration No. 2,036,205 for the mark APEX, all as they relate to services in Class 35. The Patent and Trademark Office rules require that we serve a copy of this Petition on you as the owner of record of this registration.

Should you wish to speak directly with our client, please contact Mr. Andrew Gates at (401) 729-7200, ext. 7201.

Otherwise, you and your attorneys should be aware that an answer to this Petition for Cancellation should be filed with the Trademark Trial and Appeal Board within forty (40) days.

Very truly yours,

John E. Ottaviani

Enclosure

PRV 916454.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Registration No. 2,701,627
Date of Issue:  April 1, 2003

In the matter of Registration No. 2,703,428
Date of Issue:  April 8, 2003

In the matter of Registration No. 2,936,205
Date of Issue:  March 29, 2005

| | |
|---|---|
| **APEX STORES, LLC** ) | |
| **Petitioner** ) | |
| v.     ) | **Cancellation No.:** |
| ) | |
| **24 HOUR FITNESS USA, INC.** ) | |
| **Registrant** ) | |
| ) | |

## CONSOLIDATED PETITION FOR CANCELLATION

Apex Stores, LLC, a limited liability company organized and existing under the laws of the

State of Rhode Island, having a business address of 100 Main Street, Pawtucket, Rhode Island

02860 ("Apex"), believes that it will be damaged by Registration No. 2,703,428 for the mark

APEX FITNESS GROUP (and design) and Registration No. 2,701,627 for the mark APEX

TRAINING SYSTEM (and design) as they relate to services in Class 35, namely distributorships

featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed

information, and by Registration No. 2,936,205 for the mark APEX (in stylized form) as it relates

to services in Class 35, namely distributorship featuring vitamins and fitness programs, and

hereby petitions to cancel the registrations of the said marks for these services.

As grounds for this Petition, Apex avers that:

### Apex and its Marks

1. Since at least as early as 1924, Apex and its predecessors have used the mark "APEX" and other marks incorporating the word "APEX" on and in connection with various manufacturing, wholesale, retail, on-line retail, commercial and residential real estate development, real estate management and advertising businesses.

2. Apex is the owner of common law rights in the marks APEX, APEX ONLINE and APEX STORES, as a result of the continuous use of the APEX mark at least as early as 1924 in connection with automotive repair and maintenance services and retail automobile parts and accessories store services, as a result of its continuous use of the APEX mark since at least as early as September 1942 for retail department store services, and as a result of its continuous use of the APEX ONLINE and APEX STORES marks since at least as early as November 1996 in connection with retail store, mail order purchase and computerized online retail services.

3. Apex owns the following U.S. registrations for its trademarks and service marks, among others:

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| APEX | 1,847,961 | 8/2/1994 | Retail department store services (Class 42) |
| APEX | 2,155,905 | 5/12/1998 | Automotive repair and maintenance (Class 37); retail automobile parts and accessories stores (Class 42) |
| APEX ONLINE | 2,562,812 | 4/23/2002 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power |

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
| | | | equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX MALL | 2,657,639 | 12/10/2002 | Shopping mall services and leasing of shopping mall space (Class 36) |
| APEX STORES | 2,443,933 | 4/17/2001 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX ADVANTAGE | 2,918,976 | 1/18/2005 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |
| APEX COMPANIES | 3,244,685 | 5/22/2007 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with |

| Mark | Registration No. | Issue Date | Goods and Services |
|---|---|---|---|
|  |  |  | company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |

Current printouts of information from the TARR electronic database records of the U.S. Patent and Trademark Office showing the current status and title of each registration are attached to this Petition as Exhibits "A" through "G" respectively.

4.  Registration No. 1,847,961 for the mark APEX has been renewed pursuant to the provisions of the Lanham Act, and is incontestable.

5.  Registration No. 2,155,905 for the mark APEX, Registration No. 2,562,812 for the mark APEX ONLINE and Registration No. 2,443,933 for the mark APEX STORES are incontestable.

6.  Apex is the owner of U.S. Application Serial No. 78/928022 to register APEX COMPANIES as a service mark for the following services:  "promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up

PRV_912388_1/JJOTTAVIANI

and delivery services; business, advertising, marketing and management consulting services" in

Class 35; and for "automobile repair and maintenance" in Class 37.

**Registrant and its Marks**

7.   Upon information and belief, 24 Hour Fitness USA, Inc. ("Registrant") is a

California corporation with offices at 12647 Alcosta Boulevard, Suite 500, San Ramon,

California 94583.

8.   Registrant is the record owner of the following U.S. Trademark Registration for

the mark APEX TRAINING SYSTEM (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,701,627 | 4/1/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |

9.   Registrant is the record owner of the following U.S. Trademark Registration for

the mark APEX FITNESS GROUP (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,703,428 | 4/8/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information (Class 35) |

10.   Registrant is the record owner of the following U.S. Trademark Registration

for the mark APEX (stylized):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,036,205 | 3/29/2005 | Distributorships featuring vitamins and fitness programs  (Class 35), and various other services in five other classes. |

PRV_912388_1/JOTTAVIANI

### COUNT I: LIKELIHOOD OF CONFUSION

11. Apex repeats and incorporates herein by reference the averments in the preceding paragraphs.

12. Registrant's APEX FITNESS GROUP, APEX TRAINING SYSTEM and APEX marks are very similar in appearance and commercial impression to Apex's APEX, APEX ONLINE and APEX STORES marks.

13. The distributorship services listed in Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 are closely related to those of Apex, in particular, to Apex's retail store, mail order purchase and computerized online retail services.

14. On information and belief, Apex is the prior user of the APEX mark. Apex began using APEX in connection with retail department store services at least as early as September 1942, and began using APEX ONLINE and APEX STORES in connection with retail store, mail order purchase and computerized online retail services at least as early as November 1996. Registrant's registrations state that Registrant first used its APEX TRAINING SYSTEM and APEX FITNESS GROUP marks for distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes and printed information on June 1, 1999, and that Registrant first used its APEX mark for distributorships featuring vitamins and fitness programs on July 1, 2003. Consequently, Registrant's date of first use for each of these marks is subsequent to Apex's actual date of first use of its APEX, APEX ONLINE and APEX STORES mark for the identical or closely related services.

15. Apex has expended considerable effort and expense in promoting its APEX, APEX ONLINE and APEX STORES service marks and the goods and the services sold under

PRV_912388_1/JOTTAVIANI

such marks, with the result that the purchasing public has come to know, rely upon and recognize the products and services of Apex by such marks.

16.  Registrant's APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX service marks are confusingly similar to Apex's APEX, APEX ONLINE and APEX STORES service marks and are likely to cause confusion, deception or mistake to Apex's irreparable damage and injury, in violation of Section 2(d) of the Lanham Act, 15 USC §1052(d).

17.  If Registrant is permitted to retain the registrations sought to be cancelled, and thereby the prima facie exclusive right to use in commerce the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX mark on the identical or closely related services offered by Apex, a cloud will be placed on Apex's title to its trademarks, APEX, APEX ONLINE and APEX STORES and Apex's right to enjoy the full and exclusive use of the APEX, APEX ONLINE and APEX STORES marks in the United States in connection with the promotion of its services.

18.  If Registrant is permitted to retain the registrations sought to be cancelled, Apex has been advised by the U.S. Patent and Trademark Office that Apex's pending application Serial No. 78/928022 to register the service mark APEX COMPANIES as a service mark for its services may be refused.

### COUNT II: DILUTION

18.  Apex repeats and incorporates herein reference the averments in the preceding paragraphs.

19.  Apex is damaged and will continue to be damaged because Registrant's continued use and registration of the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX marks dilute the distinctive quality of Apex's APEX, APEX STORES and APEX ONLINE service marks.

### PRAYER FOR RELIEF

WHEREFORE, Apex respectfully requests that Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 be cancelled as they relate to services in Class 35.

The filing fee of $[900] for this Petition to Cancel is being submitted electronically with this Petition.

Apex hereby appoints John E. Ottaviani, of the law firm of Edwards Angell Palmer & Dodge LLP, a member of the bars of the State of Rhode Island and the Commonwealth of Massachusetts, as its attorney with full power of substitution and revocation, to prosecute this cancellation proceeding, and to transact all business in the U.S. Patent and Trademark Office in connection herewith.

APEX STORES, LLC

By: _____

Andrew A. Gates, Manager

Dated: October _31_, 2007

- 8 -

PRV_PRV_912388_1/JOTTAVIANI

STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

    Andrew A. Gates, hereby duly sworn, deposes and says that he is a Manager of Apex Stores, LLC and is authorized to execute this document on behalf of said corporation; that he has read and signed the same and knows the contents thereof, and the same is true of his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, he believes them to be true.

                                       Andrew A. Gates, Manager

Subscribed and sworn to, before me this 31st day of October, 2007.

                                Karin B Chieffallo
                                Notary Public   ID# 48663

                        My commission expires: 9-6-2009

> KARIN B. CHIEFFALLO
> Notary Public, State of Rhode Island
> My Commission Expires Sept. 6, 2009

Latest Status Info                          *EXHIBIT "A"*                          Page 1 of 3

Thank you for your request. Here are the latest results from the __TARR web server.__

This page was generated by the TARR system on 2007-10-15 15:56:09 ET

Serial Number: 74430251 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

Registration Number: 1847961

Mark (words only): APEX

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-09-16

Filing Date: 1993-08-27

Transformed into a National Application: No

Registration Date: 1994-08-02

Register: Principal

Law Office Assigned: LAW OFFICE 3

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2004-09-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

Address:
APEX STORES, LLC
00 MAIN STREET
PAWTUCKET, RI 02860
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Rhode Island

---

## GOODS AND/OR SERVICES

International Class: 042
Class Status: Active

---

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1847961&action=Request+Status          10/15/2007

etail department store services
**Basis:** 1(a)
**First Use Date:** 1942-09-00
**First Use in Commerce Date:** 1942-09-00

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-09-16 - First renewal 10 year

2004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

2004-07-22 - Combined Section 8 (10-year)/Section 9 filed

2004-07-22 - TEAS Section 8 & 9 Received

2004-01-26 - TEAS Change Of Correspondence Received

2003-08-28 - TEAS Change Of Correspondence Received

2000-10-17 - Section 8 (6-year) accepted & Section 15 acknowledged

2000-06-30 - Section 8 (6-year) and Section 15 Filed

1994-08-02 - Registered - Principal Register

1994-05-10 - Published for opposition

1994-04-08 - Notice of publication

1994-01-18 - Approved for Pub - Principal Register (Initial exam)

1994-01-06 - Examiner's amendment mailed

1994-01-04 - Assigned To Examiner

1993-12-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1847961&action=Request+Status   10/15/2007

)HN E. OTTAVIANI,

**!orrespondent**
)HN E. OTTAVIANI,
DWARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

---

USPTO Assignments on the Web                                           Page 1 of 1

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web > Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | | | |
|---|---|---|---|---|---|
| **Serial #:** 74430251 | **Filing Dt:** 08/27/1993 | | **Reg #:** 1847961 | | **Reg. Dt:** 08/02/1994 |
| **Registrant:** Apex Incorporated | | | | | |
| **Mark:** APEX | | | | | |

**Assignment: 1**

**Reel/Frame:** 2110/0428     **Received:** 07/28/2000         **Recorded:** 07/03/2000                **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED                        **Exec Dt:** 06/08/2000
                                                        **Entity Type:** CORPORATION
                                                        **Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC                          **Entity Type:** CORPORATION
            100 MAIN STREET                              **Citizenship:** RHODE ISLAND
            PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP
                LAWRENCE R. ROBINS
                28 STATE STREET
                BOSTON, MA 02109

Search Results as of: 10/15/2007 03:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&reno=74430251                    10/15/2007

atest Status Info                    *Exhibit "B"*                    Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on 2007-10-15 15:56:41 ET**

**Serial Number:** 74529131  <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2155905

**Mark (words only):** APEX

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-06-02

**Filing Date:** 1994-05-25

**Transformed into a National Application:** No

**Registration Date:** 1998-05-12

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

**Address:**
APEX STORES, LLC
00 MAIN STREET
PAWTUCKET, RI 02860
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Rhode Island

---

## GOODS AND/OR SERVICES

**International Class:** 037
**Class Status:** Active

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=2155905&action=Request+Status        10/15/2007

utomotive repair and maintenance services
asis: 1(a)
irst Use Date: 1924-00-00
irst Use in Commerce Date: 1924-00-00

nternational Class: 042
lass Status: Active
etail automobile parts and accessories stores
asis: 1(a)
irst Use Date: 1924-00-00
irst Use in Commerce Date: 1924-00-00

## ADDITIONAL INFORMATION

NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

NOT AVAILABLE)

## PROSECUTION HISTORY

04-06-02 - Section 8 (6-year) accepted & Section 15 acknowledged

04-05-12 - Response received for Post Registration action

04-05-12 - Section 8 (6-year) and Section 15 Filed

04-05-12 - TEAS Response to Office Action Received

04-05-12 - TEAS Section 8 & 15 Received

04-02-17 - Post Registration action mailed Section 8 & 15

04-01-26 - TEAS Change Of Correspondence Received

03-12-15 - Section 8 (6-year) and Section 15 Filed

03-12-15 - TEAS Section 8 & 15 Received

03-08-28 - TEAS Change Of Correspondence Received

98-05-12 - Registered - Principal Register

98-02-17 - Published for opposition

98-02-17 - Published for opposition

98-01-16 - Notice of publication

Latest Status Info                                                                Page 3 of 3

1997-12-10 - Approved for Pub - Principal Register (Initial exam)

1997-08-11 - Communication received from applicant

1996-12-04 - Letter of suspension mailed

1996-10-28 - Communication received from applicant

1996-04-25 - Final refusal mailed

1995-12-14 - Communication received from applicant

1995-07-15 - Letter of suspension mailed

1995-07-13 - Assigned To Examiner

1995-05-14 - Communication received from applicant

1994-11-17 - Non-final action mailed

1994-10-19 - Assigned To Examiner

1994-10-17 - Assigned To Examiner

1994-10-17 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN E. OTTAVIANI

**Correspondent**
JOHN E. OTTAVIANI
EDWARDS & ANGELL, LLP
PO BOX 55874
BOSTON MA 02205
Phone Number: 401-274-9200
Fax Number: 401-276-6611

---

JSPTO Assignments on the Web                                                                    Page 1 of 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

        Serial #: 74529131        **Filing Dt:** 05/25/1994        **Reg #:** 2155905        **Reg. Dt:** 05/12/1998

    **Registrant:** Apex Incorporated

        **Mark:** APEX

**Assignment: 1**

    **Reel/Frame:** 2110/0428     **Received:** 07/28/2000     **Recorded:** 07/03/2000     **Pages:** 4

    **Conveyance:** ASSIGNS THE ENTIRE INTEREST

      **Assignor:** APEX INCORPORATED

                               **Exec Dt:** 06/08/2000

                               **Entity Type:** CORPORATION

                               **Citizenship:** RHODE ISLAND

      **Assignee:** APEX STORES, LLC                 **Entity Type:** CORPORATION

              100 MAIN STREET                 **Citizenship:** RHODE ISLAND

              PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

                LAWRENCE R. ROBINS

                28 STATE STREET

                BOSTON, MA 02109

Search Results as of: 10/15/2007 03:56 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                     *Exhibit "C"*                          Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-15 15:57:05 ET

Serial Number: 75781411 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

Registration Number: 2562812

Mark (words only): APEX ONLINE

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2007-09-13

Filing Date: 1999-08-23

Transformed into a National Application: No

Registration Date: 2002-04-23

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 830 -Post Registration

Date In Location: 2007-09-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Apex Stores, LLC

Address:
Apex Stores, LLC
00 Main Street
Pawtucket, RI 02860
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Rhode Island

---

## GOODS AND/OR SERVICES

International Class: 035
Class Status: Active

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=2562812&action=Request Status          10/15/2007

Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**Basis:** 1(a)
**First Use Date:** 1996-11-01
**First Use in Commerce Date:** 1996-11-01

---

## ADDITIONAL INFORMATION

**Disclaimer:** "ONLINE"

**Prior Registration Number(s):**
847961
155905

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-09-12 - Assigned To Paralegal

2007-08-28 - Section 8 (6-year) and Section 15 Filed

2007-08-28 - TEAS Section 8 & 15 Received

2007-05-04 - Case File In TICRS

2004-01-26 - TEAS Change Of Correspondence Received

2003-08-28 - TEAS Change Of Correspondence Received

2002-04-23 - Registered - Principal Register

2001-06-28 - Extension Of Time To Oppose Received

2001-05-29 - Published for opposition

2001-05-16 - Notice of publication

2001-01-29 - Approved for Pub - Principal Register (Initial exam)

2000-07-25 - Letter of suspension mailed

2000-06-30 - Communication received from applicant

2000-01-31 - Non-final action mailed

2000-01-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John E. Ottaviani

**Correspondent**
John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
P.O. Box 130
F.D.R. Station
New York NY 10150
Phone Number: 401-274-9200
Fax Number: 401-276-6611

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

### For Serial Number: 75781411

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

atest Status Info                    *EXHIBIT "D"*                                Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-15 15:57:28 ET

**Serial Number:** 75836787 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2657639

**Mark (words only):** APEX MALL

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2002-12-10

**Filing Date:** 1999-11-01

**Transformed into a National Application:** No

**Registration Date:** 2002-12-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-28

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

. Apex Stores LLC

.ddress:
.pex Stores LLC
)0 Main Street
awtucket, RI 02860
'nited States
.egal Entity Type: Corporation
tate or Country of Incorporation: Rhode Island
.

---

## GOODS AND/OR SERVICES

nternational Class: 036
lass Status: Active

--- ·1·,llm--•---- -·-,l- .-.J.··--n --·--•-•·--•-- .0 ---·- ...- .0--.- --.. - ...... -- .. _... ... -.. - 2657639&...·-- ·-n--··· ..0--•- 10/15/2007

HOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE
asis: 1(a)
'irst Use Date: 1966-00-00
'irst Use in Commerce Date: 1966-00-00

---

## ADDITIONAL INFORMATION

isclaimer: "MALL"

rior Registration Number(s):
847961

---

## MADRID PROTOCOL INFORMATION

'OT AVAILABLE)

---

## PROSECUTION HISTORY

)04-01-26 - TEAS Change Of Correspondence Received

)03-08-28 - TEAS Change Of Correspondence Received

)02-12-10 - Registered - Principal Register

)02-09-17 - Published for opposition

)02-08-28 - Notice of publication

)02-05-14 - Approved for Pub - Principal Register (Initial exam)

)02-05-09 - Examiner's amendment mailed

)02-04-01 - Communication received from applicant

)02-04-01 - PAPER RECEIVED

)01-10-09 - Non-final action mailed

)00-10-27 - Letter of suspension mailed

)00-10-25 - Assigned To Examiner

)00-09-15 - Communication received from applicant

)00-03-14 - Non-final action mailed

)00-03-09 - Assigned To Examiner

)00-03-08 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**.ttorney of Record**
.awrence R. Robins

**:orrespondent**
)HN E. OTTAVIANI, ESQ.
)WARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

---

USPTO Assignments on the Web  Page 1 of 1

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 75836787

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                    $E x H I B I T \quad "E"$                    Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-15 15:57:52 ET

Serial Number: 75781412 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

Registration Number: 2443933

Mark (words only): APEX STORES

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2007-05-21

Filing Date: 1999-08-23

Transformed into a National Application: No

Registration Date: 2001-04-17

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 830 -Post Registration

Date In Location: 2007-05-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

Apex Stores, LLC

Address:
Apex Stores, LLC
00 Main Street
Pawtucket, RI 02860
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Rhode Island

---

## GOODS AND/OR SERVICES

---

International Class: 035
Class Status: Active

retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, software, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**Basis:** 1(a)

**First Use Date:** 1996-11-01

**First Use in Commerce Date:** 1996-11-01

---

## ADDITIONAL INFORMATION

**Disclaimer:** "STORES"

**Prior Registration Number(s):**
847961
155905

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-05-21 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-05-15 - Assigned To Paralegal

2007-04-17 - Section 8 (6-year) and Section 15 Filed

2007-04-17 - TEAS Section 8 & 15 Received

2006-11-21 - Case File In TICRS

2004-01-26 - TEAS Change Of Correspondence Received

2003-08-28 - TEAS Change Of Correspondence Received

2001-04-17 - Registered - Principal Register

2001-01-23 - Published for opposition

2000-12-22 - Notice of publication

2000-11-08 - Approved for Pub - Principal Register (Initial exam)

2000-11-08 - Assigned To Examiner

2000-07-25 - Letter of suspension mailed

000-06-30 - Communication received from applicant

000-01-31 - Non-final action mailed

000-01-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**attorney of Record**
ohn E. Ottaviani

**orrespondent**
ohn E. Ottaviani
dwards Angell Palmer & Dodge LLP
.O. Box 130
.D.R. Station
lew York NY 10150
hone Number: 401-274-9200
ax Number: 401-276-6611

---

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

### For Serial Number: 75781412

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                    $E \times h \mid B \mid T$ "$F$"                    Page 1 of 3

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2007-10-15 15:58:19 ET

**Serial Number:** 78319107  Assignment Information          Trademark Document Retrieval

**Registration Number:** 2918976

**Mark (words only):** APEX ADVANTAGE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-01-18

**Filing Date:** 2003-10-27

**Transformed into a National Application:** No

**Registration Date:** 2005-01-18

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-01-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

**Address:**
Apex Stores, LLC
00 MAIN STREET
PAWTUCKET, RI 02860
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Rhode Island

---

## GOODS AND/OR SERVICES

**International Class:** 040
**Class Status:** Active

CUSTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, EMBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD PRINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR PROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, APPAREL AND OTHER PRODUCTS
**Basis:** 1(a)
**First Use Date:** 1996-12-01
**First Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
847961
956407
155905
443933
562812
657639

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-11-17 - TEAS Change Of Correspondence Received

2005-01-18 - Registered - Principal Register

2004-10-26 - Published for opposition

2004-10-06 - Notice of publication

2004-08-30 - PAPER RECEIVED

2004-09-07 - Published for opposition

2004-08-30 - FAX RECEIVED

2004-08-18 - Notice of publication

2004-07-22 - TEAS Response to Office Action Received

2004-05-31 - Approved for Pub - Principal Register (Initial exam)

2004-05-27 - Examiners amendment e-mailed

2004-05-11 - Assigned To Examiner

:004-01-26 - TEAS Change Of Correspondence Received

:003-11-20 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**ttorney of Record**
OHN E. OTTAVIANI

**:orrespondent**
ohn E. Ottaviani, Esq.
:dwards Angell Palmer & Dodge, LLP
'O Box 55874
;oston MA 02205
'hone Number: 401-274-9200
'ax Number: 401-276-6611

---



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 78319107

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

.atest Status Info            *Exhibit G*                    Page 1 of 3

'hank you for your request. Here are the latest results from the <u>TARR web server.</u>

'his page was generated by the TARR system on 2007-10-15 15:58:48 ET

erial Number: 78928036 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

legistration Number: 3244685

*lar!*

# APEX COMPANIES

vords only): APEX COMPANIES

tandard Character claim: Yes

'urrent Status: Registered.

ate of Status: 2007-05-22

iling Date: 2006-07-12

ransformed into a National Application: No

egistration Date: 2007-05-22

egister: Principal

aw Office Assigned: LAW OFFICE 111

'you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
ssistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

urrent Location: 650 -Publication And Issue Section

ate In Location: 2007-05-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

ddress:
pex Stores, LLC
)0 Main Street

awtucket, RI 02860
Jnited States
egal Entity Type: Ltd Liab Co
tate or Country Where Organized: Rhode Island

## GOODS AND/OR SERVICES

nternational Class: 040
lass Status: Active
ustom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized
rinting, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures
or promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products
asis: 1(a)
irst Use Date: 2002-09-01
irst Use in Commerce Date: 2002-09-01

## ADDITIONAL INFORMATION

isclaimer: "COMPANIES"

rior Registration Number(s):
)18976

## MADRID PROTOCOL INFORMATION

JOT AVAILABLE)

## PROSECUTION HISTORY

)07-05-22 - Registered - Principal Register

)07-03-06 - Published for opposition

)07-02-14 - Notice of publication

)07-01-12 - Law Office Publication Review Completed

)07-01-12 - Assigned To LIE

)06-12-16 - Approved for Pub - Principal Register (Initial exam)

)06-12-14 - Examiner's Amendment Entered

06-12-14 - Examiners amendment e-mailed

06-12-14 - Examiners Amendment -Written

06-12-11 - Assigned To Examiner

006-07-18 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
hn E. Ottaviani

**orrespondent**
HN E. OTTAVIANI
DWARDS ANGELL PALMER & DODGE LLP
O BOX 55874
OSTON, MA 02205-5874
hone Number: 401-274-9200

---

JSPTO Assignments on the Web

Page 1 of 1

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



### Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

### For Serial Number: 78928036

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**EXHIBIT 4**

# EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza  Providence, RI  02903   401.274.9200  *fax* 401.276.6611  eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY  10150

**John E. Ottaviani**
401.276.6405
*fax* 888.325.9049
jottaviani@eapdlaw.com

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

March 10, 2008

Christine M. Klenk, Esq.
Manatt Phelps Phillips
1001 Page Mill Road, Bldg. 2
Palo Alto, CA  94304

   Re **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
      **TTAB Cancellation Proceeding No. 9204878**

Dear Christine:

We have had an opportunity to discuss this matter at length with our client and are responding to your inquiry as to whether we could settle this matter with a Letter of Consent.  At this point, our client's position is that a Letter of Consent will not be sufficient to resolve the outstanding issues.

By way of background, our client is part of a group of Apex businesses run by the same family since Apex's inception in 1924. The Apex businesses engage in a variety of activities, including, manufacturing, retail, online retail, automotive tire, repair and service, real estate development and management, and financial services, among many others.

The trademark "APEX" is derived from the initials of the founder of Apex, Albert Pilavin. Having used "Apex" extensively for almost a century, and having invested in excess of tens of millions of dollars in advertising and promoting the mark over the past 84 years, the Apex Companies and the family that owns them have a great deal of emotional as well as financial investment in the "APEX" trademark.  The retail businesses, including the online and physical retail businesses, are a long standing tradition. Our client has also made extensive use of the APEX mark for its Apex credit card and customer loyalty programs, among other things, associated with its retail services throughout the U.S.  Historically, our client has also operated various retail stores under the name "APEX," including department stores, specialty stores, automotive stores and various websites, from which it sells a very wide variety of merchandise, including health and fitness clothing and equipment, health and beauty items and food.

# EDWARDS ANGELL PALMER & DODGE LLP

Christine Klenk
March 10, 2008
Page 2

Our client was not aware of your client's use of the Apex Fitness mark, and, in fact, did not know your client existed, until very recently. Our client is concerned, not only with your client's use of "APEX" and "APEX FITNESS" for retail sales of nutrition supplements and foods and exercise programs, but also that your client's mark looks very much like variations of our client's mark and that your client seems to be expanding its use of the term Apex and using it in very similar ways to our client. Given our client's use of the trademark "APEX" for over 84 years for retail sales and online sales, and its prior use of its APEX mark in connection with the sale of health and fitness products, our client is unwilling to compromise its significant history and the investment it has made in the term APEX and wants to protect its rights. It appears to us that there is a great likelihood of confusion should your client continue to use the APEX and APEX FITNESS marks for its expanding goods and services. Given our client's long history of doing business under the Apex name, and its use which dates back for three quarters of a century before your client came into existence, our client hopes we can resolve this issue amicably.

Our client certainly continues to be open to settlement discussions, and suggests that we suspend the proceedings to permit such discussions to continue if your client is interested. One possible scenario would include permitting your client some period of time to continue to use the APEX FITNESS mark while phasing it out and developing a new brand identity or adopting the 24-HOUR FITNESS brand. You and your client may also have proposals to offer that we have not considered.

Please let me know whether or not your client is amenable to suspending the proceeding and continuing settlement discussions.

I am also enclosing a copy of our client's initial disclosures required by the new TTAB rules.

Very truly yours,

John E. Ottaviani

cc:    President, Apex Stores, LLC

PRV 940942.1

UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| APEX STORES, LLC<br><br>       Petitioner,<br><br>v.<br><br>24-HOUR FITNESS USA, INC.<br><br>       Registrant | Cancellation Proceeding No. 92048378 |

## PETITIONER'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and 37 C.F.R., §2.120(a), Petitioner, Apex Stores, LLC, by and through its attorneys, hereby provides its initial disclosures.

## INTRODUCTION

1.      These disclosures are made solely for purposes of this proceeding. Each disclosure is subject to any and all objections as to competency, relevancy, materiality, propriety, privilege, admissibility, and to any and all other objections and grounds that would require the exclusion of any statement made herein if any such statement were made by, or if any questions were asked of, a witness present and testifying in court, all of which objections and grounds are hereby expressly reserved, and may be interposed later at or before the time of trial.

2.      Petitioner has not yet completed discovery and/or trial preparation. The disclosures contained herein are based on Petitioner's knowledge, information, and belief at this time, and are made without prejudice to the foregoing following objections. Petitioner specifically reserves the right to amend and/or supplement its disclosures herein at any time or to introduce facts not contained herein if it should appear at any time that omissions or errors have

been made or if it obtains additional or more accurate information. Petitioner further reserves the right to rely upon such facts, and persons having knowledge of such facts, as may be derived through future discovery or through its continuing investigation in this matter or as may be adduced at trial.

DISCLOSURES

I.      Individuals with Discoverable Information --- the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses, unless the use would be solely for impeachment.

The following individuals are likely to have discoverable information that the Petitioner may use to support its claims and defenses:

1. Andrew Gates, President of Apex Stores, LLC, c/o John Ottaviani, Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903 (401) 274 - 9200. Mr. Gates has knowledge regarding the use of Petitioner's various "Apex" marks by it and its predecessors and affiliates (collectively the "Apex Companies") including advertising and marketing information, promotional materials and sales of goods and/or services using the Apex marks, and also regarding service mark and trade mark registrations and corporate structure of the Apex Companies.

II.     Categories of Documents in Petitioner's Possession That It May Use to Support Its Claims or Defenses. --- A copy or a description by category and location – and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims, counterclaims or defenses, unless the use would be solely for impeachment:

- 2 -

Petitioner has in its possession, custody, and/or control documents fitting the below descriptions that it may use to support its claims, counterclaims and defenses:

1.  Documents evidencing the Apex Companies' use of the Apex marks.

2.  Documents evidencing Registrant's use of its marks.

3.  Certificates of Registration and trademark prosecution documents for the Apex marks.

4.  Documents relating to the Apex Companies' use, advertising, marketing and promotion of the Apex marks.

5.  Documents relating to the Apex Companies' efforts to enforce its trademark rights in and to the Apex marks.

6.  Documents relating to sales of goods and/or services made using the Apex marks.

The above documents are available at the following location(s):

1.  Such documents are located at the Apex Companies' corporate headquarters and warehouses in Pawtucket, Rhode Island, and/or on the Internet.

In addition, Petitioner reserves the right to use additional documents that are currently in the possession of Registrant, which will be revealed during discovery, to support its claims, counterclaims and defenses.

III.    Computation of Damages:

A computation of each category of damages claimed by the disclosing party whom must also make available for inspection and copying as under rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

NONE AVAILABLE AT THIS TIME.

PRV 940936.1

IV.     Insurance Agreements:

For inspection and copying under Rule 34, any insurance agreement under which an

insurance business may be liable to satisfy all or part of a possible judgment in the action or to

indemnity or reimburse for payments made to satisfy the judgment.

NONE AVAILABLE AT THIS TIME

Apex Stores, LLC reserves the right to supplement or amend these disclosures as may be

appropriate.

APEX STORES, LLC
By its attorneys,

DATED: March 10 , 2008

John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel:  (401) 274-9200
Fax:  (888) 325-9049
jottaviani@eapdlaw.com

CERTIFICATE OF SERVICE

I, John E. Ottaviani, hereby certify that on this _10th_ day of March, 2008, this document
was served via facsimile and first class mail, postage prepaid, to the following attorneys of
record for Registrant:

Susan E. Hollander, Esq.
Britt L. Anderson, Esq.
Christine M. Klenk, Esq.
Manatt Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Fax:  (415) 291-7474

John E. Ottaviani

- 4 -