MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

E-filing

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

FILED
08 MAR 27 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Apex Stores, LLC, <br><br> Defendant. | CV 08 1681 HRL <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March __, 2008          MANATT, PHELPS & PHILLIPS, LLP

By: _____
Susan E. Hollander
Britt L. Anderson
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304
Tel: (650) 812-1300
Fax: (650) 213-0260
*Attorneys for Plaintiff*
24 HOUR FITNESS USA, INC.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90009435.1