AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

24 Hour Fitness USA, Inc., )
        Plaintiff )
v. ) Civil Action No. CV 08-1681 HRL
Apex Stores, LLC, )
        Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Apex Stores, LLC,
    100 Main Street
    Pawtucket, RI 02860

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Britt L. Anderson
Manatt Phelps & Phillips
1 Embarcadero Center, 30th Floor
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 07 2008

BRENDA TOLBERT
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com