| NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY | |
|---|---|
| BRITT L. ANDERSON, ESQ.<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064-1614<br>Telephone: (310) 312-4000<br>Attorney for: Plaintiff | |

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| 24 HOUR FITNESS USA, INC.<br><br>          Plaintiff, | CASE NUMBER<br>CV 08-1681 HRL |
|---|---|
| APEX STORES, LLC<br><br>          Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL




in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : APEX STORES, LLC

    By Serving        : Andree Beckwith, Person Authorized To Accept Service
                        Of Process
    Address           : ( Business ) EDWARDS ANGELL PALMER & DODGE LLP

                        2800 Financial Plaza
                        Providence, Ri 02903
    Date of Service   : May 8, 2008

    Time of Service   : 12:31PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 8, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered NOT APPLICABLE
Number

Signature: _____
                    SETH GOULD