NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

BRITT L. ANDERSON, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone: (310) 312-4000

Attorney for: Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| 24 HOUR FITNESS USA, INC. | CASE NUMBER |
|---|---|
| Plaintiff, | CV 08-1681 HRL |
| APEX STORES, LLC | AMENDED **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; DROP BOX FILING PROCEDURES

in the within action by personally delivering true copies thereof to the person served as follows:

> Served            : APEX STORES, LLC
>
> By Serving        :Andree Beckwith, Person Authorized To Accept Service
>                    Of Process
> Address           : ( Business ) EDWARDS ANGELL PALMER & DODGE LLP
>
>                    2800 Financial Plaza
>                    Providence, Ri 02903
> Date of Service : May 12, 2008
>
> Time of Service : 12:46PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 12, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered NOT APPLICABLE
Number

Signature: _____
JOHN LESSARD