MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Apex Stores, LLC,<br><br>　　　　Defendant. | No.  CV 08 01681 HRL<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>[N.D. Local Rule 6-1(a)] |

　　　Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness") and Defendant Apex Stores, LLC ("Apex Stores") hereby file this Stipulation to extend the time for Apex Stores to answer or otherwise file a responsive pleading.

　　　WHEREAS, 24 Hour Fitness commenced this action on March 27, 2008 in the U.S. District Court for the Northern District of California, San Jose division, and caused service of its Complaint to be made on Apex Stores' registered agent for service of process on May 12, 2008.

　　　WHEREAS, in light of the above, Apex Stores' responsive pleading is due on or before June 2, 2008.

　　　WHEREAS, on May 29, 2008, the parties agreed that Apex Stores could have until June 9, 2008 to answer or otherwise respond to 24 Hour Fitness' Complaint.

1  NOW, THEREFORE, it is hereby stipulated and agreed to by the Parties, through their respective attorneys of record, that Apex Stores has until June 9, 2008 to answer or otherwise respond to 24 Hour Fitness' Complaint.

Dated: May 30, 2008          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Britt L. Anderson
Susan E. Hollander (SBN 133473)
Britt L. Anderson (SBN 212092)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:    (650) 213-0260
*Attorneys for Plaintiff*

Dated: May 30, 2008          [FIRM NAME]

By: /s/ Nathaniel Bruno
Nathaniel Bruno (SBN _____)
Sheppard Mullin Richter & Hampton, LLC
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    (415) 774-2984
Facsimile:    (415) 403-6095
*Attorneys for Defendant*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Britt L. Anderson hereby attests that concurrence in the filing of this document has been obtained.*

**IT IS SO ORDERED**: _____

MAGISTRATE JUDGE HOWARD R. LLOYD

DATED: _____