MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Apex Stores, LLC; Apex, LLC; Apex at Home, LLC <br><br> Defendants. | No.  CV 08 1681 HRL <br><br> FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL |

Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff"), for its

complaint against Apex Stores, LLC ("Apex Stores") Apex, LLC ("Apex"), Apex at Home, LLC

("Apex at Home") (collectively, "Defendants") alleges as follows:

**<u>NATURE OF THE ACTION</u>**

1.      This is an action for declaratory judgment brought under the Declaratory Judgment Act,

28 U.S.C. § 2201, for the purpose of determining actual questions of controversy between the

parties.  The claims alleged herein arise under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

Defendants have alleged that Plaintiff's use of Plaintiff's federally registered APEX marks is

likely to cause confusion with Defendants' own APEX formative marks.  Plaintiff now seeks a

judicial declaration that its use of its APEX marks do not infringe on Defendants' marks.

**THE PARTIES**

2.      Plaintiff is a corporation organized and existing under the laws of California, with a principal place of business at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

3.      On information and belief, defendants Apex Stores, LLC, Apex, LLC, and Apex Homes, LLC are limited liability companies organized and existing under the laws of Rhode Island, with a principal place of business at 100 Main Street, Pawtucket, Rhode Island 02860.

**JURISDICTION AND VENUE**

4.      This Court has subject matter jurisdiction over this action pursuant to (i) 28 U.S.C. § 1331, as this action arises out of the laws of the Unites States of America; (ii) 15 U.S.C. § 1121, as this action involves claims under the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 et seq.; (iii) 28 U.S.C. § 1338(a) and (b), as this action arises in part under an Act of Congress relating to trademarks; and (iv) 28 U.S.C. § 2201, as this is an action for declaratory judgment brought for the purpose of determining actual questions of controversy between the parties.

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as this is the judicial district in which a substantial part of the events or omissions giving rise to Defendants' claims of infringement allegedly occurred.

6.      Defendants Apex Stores, LLC, Apex, LLC, and Apex at Home, LLC have sufficient minimum contacts with the State of California subjecting each of them to the personal jurisdiction of this Court pursuant to California's long-arm statute, Cal. Code Civ. Pro. § 410.10.

**INTRADISTRICT ASSIGNMENT**

7.      This action has been assigned to the San Jose Division by the Court.

**24 HOUR FITNESS AND ITS APEX FITNESS GROUP BUSINESS**

8.      24 Hour Fitness is a premier chain of health and fitness clubs.  In fact, it is one of the largest privately-held health and fitness chains in the world.  Founded in 1983, its mission is to enhance people's lifestyles through fitness and regular exercise.  Its clubs are distinguished by high quality services, including numerous cardiovascular and strength training machines and exercise equipment, superior aerobic and exercise classes, a wide range of free weights, and many

amenities, such as personal training programs, basketball and racquetball courts, lap pools, rock

climbing, saunas, pro shops, child care, knowledgeable staff, and much more.

9.    Though its Apex Fitness division, also doing business as the Apex Fitness Group, 24 Hour

Fitness also provides cutting-edge integrated fitness and nutrition programs and products under

distributorships offered to health and fitness clubs throughout the United States ("Plaintiffs'

Goods and Services"), which in turn market Plaintiff's Goods and Services to their club members.

Plaintiff has offered Plaintiff's Goods and Services in the health and fitness field under the APEX

trademark since at least as early as 1994.  In connection with its business, 24 Hour Fitness offers

the following products and services under the APEX marks listed below ("Plaintiff's Marks"),

among others.

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| APEX FIT (Stylized) | 3,045,062 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX LEAN (Stylized) | 3,034,722 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX FIX (Stylized) | 3,004,281 | Class 29: Food products, namely soy based food bars and cookies. |
| APEX FIX (Stylized) | 3,004,280 | Class 30: Food products, namely grain based food bars and cookies. |
| APEX MAX (Stylized) | 2,997,642 | Class 5: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. |
| APEX & Design | 2,936,205 | Class 5: Nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements<br><br>Class 9: Audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition Class 16:  Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition<br><br>Class 35: Distributorship featuring vitamins & fitness programs<br><br>Class 41: Instruction and training services in the field of fitness and nutrition |

| Mark | Reg. / App. No. | Goods/Services |
|---|---|---|
| | | Class 44: Providing information in the field of nutrition and fitness |
| APEX FITNESS GROUP (and Star Person Design) | 2,703,428 | Class 35: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,445 | Class 9: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition |
| APEX FITNESS GROUP (and Star Person Design) | 2,702,444 | Class 16: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. |
| APEX TRAINING SYSTEM (and Star Person Design) | 2,701,627 | Class 35: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |
| APEX FITNESS GROUP VIRTUAL GYM | 78/851,695 | Class 41: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers. |
| | | Class 44: Providing information in the field of nutrition |

Attached as <u>Exhibit 1</u> are true and correct copies of the electronic records for these registrations printed from the United States Patent and Trademark Office's ("USPTO") online database.

## **DEFENDANTS' BUSINESS**

10.    On information and belief, Defendants' predecessor companies were founded in 1924 as a tire retreading, automotive service and manufacturing business, and have since expanded in various retail businesses including real estate development and management and financial services.  In connection with their business, Defendants offer the following products and services under an APEX mark ("Defendants' Marks"):

| MARK | App./Reg. No. | Goods or Services |
|---|---|---|
| APEX | 1,847,961 | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| APEX | 2,155,905 | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000<br><br>IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| APEX MALL | 2,657,639 | IC 036. US 100 101 102. G & S: Shopping mall services and |

| | | |
|---|---|---|
| | | leasing of shopping mall space. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |
| APEX STORES | 2,443,933 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| APEX ONLINE | 2,562,812 | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| APEX ADVANTAGE | 2,918,976 | IC 040. US 100 103 106. G & S: Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 3,244,685 | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,022 | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired |

| | | |
|---|---|---|
| | | merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| APEX COMPANIES | 78/928,052 | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901<br><br>IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |

Attached as <u>Exhibit 2</u> are true and correct copies of the electronic records for these registrations printed from the USPTO online database.

11.     Upon information and belief, since on or before the filing of the original complaint in this action, Defendants have been and are offering their services under one or more of Defendants' Marks on the websites located at the domain addresses *apexathome.com* and *apexstores.com* (the "Apex Websites").

12.     Upon information and belief, consumers located in all fifty states, including the State of California, can and do access the Apex Websites and transact business with Defendants.

13.     Due to assignments recorded with the USPTO on April 30, 2008, all of the relevant trademark registrations and pending applications under Defendants' Marks, previously in the name of Apex Stores, LLC, are now registered or applied for in the name of Apex, LLC.

14.     Apex Stores, LLC, Apex, LLC and Apex at Home, LLC are all listed with the Rhode Island Secretary of State Corporations Division as having the same corporate address and agent.

## **FACTUAL BACKGROUND**

15.     On or about December 15, 2006, the USPTO issued an office action in which it refused Defendant Apex Stores' U.S. Application Serial No. 78/928,022, for the mark APEX COMPANIES, based, in part, on certain of Plaintiff's federal registrations.

16.    On or about November 1, 2007, counsel for Apex Stores sent 24 Hour Fitness a letter enclosing a Petition for Cancellation that had been filed that same day with the USPTO ("Apex Stores' TTAB Cancellation Petition").  Attached as <u>Exhibit 3</u> is a true and correct copy of this letter with enclosure.

17.    In Apex Stores' TTAB Cancellation Petition, Apex Stores sought to cancel in whole or in part Plaintiff's Marks under U.S. Registration Nos. 2,701,627, 2,703,428 and 2,936,205 based on its claim that these marks are confusingly similar to one or more of Defendants' Marks in violation of Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).  Apex Stores further asserted the claim that Plaintiff's continued use of Plaintiff's Marks is diluting the distinctive quality of one or more of Defendants' Marks.  *See* Exhibit 3.  On December 12, 2008, Plaintiff answered Defendant Apex Stores' TTAB Cancellation Petition by denying Apex Stores' relevant allegations regarding likelihood of confusion and dilution and asserting its affirmative defenses.

18.    Following Apex Stores' November 1 letter, counsel for Plaintiff and Defendant discussed the potential for settlement of Apex Stores' TTAB Cancellation Petition, by means of a Letter of Consent agreement that would allow Apex Stores to overcome the December 15, 2006 U.S. Patent and Trademark Office citations to Plaintiff's trademark registrations.

19.    However, on or about March 10, 2008, counsel for Defendants sent counsel for Plaintiff a letter stating that 24 Hour Fitness' continued use of its APEX and APEX FITNESS marks resulted in "a great likelihood of confusion" with Defendants' marks, and that Defendants were "unwilling to compromise" and wanted to "protect its rights."  Attached as <u>Exhibit 4</u> is a true and correct copy of this letter.

20.    On March 27, 2008, 24 Hour Fitness filed the original Complaint in this action.

21.    On April 11, 2008, counsel for 24 Hour Fitness sent a letter to counsel for Defendants in an attempt to reinitiate discussions regarding resolution via a Letter of Consent agreement that had originally been discussed after Defendant Apex Stores initiated its TTAB Cancellation Action.  Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the April 11, 2008 letter.

22.    On May 5, 2008, Defendants Apex, LLC and Apex at Home, LLC filed an action in the District of Rhode Island under Case No. 08-169 against 24 Hour Fitness for trademark

1    infringement under 15 U.S.C. § 1114 and 1125(a), and common law trademark infringement (the

2    "Rhode Island Action").  Attached hereto as Exhibit 6 is a true and correct copy of the complaint

3    in the Rhode Island Action.

4    23.    The Rhode Island Action alleges that one or more of Plaintiff's Marks is or are

5    confusingly similar to one or more of Defendants' Marks and requests as relief that the Rhode

6    Island court issue a permanent injunction against 24 Hour Fitness' purported infringement of

7    Defendants' Marks, grant monetary damages, and cancel one or more of Plaintiff's federal

8    registrations.

9    24.    To date, the parties have been unable to resolve their dispute.

10   25.    On information and belief, 24 Hour Fitness' use of the APEX trademark and/or Plaintiff's

11   Marks in connection with Plaintiff's Goods and Services precedes Defendants' first use and/or

12   registration of one or more of its APEX marks in connection with such services.

13                            **FIRST CLAIM FOR RELIEF**

14          **(Declaratory Relief – Noninfringement Of Trademark, 15 U.S.C. § 1125(a))**

15   26.    24 Hour Fitness realleges and incorporates by reference paragraphs 1 through 15 above.

16   27.    As a result of Defendants' actions, there is an actual controversy between Plaintiff and

17   Defendants as to whether Plaintiff's continued use of Plaintiff's Marks is likely to cause mistake

18   or to deceive as to the affiliation, connection or association between Defendants and Plaintiff, or

19   as to the origin, sponsorship, or approval of Defendants' goods or services or commercial

20   activities by Plaintiff.

21   28.    In light of Defendants' assertion that Plaintiff's use of its Apex marks is likely to cause

22   confusion as to Defendants' marks, 24 Hour Fitness has a reasonable and real apprehension that it

23   faces an immediate lawsuit by Defendants, which lawsuit may affect its ability to use and or

24   maintain registrations for Plaintiff's Marks.  In fact, after Plaintiff filed its original complaint in

25   this action for declaratory relief on March 27, 2008, Defendants Apex, LLC and Apex at Home,

26   LLC filed suit for trademark infringement against Plaintiff in their home forum of Rhode Island.

27

28

29.    A judicial declaration pursuant to 28 U.S.C. §§ 2201 and 2202 is necessary and appropriate so that 24 Hour Fitness may ascertain its rights with respect to its continued use and registration of its marks.

**PRAYER FOR RELIEF**

30.    WHEREFORE, 24 Hour Fitness prays for relief against Defendants as follows:

(a)    A declaratory judgment that Plaintiff's use and registration of Plaintiff's Marks does not infringe on any of Defendants' Marks;

(b)    Injunctive relief restraining Defendants, and their agents,  successors and assigns, and all others acting in concert and privity with them, from bringing any lawsuit or threat against Plaintiff of trademark infringement or dilution in connection with Plaintiff's use and registration of Plaintiff's Marks;

(c)    Plaintiff's costs and disbursements incurred in this action, including its reasonable attorneys' fees; and

(d)    Such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

24 Hour Fitness USA, Inc. hereby demands a trial by jury of all issues triable by a jury.

Dated:    June 3, 2008                MANATT, PHELPS & PHILLIPS, LLP


By:  _____ //S// Britt L. Anderson _____
Susan E. Hollander
Britt L. Anderson
Manatt Phelps & Phillips, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304
Tel:  (650) 812-1300
Fax:  (650) 213-0260
*Attorneys for Plaintiff*
24 HOUR FITNESS USA, INC.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

**EXHIBIT 1**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FIT |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440633 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2005 |
| **Registration Number** | 3045062 |
| **Registration Date** | January 17, 2006 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX LEAN |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440637 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 4, 2005 |
| **Registration Number** | 3034722 |
| **Registration Date** | December 27, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status *( Use the "Back" button of the Internet Browser to return to TESS)*

**apex«**

**FIX**

| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 029. US 046. G & S: Food products, namely soy based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469695 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3004281 |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status    ( *Use the "Back" button of the Internet Browser to return to TESS*)



| | |
|---|---|
| **Word Mark** | APEX FIX |
| **Goods and Services** | IC 030. US 046. G & S: Food products, namely grain based food bars and cookies. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78469684 |
| **Filing Date** | August 18, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 12, 2005 |
| **Registration Number** | 3004280 |
| **Registration Date** | October 4, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paul E. Thomas, |
| **Prior Registrations** | 1932876;2701627;2703428;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX MAX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Nutritional products, namely nutritional supplements and nutritionally fortified beverages; dietary supplements in the nature of nutritional bars and cookies; food supplements; meal replacement and dietary supplement drink mixes and powders; nutritional drink mix or powder for use as a meal replacement; vitamins. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78440646 |
| **Filing Date** | June 24, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 28, 2005 |
| **Registration Number** | 2997642 |
| **Registration Date** | September 20, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Boulevard, Suite 500 San Ramon CALIFORNIA 94583<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 |

ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | the firm of Manatt, Phelps & Phillips, LLP, and, in particular, Susan E. Hollander, Esq. and Paul E. Thomas, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: nutritional and food supplements; vitamins and minerals; vitamin and mineral supplements. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 009. US 021 023 026 036 038. G & S: audio and visual recordings, namely, pre-recorded cassettes, videos, DVDs, and CD-ROMs in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 035. US 100 101 102. G & S: Distributorship featuring vitamins & fitness programs. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 041. US 100 101 107. G & S: Instruction and training services in the field of fitness and nutrition. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| | IC 044. US 100 101. G & S: Providing information in the field of nutrition and fitness. FIRST USE: 20030701. FIRST USE IN COMMERCE: 20030701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.12 - Angles (geometric); Chevrons |
| **Serial Number** | 78346264 |
| **Filing Date** | December 29, 2003 |

| | |
|---|---|
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | 2936205 |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Apex Fitness, Inc. CORPORATION CALIFORNIA 12647 Alcosta Blvd. 5th Flr. San Ramon CALIFORNIA 94583 |
| | (LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points 26.01.21 - Circles that are totally or partially shaded. 26.05.13 - Triangles, exactly two triangles; Two triangles 26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849816 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 14, 2003 |
| **Registration Number** | 2703428 |
| **Registration Date** | April 8, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E Hollander Esq |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | APEX FITNESS GROUP |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio and visual recordings, namely, prerecorded cassettes, compact discs, videos, DVDs, and CD-ROMS in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422074 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702445 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

**Assignment Recorded**    ASSIGNMENT RECORDED

**Attorney of Record**    Susan E. Hollander, Esq.

**Prior Registrations**    1932876

**Disclaimer**    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN

**Type of Mark**    TRADEMARK

**Register**    PRINCIPAL

**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

[ Logout ] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely books, instruction manuals, periodicals, brochures, and magazines in the field of health, fitness, or nutrition. FIRST USE: 19940131. FIRST USE IN COMMERCE: 19940131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.02 - Star - a single star with four points<br>02.01.33 - Grotesque men formed by letters, numbers, punctuation or geometric shapes; Stick figures<br>04.07.02 - Objects forming a person; Person formed by objects<br>26.03.21 - Ovals that are completely or partially shaded<br>26.19.05 - Prisms ; Pyramids<br>26.19.25 - Geometric solids other than spheres, cylinders, cones, cube, prisms or pyramids |
| **Serial Number** | 76422068 |
| **Filing Date** | June 17, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2702444 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) Apex Fitness Group, Inc. CORPORATION CALIFORNIA 5020 Franklin Drive Pleasanton CALIFORNIA 94566 |

(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FITNESS GROUP" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | APEX TRAINING SYSTEM |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information. FIRST USE: 19990601. FIRST USE IN COMMERCE: 19990601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 75849815 |
| **Filing Date** | November 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 7, 2003 |
| **Registration Number** | 2701627 |
| **Registration Date** | April 1, 2003 |
| **Owner** | (REGISTRANT) APEX FITNESS, INC. CORPORATION CALIFORNIA 5020 FRANKLIN DRIVE PLEASANTON CALIFORNIA 94588<br><br>(LAST LISTED OWNER) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD, SUITE 500 SAN RAMON CALIFORNIA 94583 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William E. Levin |
| **Prior Registrations** | 1932876 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRAINING SYSTEM" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Mar 27 04:10:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## APEX FITNESS GROUP VIRTUAL GYM

| | |
|---|---|
| **Word Mark** | APEX FITNESS GROUP VIRTUAL GYM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Providing an on-line computer database featuring information regarding fitness services which allow users to create fitness programs; providing information in the field of fitness and bodybuilding; consultation services with personal trainers<br><br>IC 044. US 100 101. G & S: Providing information in the field of nutrition |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78851695 |
| **Filing Date** | March 31, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 19, 2007 |
| **Owner** | (APPLICANT) 24 HOUR FITNESS USA, INC. CORPORATION CALIFORNIA 12647 ALCOSTA BLVD. SUITE 500 SAN RAMON CALIFORNIA 94583 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq. |
| **Prior** | 2702445;2703428;2936205 |

Trademark Electronic Search System (TESS)

| Registrations | |
| --- | --- |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE FITNESS GROUP APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 2**

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 042. US 101. G & S: retail department store services. FIRST USE: 19420900. FIRST USE IN COMMERCE: 19420900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74430251 |
| **Filing Date** | August 27, 1993 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 10, 1994 |
| **Registration Number** | 1847961 |
| **Registration Date** | August 2, 1994 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI, |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20040916. |
| **Renewal** | 1ST RENEWAL 20040916 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

5/28/2008

Trademark Electronic Search System (TESS)

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX |
| **Goods and Services** | IC 037. US 100 103 106. G & S: automotive repair and maintenance services. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| | IC 042. US 100 101. G & S: retail automobile parts and accessories stores. FIRST USE: 19240000. FIRST USE IN COMMERCE: 19240000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74529131 |
| **Filing Date** | May 25, 1994 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 17, 1998 |
| **Registration Number** | 2155905 |
| **Registration Date** | May 12, 1998 |
| **Owner** | (REGISTRANT) Apex Incorporated CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | JOHN E. OTTAVIANI |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

Trademark Electronic Search System (TESS)                                                          Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| Word Mark | APEX MALL |
| Goods and Services | IC 036. US 100 101 102. G & S: SHOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE. FIRST USE: 19660000. FIRST USE IN COMMERCE: 19660000 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75836787 |
| Filing Date | November 1, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 17, 2002 |
| Registration Number | 2657639 |
| Registration Date | December 10, 2002 |
| Owner | (REGISTRANT) Apex Stores LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Lawrence R. Robins |
| Prior Registrations | 1847961 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MALL" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                          Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX STORES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781412 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 23, 2001 |
| **Registration Number** | 2443933 |
| **Registration Date** | April 17, 2001 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STORES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Page 2 of 2

Trademark Electronic Search System (TESS)

**Affidavit Text**   SECT 15. SECT 8 (6-YR).

**Live/Dead Indicator**   LIVE

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                          Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | APEX ONLINE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men' s and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. FIRST USE: 19961101. FIRST USE IN COMMERCE: 19961101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75781411 |
| **Filing Date** | August 23, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2001 |
| **Registration Number** | 2562812 |
| **Registration Date** | April 23, 2002 |
| **Owner** | (REGISTRANT) Apex Stores, LLC CORPORATION RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2155905 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ONLINE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| Word Mark | APEX ADVANTAGE |
| Goods and Services | IC 040. US 100 103 106. G & S: CUSTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, EMBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD PRINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR PROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, APPAREL AND OTHER PRODUCTS. FIRST USE: 19961201. FIRST USE IN COMMERCE: 20020901 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78319107 |
| Filing Date | October 27, 2003 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | October 26, 2004 |
| Registration Number | 2918976 |
| Registration Date | January 18, 2005 |
| Owner | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | JOHN E. OTTAVIANI |
| Prior Registrations | 1847961;1956407;2155905;2443933;2562812;2657639;AND OTHERS |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 040. US 100 103 106. G & S: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928036 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | 3244685 |
| **Registration Date** | May 22, 2007 |
| **Owner** | (REGISTRANT) Apex Stores, LLC LTD LIAB CO RHODE ISLAND 100 Main Street Pawtucket RHODE ISLAND 02860 |
| | (LAST LISTED OWNER) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | John E. Ottaviani |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Record** | |
| **Prior Registrations** | 2918976 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901

IC 037. US 100 103 106. G & S: Automobile repair and maintenance. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928022 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |

5/28/2008

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    Browse Dict    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 28 04:14:53 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

# APEX COMPANIES

| | |
|---|---|
| **Word Mark** | APEX COMPANIES |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Shopping Mall services, namely leasing and management of shopping mall space; real estate management; financial services in the nature of investments and financing in the field of real estate, securities, debt, venture capital and loans. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| | IC 037. US 100 103 106. G & S: Real estate development. FIRST USE: 20020901. FIRST USE IN COMMERCE: 20020901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78928052 |
| **Filing Date** | July 12, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) APEX, LLC LTD LIAB CO RHODE ISLAND 100 MAIN STREET PAWTUCKET RHODE ISLAND 02860 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | John E. Ottaviani |
| **Prior Registrations** | 1847961;2443933;2657639;2918976;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COMPANIES" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

**Live/Dead Indicator**    LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT 3**

# EDWARDS ANGELL PALMER&DODGE LLP

2800 Financial Plaza  Providence, RI  02903  401.274.9200  *fax* 401.276.6611  eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY  10150

**John E. Ottaviani**
Phone:  (401) 276-6405
*Direct Fax:  (888) 325.9049*
jottaviani@eapdlaw.com

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

November 1, 2007

24-Hour Fitness USA, Inc.
12647 Alcosta Boulevard
Suite 500
San Ramon, CA  94583

Attention:  President

   RE: **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
       **Cancellation Proceeding before the Trademark Trial and Appeal Board**

Ladies and Gentlemen:

I am enclosing a copy of a Petition for Cancellation that was filed against your company in the United States Patent and Trademark Office's Trademark Trial and Appeal Board today.  The Petition requests cancellation of Registration No. 2,701,627 for the mark APEX TRAINING SYSTEM; Registration No. 2,703,428 for the mark APEX FITNESS GROUP and Registration No. 2,036,205 for the mark APEX, all as they relate to services in Class 35.  The Patent and Trademark Office rules require that we serve a copy of this Petition on you as the owner of record of this registration.

Should you wish to speak directly with our client, please contact Mr. Andrew Gates at (401) 729-7200, ext. 7201.

Otherwise, you and your attorneys should be aware that an answer to this Petition for Cancellation should be filed with the Trademark Trial and Appeal Board within forty (40) days.

Very truly yours,

*[signature]*

John E. Ottaviani

Enclosure

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of Registration No. 2,701,627
Date of Issue: April 1, 2003

In the matter of Registration No. 2,703,428
Date of Issue: April 8, 2003

In the matter of Registration No. 2,936,205
Date of Issue: March 29, 2005

| | |
|---|---|
| **APEX STORES, LLC** )<br>**Petitioner** )<br>v. )<br> )<br>**24 HOUR FITNESS USA, INC.** )<br>**Registrant** )<br> ) | **Cancellation No.:** |

## CONSOLIDATED PETITION FOR CANCELLATION

Apex Stores, LLC, a limited liability company organized and existing under the laws of the

State of Rhode Island, having a business address of 100 Main Street, Pawtucket, Rhode Island

02860 ("Apex"), believes that it will be damaged by Registration No. 2,703,428 for the mark

APEX FITNESS GROUP (and design) and Registration No. 2,701,627 for the mark APEX

TRAINING SYSTEM (and design) as they relate to services in Class 35, namely distributorships

featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed

information, and by Registration No. 2,936,205 for the mark APEX (in stylized form) as it relates

to services in Class 35, namely distributorship featuring vitamins and fitness programs, and

hereby petitions to cancel the registrations of the said marks for these services.

As grounds for this Petition, Apex avers that:

**Apex and its Marks**

1.  Since at least as early as 1924, Apex and its predecessors have used the mark

"APEX" and other marks incorporating the word "APEX" on and in connection with various

manufacturing, wholesale, retail, on-line retail, commercial and residential real estate

development, real estate management and advertising businesses.

2.  Apex is the owner of common law rights in the marks APEX, APEX ONLINE

and APEX STORES, as a result of the continuous use of the APEX mark since at least as early as

1924 in connection with automotive repair and maintenance services and retail automobile parts

and accessories store services, as a result of its continuous use of the APEX mark since at least as

early as September 1942 for retail department store services, and as a result of its continuous use

of the APEX ONLINE and APEX STORES marks since at least as early as November 1996 in

connection with retail store, mail order purchase and computerized online retail services.

3.  Apex owns the following U.S. registrations for its trademarks and service marks,

among others:

| Mark | Registration No. | Issue Date | Goods and Services |
|------|------------------|-----------|--------------------|
| APEX | 1,847,961 | 8/2/1994 | Retail department store services (Class 42) |
| APEX | 2,155,905 | 5/12/1998 | Automotive repair and maintenance (Class 37); retail automobile parts and accessories stores (Class 42) |
| APEX ONLINE | 2,562,812 | 4/23/2002 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power |

PRV_912388_I/IOTTAVIANI

| Mark | Registration No. | Issue Date | Goods and Services |
|------|------------------|------------|--------------------|
| | | | equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX MALL | 2,657,639 | 12/10/2002 | Shopping mall services and leasing of shopping mall space (Class 36) |
| APEX STORES | 2,443,933 | 4/17/2001 | Retail store, mail order purchase and computerized online retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, house wares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shores athletic foot wear, novelties, food and Christmas items (Class 35) |
| APEX ADVANTAGE | 2,918,976 | 1/18/2005 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |
| APEX COMPANIES | 3,244,685 | 5/22/2007 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving customized printing, imprinting, screen printing and pad printing with |

PRV_912388_1/JOTTAVIANI

| Mark | Registration No. | Issue Date | Goods and Services |
|------|------------------|------------|--------------------|
|      |                  |            | company names, logos, monograms, words and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products (Class 40) |

Current printouts of information from the TARR electronic database records of the U.S. Patent and Trademark Office showing the current status and title of each registration are attached to this Petition as Exhibits "A" through "G" respectively.

4. Registration No. 1,847,961 for the mark APEX has been renewed pursuant to the provisions of the Lanham Act, and is incontestable.

5. Registration No. 2,155,905 for the mark APEX, Registration No. 2,562,812 for the mark APEX ONLINE and Registration No. 2,443,933 for the mark APEX STORES are incontestable.

6. Apex is the owner of U.S. Application Serial No. 78/928022 to register APEX COMPANIES as a service mark for the following services: "promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up

- 4 -

and delivery services; business, advertising, marketing and management consulting services" in Class 35; and for "automobile repair and maintenance" in Class 37.

### Registrant and its Marks

7.  Upon information and belief, 24 Hour Fitness USA, Inc. ("Registrant") is a California corporation with offices at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

8.  Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX TRAINING SYSTEM (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,701,627 | 4/1/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information |

9.  Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX FITNESS GROUP (and design):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,703,428 | 4/8/2003 | Distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes, and printed information (Class 35) |

10.  Registrant is the record owner of the following U.S. Trademark Registration for the mark APEX (stylized):

| Registration No. | Issue Date | Goods and Services |
|---|---|---|
| 2,036,205 | 3/29/2005 | Distributorships featuring vitamins and fitness programs  (Class 35), and various other services in five other classes. |

## COUNT I: LIKELIHOOD OF CONFUSION

11. Apex repeats and incorporates herein by reference the averments in the preceding paragraphs.

12. Registrant's APEX FITNESS GROUP, APEX TRAINING SYSTEM and APEX marks are very similar in appearance and commercial impression to Apex's APEX, APEX ONLINE and APEX STORES marks.

13. The distributorship services listed in Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 are closely related to those of Apex, in particular, to Apex's retail store, mail order purchase and computerized online retail services.

14. On information and belief, Apex is the prior user of the APEX mark. Apex began using APEX in connection with retail department store services at least as early as September 1942, and began using APEX ONLINE and APEX STORES in connection with retail store, mail order purchase and computerized online retail services at least as early as November 1996. Registrant's registrations state that Registrant first used its APEX TRAINING SYSTEM and APEX FITNESS GROUP marks for distributorships featuring vitamins and fitness programs in the form of licensed software, videotapes and printed information on June 1, 1999, and that Registrant first used its APEX mark for distributorships featuring vitamins and fitness programs on July 1, 2003. Consequently, Registrant's date of first use for each of these marks is subsequent to Apex's actual date of first use of its APEX, APEX ONLINE and APEX STORES mark for the identical or closely related services.

15. Apex has expended considerable effort and expense in promoting its APEX, APEX ONLINE and APEX STORES service marks and the goods and the services sold under

- 6 -

PRV_912388_1/JOTTAVIANI

such marks, with the result that the purchasing public has come to know, rely upon and recognize the products and services of Apex by such marks.

16. Registrant's APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX service marks are confusingly similar to Apex's APEX, APEX ONLINE and APEX STORES service marks and are likely to cause confusion, deception or mistake to Apex's irreparable damage and injury, in violation of Section 2(d) of the Lanham Act, 15 USC §1052(d).

17. If Registrant is permitted to retain the registrations sought to be cancelled, and thereby the prima facie exclusive right to use in commerce the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX mark on the identical or closely related services offered by Apex, a cloud will be placed on Apex's title to its trademarks, APEX, APEX ONLINE and APEX STORES and Apex's right to enjoy the full and exclusive use of the APEX, APEX ONLINE and APEX STORES marks in the United States in connection with the promotion of its services.

18. If Registrant is permitted to retain the registrations sought to be cancelled, Apex has been advised by the U.S. Patent and Trademark Office that Apex's pending application Serial No. 78/928022 to register the service mark APEX COMPANIES as a service mark for its services may be refused.

## COUNT II: DILUTION

18. Apex repeats and incorporates herein reference the averments in the preceding paragraphs.

19. Apex is damaged and will continue to be damaged because Registrant's continued use and registration of the APEX TRAINING SYSTEM, APEX FITNESS GROUP and APEX marks dilute the distinctive quality of Apex's APEX, APEX STORES and APEX ONLINE service marks.

### PRAYER FOR RELIEF

WHEREFORE, Apex respectfully requests that Registration No. 2,701,627, Registration No. 2,703,428 and Registration No. 2,936,205 be cancelled as they relate to services in Class 35.

The filing fee of $[900] for this Petition to Cancel is being submitted electronically with this Petition.

Apex hereby appoints John E. Ottaviani, of the law firm of Edwards Angell Palmer & Dodge LLP, a member of the bars of the State of Rhode Island and the Commonwealth of Massachusetts, as its attorney with full power of substitution and revocation, to prosecute this cancellation proceeding, and to transact all business in the U.S. Patent and Trademark Office in connection herewith.

APEX STORES, LLC

By: _____
       Andrew A. Gates, Manager

Dated: October 31, 2007

PRV_PRV_912388_1/JOTTAVIANI

Oct 31 07 03:28p      APEX              (401)723-9452           p.3

STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

    Andrew A. Gates, hereby duly sworn, deposes and says that he is a Manager of Apex Stores, LLC and is authorized to execute this document on behalf of said corporation; that he has read and signed the same and knows the contents thereof, and the same is true of his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, he believes them to be true.

                                              Andrew A. Gates, Manager

Subscribed and sworn to, before me this 31st day of October, 2007.

                                 Karin B Chieffallo
                                 Notary Public   ID# 48663

                         My commission expires: 9-6-2009

                                KARIN B. CHIEFFALLO
                          Notary Public, State of Rhode Island
                        My Commission Expires Sept. 6, 2009

PRV_PRV_912388_1/I/OTTAVIANI

Latest Status Info                                    *EXHIBIT "A"*                    Page 1 of 3

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on 2007-10-15 15:56:09 ET**

**Serial Number:** 74430251 Assignment Information        Trademark Document Retrieval

**Registration Number:** 1847961

**Mark (words only):** APEX

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-09-16

**Filing Date:** 1993-08-27

**Transformed into a National Application:** No

**Registration Date:** 1994-08-02

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 3

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-20

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

APEX STORES, LLC

**Address:**
APEX STORES, LLC
00 MAIN STREET
PAWTUCKET, RI 02860
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Rhode Island

---

### GOODS AND/OR SERVICES

**International Class:** 042
**Class Status:** Active

etail department store services
3asis: 1(a)
'irst Use Date: 1942-09-00
'irst Use in Commerce Date: 1942-09-00

---

## ADDITIONAL INFORMATION

---

NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

---

NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

004-09-16 - First renewal 10 year

004-09-16 - Section 8 (10-year) accepted/ Section 9 granted

004-07-22 - Combined Section 8 (10-year)/Section 9 filed

004-07-22 - TEAS Section 8 & 9 Received

004-01-26 - TEAS Change Of Correspondence Received

003-08-28 - TEAS Change Of Correspondence Received

000-10-17 - Section 8 (6-year) accepted & Section 15 acknowledged

000-06-30 - Section 8 (6-year) and Section 15 Filed

994-08-02 - Registered - Principal Register

994-05-10 - Published for opposition

994-04-08 - Notice of publication

994-01-18 - Approved for Pub - Principal Register (Initial exam)

994-01-06 - Examiner's amendment mailed

994-01-04 - Assigned To Examiner

993-12-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

ttorney of Record

tp://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1847961&action=Request+Status          10/15/2007

OHN E. OTTAVIANI,

**Correspondent**
OHN E. OTTAVIANI,
DWARDS & ANGELL, LLP
O BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611

USPTO Assignments on the Web                                    Page 1 of 1



**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74430251          **Filing Dt:** 08/27/1993          **Reg #:** 1847961          **Reg. Dt:** 08/02/1994

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428          **Received:** 07/28/2000          **Recorded:** 07/03/2000          **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED                              **Exec Dt:** 06/08/2000
                                                            **Entity Type:** CORPORATION
                                                            **Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC                              **Entity Type:** CORPORATION
            100 MAIN STREET                                 **Citizenship:** RHODE ISLAND
            PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP
            LAWRENCE R. ROBINS
            28 STATE STREET
            BOSTON, MA 02109

Search Results as of: 10/15/2007 03:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

atest Status Info                    *Exhibit "B"*                           Page 1 of 3

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on 2007-10-15 15:56:41 ET**

**erial Number:** 74529131 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 2155905

**Mark (words only):** APEX

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-06-02

**iling Date:** 1994-05-25

**Transformed into a National Application:** No

**Registration Date:** 1998-05-12

**Register:** Principal

**aw Office Assigned:** LAW OFFICE 106

**you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark ssistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**urrent Location:** 900 -File Repository (Franconia)

**ate In Location:** 2004-06-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

APEX STORES, LLC

**ddress:**
PEX STORES, LLC
0 MAIN STREET
AWTUCKET, RI 02860
nited States
**egal Entity Type:** Corporation
**ate or Country of Incorporation:** Rhode Island

---

### GOODS AND/OR SERVICES

---

**ternational Class:** 037
**lass Status:** Active

p://tarr.uspto.gov/servlet/tarr?regser=registration&entry=2155905&action=Request+Status     10/15/2007

utomotive repair and maintenance services
**asis:** 1(a)
**First Use Date:** 1924-00-00
**First Use in Commerce Date:** 1924-00-00

**International Class:** 042
**Class Status:** Active
etail automobile parts and accessories stores
**asis:** 1(a)
**First Use Date:** 1924-00-00
**First Use in Commerce Date:** 1924-00-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

004-06-02 - Section 8 (6-year) accepted & Section 15 acknowledged

004-05-12 - Response received for Post Registration action

004-05-12 - Section 8 (6-year) and Section 15 Filed

004-05-12 - TEAS Response to Office Action Received

004-05-12 - TEAS Section 8 & 15 Received

004-02-17 - Post Registration action mailed Section 8 & 15

004-01-26 - TEAS Change Of Correspondence Received

003-12-15 - Section 8 (6-year) and Section 15 Filed

003-12-15 - TEAS Section 8 & 15 Received

003-08-28 - TEAS Change Of Correspondence Received

98-05-12 - Registered - Principal Register

98-02-17 - Published for opposition

98-02-17 - Published for opposition

98-01-16 - Notice of publication

997-12-10 - Approved for Pub - Principal Register (Initial exam)

997-08-11 - Communication received from applicant

996-12-04 - Letter of suspension mailed

996-10-28 - Communication received from applicant

996-04-25 - Final refusal mailed

995-12-14 - Communication received from applicant

995-07-15 - Letter of suspension mailed

995-07-13 - Assigned To Examiner

995-05-14 - Communication received from applicant

994-11-17 - Non-final action mailed

994-10-19 - Assigned To Examiner

994-10-17 - Assigned To Examiner

994-10-17 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
)HN E. OTTAVIANI

**orrespondent**
)HN E. OTTAVIANI
)WARDS & ANGELL, LLP
) BOX 55874
OSTON MA 02205
none Number: 401-274-9200
ix Number: 401-276-6611



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 74529131          **Filing Dt:** 05/25/1994          **Reg #:** 2155905          **Reg. Dt:** 05/12/1998

**Registrant:** Apex Incorporated

**Mark:** APEX

**Assignment: 1**

**Reel/Frame:** 2110/0428     **Received:** 07/28/2000          **Recorded:** 07/03/2000          **Pages:** 4

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** APEX INCORPORATED          **Exec Dt:** 06/08/2000

**Entity Type:** CORPORATION

**Citizenship:** RHODE ISLAND

**Assignee:** APEX STORES, LLC          **Entity Type:** CORPORATION

100 MAIN STREET          **Citizenship:** RHODE ISLAND

PAWTUCKET, RHODE ISLAND 02860

**Correspondent:** HINCKLEY, ALLEN & SNYDER LLP

LAWRENCE R. ROBINS

28 STATE STREET

BOSTON, MA 02109

Search Results as of: 10/15/2007 03:56 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                    *Exhibit "C"*                        Page 1 of 3

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-15 15:57:05 ET

Serial Number: 75781411 Assignment Information          Trademark Document Retrieval

Registration Number: 2562812

Mark (words only): APEX ONLINE

Standard Character claim: No

Current Status: Section 8 and 15 affidavits have been accepted and acknowledged.

Date of Status: 2007-09-13

Filing Date: 1999-08-23

Transformed into a National Application: No

Registration Date: 2002-04-23

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 830 -Post Registration

Date In Location: 2007-09-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Apex Stores, LLC

Address:
Apex Stores, LLC
100 Main Street
Pawtucket, RI 02860
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Rhode Island

---

## GOODS AND/OR SERVICES

International Class: 035
Class Status: Active

Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items

**Basis:** 1(a)
**First Use Date:** 1996-11-01
**First Use in Commerce Date:** 1996-11-01

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "ONLINE"

**Prior Registration Number(s):**
847961
155905

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

2007-09-12 - Assigned To Paralegal

2007-08-28 - Section 8 (6-year) and Section 15 Filed

2007-08-28 - TEAS Section 8 & 15 Received

2007-05-04 - Case File In TICRS

2004-01-26 - TEAS Change Of Correspondence Received

2003-08-28 - TEAS Change Of Correspondence Received

2002-04-23 - Registered - Principal Register

2001-06-28 - Extension Of Time To Oppose Received

2001-05-29 - Published for opposition

2001-05-16 - Notice of publication

2001-01-29 - Approved for Pub - Principal Register (Initial exam)

2000-07-25 - Letter of suspension mailed

Latest Status Info

2000-06-30 - Communication received from applicant

2000-01-31 - Non-final action mailed

2000-01-19 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John E. Ottaviani

**Correspondent**
John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
P.O. Box 130
F.D.R. Station
New York NY 10150
Phone Number: 401-274-9200
Fax Number: 401-276-6611



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 75781411

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                 *Exhibit "D"*                                    Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server</u>.

This page was generated by the TARR system on 2007-10-15 15:57:28 ET

Serial Number: 75836787 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

Registration Number: 2657639

Mark (words only): APEX MALL

Standard Character claim: No

Current Status: Registered.

Date of Status: 2002-12-10

Filing Date: 1999-11-01

Transformed into a National Application: No

Registration Date: 2002-12-10

Register: Principal

Law Office Assigned: LAW OFFICE 103

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-01-28

## LAST APPLICANT(S)/OWNER(S) OF RECORD

. Apex Stores LLC

Address:
Apex Stores LLC
00 Main Street
awtucket, RI 02860
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Rhode Island

## GOODS AND/OR SERVICES

International Class: 036
Class Status: Active

SHOPPING MALL SERVICES AND LEASING OF SHOPPING MALL SPACE
**Basis:** 1(a)
**First Use Date:** 1966-00-00
**First Use in Commerce Date:** 1966-00-00

---

## ADDITIONAL INFORMATION

**Disclaimer:** "MALL"

**Prior Registration Number(s):**
847961

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-01-26 - TEAS Change Of Correspondence Received

2003-08-28 - TEAS Change Of Correspondence Received

2002-12-10 - Registered - Principal Register

2002-09-17 - Published for opposition

2002-08-28 - Notice of publication

2002-05-14 - Approved for Pub - Principal Register (Initial exam)

2002-05-09 - Examiner's amendment mailed

2002-04-01 - Communication received from applicant

2002-04-01 - PAPER RECEIVED

2001-10-09 - Non-final action mailed

2000-10-27 - Letter of suspension mailed

2000-10-25 - Assigned To Examiner

2000-09-15 - Communication received from applicant

2000-03-14 - Non-final action mailed

2000-03-09 - Assigned To Examiner

2000-03-08 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
awrence R. Robins

**orrespondent**
)HN E. OTTAVIANI, ESQ.
)WARDS & ANGELL, LLP
) BOX 55874
OSTON MA 02205
hone Number: 401-274-9200
ax Number: 401-276-6611





## United States Patent and Trademark Office

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

### For Serial Number: 75836787

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info    *EXHIBIT "E"*    Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-15 15:57:52 ET

**Serial Number:** 75781412 <u>Assignment Information</u>    <u>Trademark Document Retrieval</u>

**Registration Number:** 2443933

**Mark (words only):** APEX STORES

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2007-05-21

**Filing Date:** 1999-08-23

**Transformed into a National Application:** No

**Registration Date:** 2001-04-17

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2007-05-21

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

**Address:**
Apex Stores, LLC
00 Main Street
Pawtucket, RI 02860
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Rhode Island

---

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active

.etail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding,
itchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom
ccessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys,
iftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's
nd ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items
:asis: 1(a)
'irst Use Date: 1996-11-01
'irst Use in Commerce Date: 1996-11-01

---

## ADDITIONAL INFORMATION

---

)isclaimer: "STORES"

'rior Registration Number(s):
847961
155905

---

## MADRID PROTOCOL INFORMATION

---

NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

)007-05-21 - Section 8 (6-year) accepted & Section 15 acknowledged

)007-05-15 - Assigned To Paralegal

)007-04-17 - Section 8 (6-year) and Section 15 Filed

)007-04-17 - TEAS Section 8 & 15 Received

)006-11-21 - Case File In TICRS

)004-01-26 - TEAS Change Of Correspondence Received

)003-08-28 - TEAS Change Of Correspondence Received

)001-04-17 - Registered - Principal Register

)001-01-23 - Published for opposition

)000-12-22 - Notice of publication

)000-11-08 - Approved for Pub - Principal Register (Initial exam)

)000-11-08 - Assigned To Examiner

)000-07-25 - Letter of suspension mailed

atest Status Info

000-06-30 - Communication received from applicant

000-01-31 - Non-final action mailed

000-01-19 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**ttorney of Record**
)hn E. Ottaviani

**orrespondent**
)hn E. Ottaviani
dwards Angell Palmer & Dodge LLP
.O. Box 130
.D.R. Station
lew York NY 10150
hone Number: 401-274-9200
ax Number: 401-276-6611

---



**United States Patent and Trademark Office**

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help



Assignments on the Web > **Trademark Query**

# No assignment has been recorded at the USPTO

### For Serial Number: 75781412

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Latest Status Info                 *Exhibit "F"*                      Page 1 of 3

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-15 15:58:19 ET

Serial Number: 78319107 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

Registration Number: 2918976

Mark (words only): APEX ADVANTAGE

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-01-18

Filing Date: 2003-10-27

Transformed into a National Application: No

Registration Date: 2005-01-18

Register: Principal

Law Office Assigned: LAW OFFICE 102

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-01-18

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

Address:
Apex Stores, LLC
100 MAIN STREET
PAWTUCKET, RI 02860
United States
Legal Entity Type: Ltd Liab Co
State or Country Where Organized: Rhode Island

## GOODS AND/OR SERVICES

International Class: 040
Class Status: Active

atest Status Info

CUSTOM FINISHING AND EMBELLISHMENT OF PROMOTIONAL ITEMS, NAMELY, EMBROIDERY, EMBOSSING, ENGRAVING, CUSTOMIZED PRINTING, IMPRINTING, SCREEN PRINTING AND PAD PRINTING WITH COMPANY NAMES, LOGOS, MONOGRAMS, WORDS, AND/OR PICTURES FOR PROMOTIONAL AND ADVERTISING PURPOSES ON THE GOODS OF OTHERS, NAMELY, SPORTSWEAR, APPAREL AND OTHER PRODUCTS

**Basis:** 1(a)

**First Use Date:** 1996-12-01

**First Use in Commerce Date:** 2002-09-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
847961
956407
155905
443933
562812
657639

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2005-11-17 - TEAS Change Of Correspondence Received

2005-01-18 - Registered - Principal Register

2004-10-26 - Published for opposition

2004-10-06 - Notice of publication

2004-08-30 - PAPER RECEIVED

2004-09-07 - Published for opposition

2004-08-30 - FAX RECEIVED

2004-08-18 - Notice of publication

2004-07-22 - TEAS Response to Office Action Received

2004-05-31 - Approved for Pub - Principal Register (Initial exam)

2004-05-27 - Examiners amendment e-mailed

2004-05-11 - Assigned To Examiner

Latest Status Info                                                    Page 3 of 3

2004-01-26 - TEAS Change Of Correspondence Received

2003-11-20 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN E. OTTAVIANI

**Correspondent**
John E. Ottaviani, Esq.
Edwards Angell Palmer & Dodge, LLP
PO Box 55874
Boston MA 02205
Phone Number: 401-274-9200
Fax Number: 401-276-6611

---

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Trademark Query

# No assignment has been recorded at the USPTO

### For Serial Number: 78319107

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

atest Status Info                    *Exhibit "G"*                        Page 1 of 3

hank you for your request. Here are the latest results from the TARR web server.

his page was generated by the TARR system on 2007-10-15 15:58:48 ET

erial Number: 78928036 Assignment Information          Trademark Document Retrieval

egistration Number: 3244685

lark

# APEX COMPANIES

vords only): APEX COMPANIES

tandard Character claim: Yes

urrent Status: Registered.

ate of Status: 2007-05-22

iling Date: 2006-07-12

ransformed into a National Application: No

egistration Date: 2007-05-22

egister: Principal

aw Office Assigned: LAW OFFICE 111

you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark
ssistance Center at TrademarkAssistanceCenter@uspto.gov

urrent Location: 650 -Publication And Issue Section

ate In Location: 2007-05-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Apex Stores, LLC

ddress:
pex Stores, LLC
)0 Main Street

tp://tarr.uspto.gov/servlet/tarr?regser=registration&entry=3244685&action=Request+Status     10/15/2007

Latest Status Info

Pawtucket, RI 02860
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Rhode Island

## GOODS AND/OR SERVICES

**International Class:** 040
**Class Status:** Active
Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products
**Basis:** 1(a)
**First Use Date:** 2002-09-01
**First Use in Commerce Date:** 2002-09-01

## ADDITIONAL INFORMATION

**Disclaimer:** "COMPANIES"

**Prior Registration Number(s):**
2918976

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-05-22 - Registered - Principal Register

2007-03-06 - Published for opposition

2007-02-14 - Notice of publication

2007-01-12 - Law Office Publication Review Completed

2007-01-12 - Assigned To LIE

2006-12-16 - Approved for Pub - Principal Register (Initial exam)

2006-12-14 - Examiner's Amendment Entered

2006-12-14 - Examiners amendment e-mailed

2006-12-14 - Examiners Amendment -Written

2006-12-11 - Assigned To Examiner

atest Status Info                                                                    Page 3 of 3


006-07-18 - New Application Entered In Tram

---

### ATTORNEY/CORRESPONDENT INFORMATION

**ttorney of Record**
hn E. Ottaviani

**orrespondent**
OHN E. OTTAVIANI
DWARDS ANGELL PALMER & DODGE LLP
O BOX 55874
OSTON, MA 02205-5874
hone Number: 401-274-9200

---

USPTO Assignments on the Web



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web > Trademark Query**

# No assignment has been recorded at the USPTO

## For Serial Number: 78928036

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**EXHIBIT 4**

# EDWARDS ANGELL PALMER & DODGE LLP

2800 Financial Plaza   Providence, RI  02903   401.274.9200   *fax* 401.276.6611   eapdlaw.com

F.D.R. Station
P.O. Box 130
New York, NY  10150

John E. Ottaviani
401.276.6405
*fax* 888.325.9049
jottaviani@eapdlaw.com

**CONFIDENTIAL**
**FOR SETTLEMENT PURPOSES ONLY**

March 10, 2008

Christine M. Klenk, Esq.
Manatt Phelps Phillips
1001 Page Mill Road, Bldg. 2
Palo Alto, CA  94304

      Re    **Apex Stores, LLC v. 24-Hour Fitness USA, Inc.**
            **TTAB Cancellation Proceeding No. 9204878**

Dear Christine:

We have had an opportunity to discuss this matter at length with our client and are responding to your inquiry as to whether we could settle this matter with a Letter of Consent.  At this point, our client's position is that a Letter of Consent will not be sufficient to resolve the outstanding issues.

By way of background, our client is part of a group of Apex businesses run by the same family since Apex's inception in 1924. The Apex businesses engage in a variety of activities, including, manufacturing, retail, online retail, automotive tire, repair and service, real estate development and management, and financial services, among many others.

The trademark "APEX" is derived from the initials of the founder of Apex, Albert Pilavin. Having used "Apex" extensively for almost a century, and having invested in excess of tens of millions of dollars in advertising and promoting the mark over the past 84 years, the Apex Companies and the family that owns them have a great deal of emotional as well as financial investment in the "APEX" trademark.  The retail businesses, including the online and physical retail businesses, are a long standing tradition. Our client has also made extensive use of the APEX mark for its Apex credit card and customer loyalty programs, among other things, associated with its retail services throughout the U.S.  Historically, our client has also operated various retail stores under the name "APEX," including department stores, specialty stores, automotive stores and various websites, from which it sells a very wide variety of merchandise, including health and fitness clothing and equipment, health and beauty items and food.

# EDWARDS ANGELL PALMER & DODGE LLP

Christine Klenk
March 10, 2008
Page 2

Our client was not aware of your client's use of the Apex Fitness mark, and, in fact, did not know your client existed, until very recently. Our client is concerned, not only with your client's use of "APEX" and "APEX FITNESS" for retail sales of nutrition supplements and foods and exercise programs, but also that your client's mark looks very much like variations of our client's mark and that your client seems to be expanding its use of the term Apex and using it in very similar ways to our client. Given our client's use of the trademark "APEX" for over 84 years for retail sales and online sales, and its prior use of its APEX mark in connection with the sale of health and fitness products, our client is unwilling to compromise its significant history and the investment it has made in the term APEX and wants to protect its rights. It appears to us that there is a great likelihood of confusion should your client continue to use the APEX and APEX FITNESS marks for its expanding goods and services. Given our client's long history of doing business under the Apex name, and its use which dates back for three quarters of a century before your client came into existence, our client hopes we can resolve this issue amicably.

Our client certainly continues to be open to settlement discussions, and suggests that we suspend the proceedings to permit such discussions to continue if your client is interested. One possible scenario would include permitting your client some period of time to continue to use the APEX FITNESS mark while phasing it out and developing a new brand identity or adopting the 24-HOUR FITNESS brand. You and your client may also have proposals to offer that we have not considered.

Please let me know whether or not your client is amenable to suspending the proceeding and continuing settlement discussions.

I am also enclosing a copy of our client's initial disclosures required by the new TTAB rules.

Very truly yours,

John E. Ottaviani

cc:    President, Apex Stores, LLC

UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| APEX STORES, LLC ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> 24-HOUR FITNESS USA, INC. ) <br> ) <br> Registrant ) <br> ) | Cancellation Proceeding No. 92048378 |

## PETITIONER'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and 37 C.F.R., §2.120(a), Petitioner, Apex Stores,

LLC, by and through its attorneys, hereby provides its initial disclosures.

## INTRODUCTION

1.    These disclosures are made solely for purposes of this proceeding.  Each

disclosure is subject to any and all objections as to competency, relevancy, materiality, propriety,

privilege, admissibility, and to any and all other objections and grounds that would require the

exclusion of any statement made herein if any such statement were made by, or if any questions

were asked of, a witness present and testifying in court, all of which objections and grounds are

hereby expressly reserved, and may be interposed later at or before the time of trial.

2.    Petitioner has not yet completed discovery and/or trial preparation.  The

disclosures contained herein are based on Petitioner's knowledge, information, and belief at this

time, and are made without prejudice to the foregoing following objections.  Petitioner

specifically reserves the right to amend and/or supplement its disclosures herein at any time or to

introduce facts not contained herein if it should appear at any time that omissions or errors have

been made or if it obtains additional or more accurate information. Petitioner further reserves the right to rely upon such facts, and persons having knowledge of such facts, as may be derived through future discovery or through its continuing investigation in this matter or as may be adduced at trial.

DISCLOSURES

I.    Individuals with Discoverable Information --- the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses, unless the use would be solely for impeachment.

The following individuals are likely to have discoverable information that the Petitioner may use to support its claims and defenses:

1.    Andrew Gates, President of Apex Stores, LLC, c/o John Ottaviani, Edwards, Angell, Palmer & Dodge, 2800 Financial Plaza, Providence, Rhode Island 02903 (401) 274 - 9200. Mr. Gates has knowledge regarding the use of Petitioner's various "Apex" marks by it and its predecessors and affiliates (collectively the "Apex Companies") including advertising and marketing information, promotional materials and sales of goods and/or services using the Apex marks, and also regarding service mark and trade mark registrations and corporate structure of the Apex Companies.

II.    Categories of Documents in Petitioner's Possession That It May Use to Support Its Claims or Defenses. --- A copy or a description by category and location – and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims, counterclaims or defenses, unless the use would be solely for impeachment:

- 2 -

Petitioner has in its possession, custody, and/or control documents fitting the below descriptions that it may use to support its claims, counterclaims and defenses:

1. Documents evidencing the Apex Companies' use of the Apex marks.

2. Documents evidencing Registrant's use of its marks.

3. Certificates of Registration and trademark prosecution documents for the Apex marks.

4. Documents relating to the Apex Companies' use, advertising, marketing and promotion of the Apex marks.

5. Documents relating to the Apex Companies' efforts to enforce its trademark rights in and to the Apex marks.

6. Documents relating to sales of goods and/or services made using the Apex marks.

The above documents are available at the following location(s):

1. Such documents are located at the Apex Companies' corporate headquarters and warehouses in Pawtucket, Rhode Island, and/or on the Internet.

In addition, Petitioner reserves the right to use additional documents that are currently in the possession of Registrant, which will be revealed during discovery, to support its claims, counterclaims and defenses.

III.    Computation of Damages:

A computation of each category of damages claimed by the disclosing party whom must also make available for inspection and copying as under rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

NONE AVAILABLE AT THIS TIME.

PRV 940936.1

IV.    Insurance Agreements:

For inspection and copying under Rule 34, any insurance agreement under which an

insurance business may be liable to satisfy all or part of a possible judgment in the action or to

indemnity or reimburse for payments made to satisfy the judgment.

NONE AVAILABLE AT THIS TIME

Apex Stores, LLC reserves the right to supplement or amend these disclosures as may be

appropriate.

APEX STORES, LLC
By its attorneys,

DATED:  March _10_ , 2008

John E. Ottaviani
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, Rhode Island 02903
Tel:  (401) 274-9200
Fax:  (888) 325-9049
jottaviani@eapdlaw.com

## CERTIFICATE OF SERVICE

I, John E. Ottaviani, hereby certify that on this _10th_ day of March, 2008, this document
was served via facsimile and first class mail, postage prepaid, to the following attorneys of
record for Registrant:

Susan E. Hollander, Esq.
Britt L. Anderson, Esq.
Christine M. Klenk, Esq.
Manatt Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Fax:  (415) 291-7474

John E. Ottaviani

- 4 -

**EXHIBIT 5**



**Britt L Anderson**
Manatt, Phelps & Phillips, LLP
Direct Dial: (415) 291-7403
E-mail: BLAnderson@manatt.com

April 11, 2008

Client-Matter: 23632-098

**VIA FACSIMILE AND EMAIL**
**FOR SETTLEMENT NEGOTIATIONS ONLY**
**PURSUANT TO FEDERAL RULE OF EVIDENCE 408**

John Ottaviani, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

     **Re:    Apex Stores, LLC v. 24 Hour Fitness USA, Inc.**

Dear Mr. Ottaviani:

     We write to respond to your letter of March 12, 2008 regarding the above cancellation proceeding, with which you served your client's initial disclosures. We note to begin that your initial disclosures were served approximately three weeks after the date specified in the TTAB's scheduling order. Other than blatant disregard of its obligations under the Federal Rules, there appears to be no reason why Apex Stores would fail to meet this deadline. As well as your client possessing the TTAB's order, we discussed the parties' mutual obligation to serve initial disclosures by February 20 at our meet and confer on January 14, 2008 as well as our follow up discussion around January 28.

     24 Hour Fitness finds entirely unacceptable the assertion in your letter that your client has priority and/or superior rights in regard to the APEX name in connection with the health and fitness field as a basis for beginning any settlement discussions. Since at least as early as 1994, 24 Hour Fitness and Apex Fitness have continuously and pervasively used their APEX Marks in connection with a wide range of health, fitness and nutrition related products and services. As you are aware, 24 Hour Fitness owns numerous trademark and service mark registrations in connection with a broad set of goods and services for its APEX family of marks, including but not limited to its APEX & Design, APEX FITNESS GROUP & Starman Design, and APEX TRAINING SYSTEM & Starman Design marks. Given these longstanding rights, 24 Hour Fitness rejects any assertion that Apex Stores has sufficient basis to challenge 24 Hour Fitness' use or registration of its APEX Marks or to insist that such marks be phased out.

     Since the filing of your cancellation action, 24 Hour Fitness has investigated Apex Stores' activities and has found that your client appears to have recently expanded into 24 Hour Fitness' area of business. We note that your client's recent application under U.S. Serial No. 78/928,022 encompasses 24 Hour Fitness' services related to distributorships featuring vitamins

One Embarcadero Center, 30th Floor, San Francisco, California 94111  Telephone: 415.291.7400  Fax: 415.291.7474

Albany  |  Los Angeles  |  New York  |  Orange County  |  Palo Alto  |  Sacramento  |  San Francisco  |  Washington, D.C.



**manatt**

manatt | phelps | phillips

John Ottaviani, Esq.
April 11, 2008
Page 2

and fitness programs.  In fact, the U.S. Patent & Trademark Office refused this application based, in part, upon 24 Hour Fitness' prior filings.  In addition, your client's marketing of goods in the health and fitness field, and particularly your client's expansion into the "sporting goods & fitness" category, via its website, appears to have commenced only very recently.

Despite these facts, 24 Hour Fitness continues to view a consent agreement under which the parties would agree to confine their activities under their APEX marks to their respective business areas as a potentially reasonable resolution of this matter.  Let me know if your client is interested in discussing a consent agreement on this basis.

Sincerely,

Britt L Anderson

cc:    24 Hour Fitness USA, Inc.
       Susan Hollander, Esq.

90007851.2

**EXHIBIT 6**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAY 0 5 2008

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

APEX, LLC,
APEX AT HOME, LLC

Plaintiffs,

v.

24 HOUR FITNESS USA, INC.,

Defendant.

C.A. No. 08-

 CA 08 169 ML

## COMPLAINT

Plaintiffs, Apex, LLC and Apex At Home, LLC (collectively referred to as "Plaintiffs") for its complaint against defendant 24 Hour Fitness USA, Inc. ("Defendant" or "24 Hour Fitness"), states as follows:

### Nature of the Action

1. This is an action for trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114 (Registered Trademark Infringement); Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (False Designation of Origin and Unfair Competition; and Common Law Trademark Infringement).

### Parties

2. Plaintiff Apex, LLC is a Rhode Island limited liability company having an address and principal place of business at 100 Main Street, Pawtucket, Rhode Island 02860.

3.   Plaintiff Apex At Home, LLC is a Rhode Island limited liability company having an address and principal place of business at 100 Main Street, Pawtucket, Rhode Island 02860.

4.   Upon information and belief, Defendant 24 Hour Fitness is a California corporation having an address and principal place of business at 12647 Alcosta Blvd., 5th Floor, San Ramon, California 94583.

## Jurisdiction And Venue

5.   This Court has subject matter jurisdiction over plaintiff's claims pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367(a).

6.   Venue is proper in this District pursuant to 28 U.S.C. § 1391.

7.   24 Hour Fitness has sufficient minimum contacts with the State of Rhode Island to subject it to the personal jurisdiction of this Court pursuant to Rhode Island's Long-Arm Statute, R.I. Gen. Laws § 9-5-33.

## Apex's Proprietary Interest in its Distinctive Trademark

8.   Since at least as early as 1942, Plaintiffs and/or their predecessors and affiliates (hereinafter collectively referred to as "Apex") have consistently provided and continue to provide retail services.   Over the years, Apex expanded these services to include without limitation, the operation of retail department stores, specialty concepts stores, mail order operations and online retail operations. Since at least as early as the 1960s, Apex's retail services have included a wide variety of general merchandise and services, including without limitation sporting goods, athletic apparel, athletic footwear, athletic equipment, fitness equipment, various food items and products, health and beauty

products, related fitness accessories and a wide variety of other related and unrelated items (the "Apex Services").

9.  The Apex Services are offered throughout the United States, including the State of Rhode Island.

10. Plaintiffs are the owners of a family of common law and registered APEX trademarks, which have been in continuous use since 1942 (APEX) and 1996 (APEX ONLINE and APEX STORES) in connection with various retail store, mail order purchase and computerized online retail services.  These trademarks include but are not limited to the trademarks identified on Exhibit A hereto (the "APEX Marks").

11. Apex has provided the Apex Services under its APEX Marks throughout the United States, including the State of Rhode Island.

12. Registration of the APEX Marks constitutes conclusive evidence of Apex's exclusive right to use the APEX name and mark in connection with the Apex Services throughout the United States, including the State of Rhode Island.

13. Registration of the APEX Marks entitles Apex to prevent others from using the mark in a confusingly similar manner in the field of retail store services or in connection with any services confusingly similar to the Apex Services.

14. The APEX Marks cover the broad category of retail store services, without limitation as to specific industry areas or types of products sold.

15. The Apex Services are offered under one or more of the APEX Marks to consumers in a variety of industry sectors, including the health and fitness industry (the "Apex Consumers").

16. Since long before any date on which 24 Hour Fitness first used its confusingly similar marks, Apex has offered the Apex Services to the Apex Consumers under the APEX Marks.

17. As a result of widespread public use and recognition, the APEX Marks have become assets of substantial value and goodwill as indicators of the source for Apex and the Apex Services.

18. The Apex Services are promoted and marketed under the APEX Marks through substantial and ongoing business activities, including on physical retail stores, in a wide variety of advertising including newspaper advertisements, radio and television advertisements, on in store materials, and online through various domain names and/or Websites.

19. Apex has been actively expanding its use of the APEX Marks and continues to market its retail services under one or more of the APEX Marks throughout the United States and in Rhode Island.

20. Apex has expended significant time, money and effort in advertising and promoting the APEX Marks, the Apex Services provided under these marks, and in developing substantial and exclusive goodwill and reputation in connection with the Apex Services.

21. As a result of these expenditures, combined with substantial sales of quality services under the APEX Marks, the relevant purchasing public has come to recognize the brand name APEX as favorably distinguishing the Apex Services from those of others.

22. The APEX Marks serve as symbols of and sources for the highest standards in retail services.

### Defendant's Infringing Use of the APEX Marks

23. Defendant 24 Hour Fitness operates a chain of health and fitness clubs and, upon information and belief, through its wholly owned subsidiary, Apex Fitness, Inc., offers fitness and nutrition programs and products throughout the United States and in the State of Rhode Island.

24. Upon information and belief, on or before May 2, 2008, 24 Hour Fitness commenced offering retail store services under the identical mark APEX, through its website *apexfitness.com* (the "Infringing Website"), in the provision of sales of merchandise, including various food products and distributorships featuring vitamins and fitness programs (the "Infringing Services"). See Exhibit B.

25. Defendant is the record owner of U.S. Trademark Registration Nos. 2,701,627; 2,703,428; and 2,936,205 for the marks APEX TRAINING SYSTEM (and design); APEX FITNESS GROUP; and APEX covering, *inter alia*, the Infringing Services (the aforementioned trademark registrations owned by defendant hereinafter referred to as the "Defendant's Registrations").

26. Defendant's Registrations cover goods and/or services that fall within the scope of the services covered by the APEX Marks. The United States Patent and Trademark Office improperly granted each of the Defendant's Registrations. Defendant's Registrations should be cancelled on grounds of likelihood of confusion with Plaintiffs prior and longstanding rights in and to the APEX Marks.

27. The Infringing Services are offered to consumers under the APEX trademark and the marks identified in Defendant's Registrations (collectively, the "Infringing Marks"), one or more of which are prominently displayed throughout the Infringing Website.

28. The Infringing Marks are confusingly similar to one or more of the APEX Marks, in which Apex has prior and exclusive rights.

29. Upon information and belief, the Infringing Services are offered in the same channels of trade and to the same class of consumers as the Apex Services and the Apex Consumers.

30. Upon information and belief, consumers located in all fifty states, including the State of Rhode Island, can access and transact business with defendant through the Infringing Website.

31. Upon information and belief, the Infringing Services are marketed, sold, or offered for sale to consumers, including the Apex Consumers, in interstate commerce in all fifty states, including the State of Rhode Island.

32. Upon information and belief, these activities by defendant have been continuous with the intent to solicit business from potential consumers, including the Apex Consumers, located anywhere in the United States, including the State of Rhode Island.

33. The term APEX appears prominently on the Infringing Website.

34. The dominant portion of each of the Infringing Marks is identical to the dominant portion of each of the APEX Marks, i.e., APEX.

35. Upon information and belief, defendant targets, sells and offers to sell the Infringing Services to the same class of purchasers that are familiar with and to whom the Apex Services are sold under the APEX Marks.

36. Because of the identity between the APEX Marks and the Infringing Mark, consumers, including the Apex Consumers, are likely to transact business with the defendant, mistakenly believe that it is sponsored by or affiliated with Apex and/or the Apex Services.

37. Defendant's infringing activities are likely to cause confusion, mistake and deception among the consumer public as to the origin of the Infringing Services.

38. Upon information and belief, defendant's use of the Infringing Marks create a false designation of origin, which is likely to cause confusion as to the affiliation, sponsorship or approval of defendant with Plaintiffs.

39. By letter dated, March 10, 2008, Plaintiffs sought defendant's agreement to discontinue use of the APEX mark, after a reasonable phase-out period, in connection with the Infringing Services.

40. By letter dated April 11, 2008, defendant rejected Plaintffs settlement offer and indicated that it will continue use of the APEX mark in connection with retail store services.

**COUNT ONE:**
**REGISTERED TRADEMARK INFRINGEMENT**
**UNDER SECTION 32 OF THE LANHAM ACT, 15 U.S.C § 1114**

41. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 40 as though fully set forth herein.

42. 24 Hour Fitness's actions constitute infringement of the APEX Marks in violation of Apex's rights under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

43. As a direct result of defendant's unlawful activities, Apex has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

44. Defendant's conduct has caused and will continue to cause injury to Apex to its goodwill and reputation, and will continue to both damage Apex and the public unless enjoined by this Court.

### COUNT TWO:
### FALSE DESIGNATION OF ORIGIN
### UNDER SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)

45. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 44 as though fully set forth herein.

46. Defendant's actions constitute a false designation of origin under 15 U.S.C. § 1125(a), which is likely to cause confusion, mistake or to deceive and has confused and deceived consumers into believing that defendant and the Infringing Services are affiliated with, sponsored by, or somehow connected with Apex and/or the APEX Marks.

47. Defendant's unlawful activities reflect adversely on Apex because Apex has no ability to control the quality of defendant's services, and as the believed source of origin, Apex's efforts to continue to protect its reputation for high quality services will be hampered, resulting in the loss of sales thereof to the irreparable harm of Apex.

48. As a direct and proximate result of defendant's above-described actions, Apex has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

## COUNT THREE:
## UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)

49. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 48 as though fully set forth herein.

50. Defendant's actions constitute unfair competition under 15 U.S.C. § 1125(a), by passing off its mark for that of Apex in a manner that is false, misleading, and misrepresents the nature, characteristics and qualities of defendant's services.

51. As a direct and proximate result of defendant's above-described actions, Apex has suffered and will continue to suffer damages in an amount presently unknown and to be ascertained at the time of trial.

## COUNT FOUR:
## COMMON LAW UNFAIR COMPETITION

52. Plaintiffs repeat and re-allege each and every allegation of paragraphs 1 through 51 as though fully set forth herein.

53. The above-described acts constitute unfair competition under the common law of the State of Rhode Island.

54. As a result of defendant's unfair competition, Apex has been damaged in an amount to be ascertained at trial.

## COUNT FIVE:
## COMMON LAW SERVICE MARK INFRINGEMENT

55. Plaintiffs repeat and re-allege the allegations set forth in paragraphs 1 through 54 of the Complaint as if set forth at length herein.

56. The above-described conduct of defendant constitutes a violation and infringement of the rights of plaintiff to and in the mark and name APEX at common law.

57. Plaintiff has been damaged by defendant's acts complained of, defendant has profited thereby, and unless defendant's conduct is preliminarily and permanently enjoined, plaintiff and its goodwill and reputation will suffer immediate, substantial and irreparable injury that cannot be adequately calculated and compensated in monetary damages.

### PRAYER FOR RELIEF

**WHEREFORE, Plaintiffs pray for an order of the Court:**

A. For a permanent injunction restraining 24 Hour Fitness its officers, directors, principals, agents, servants, employees, successors and assigns, and all individuals acting in concert or participation with it, from:

    i)   infringing Plaintiffs' trademark rights; and

    ii)  unfairly competing with Plaintiffs.

B. Directing 24 Hour Fitness to file with the Court and serve on counsel for Plaintiffs, within thirty days after entry of any injunction issued by the Court in this action, a sworn statement as provided in 15 U.S.C. § 1116 setting forth in detail the manner and form in which 24 Hour Fitness USA, Inc. has complied with the injunction;

C. Directing 24 Hour Fitness to account to Plaintiffs for any and all profits derived by 24 Hour Fitness from the sale of the Infringing Services bearing the Infringing Mark;

D. Awarding Plaintiffs a monetary judgment against 24 Hour Fitness for Plaintiffs' damages and 24 Hour Fitness's profits pursuant to 15 U.S.C. § 1117;

E. Trebling the amount of such award on account of 24 Hour Fitness 's willful, intentional, and bad faith conduct pursuant to 15 U.S.C. § 1117;

F. Awarding Plaintiffs their reasonable attorneys' fees, costs and disbursements incurred herein in view of 24 Hour Fitness's intentional and willful infringement, pursuant to 15 U.S.C. § 1117;

G. Ordering the cancellation of Defendant's Registration before the United States Patent and Trademark Office; and

H. Awarding Plaintiffs such other and further relief as the Court may deem just and proper.

APEX, LLC, APEX AT HOME, LLC

By Their Attorneys,

Raymond M. Ripple (#6489)
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, Rhode Island 02903
(401) 274-9200
(401) 276-6611 (Fax)

Dated: May 5, 2008

**EXHIBIT A**
**The APEX Marks**

| No. | Serial # | Registration # | Word Marks | Int'l Class/es | Goods/Services | Owner |
|---|---|---|---|---|---|---|
| 1 | 74430251 | 1847961 | APEX | 42 | Retail department store services. | Apex, LLC |
| 2 | 75781411 | 2562812 | APEX ONLINE | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 3 | 75781412 | 2443933 | APEX STORES | 35 | Retail store, mail order purchase and computerized on-line retail services, featuring, domestics, furniture, bedding, kitchenware, major appliances, small appliances, housewares, bathroom accessories, living room and bedroom accessories, table top accessories, flatware, power equipment, electronics, photography, jewelry, cosmetics, toys, giftware, music and video, gardening, handbags, sporting goods, clocks, luggage, home office, grills, clothing, men's and ladies' accessories, shoes, athletic footwear, novelties, food and Christmas items. | Apex, LLC |
| 4 | 78319107 | 2918976 | APEX ADVANTAGE | 40 | Custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products. | Apex, LLC |

BOS2 671900.1

EXHIBIT A
The APEX Marks

| No. | Serial # | Registration # | WordMark | Int'l Class/es | Goods/Services | Owner |
|-----|----------|----------------|----------|----------------|----------------|-------|
| 5 | 78928022 | N/A | APEX COMPANIES | 35 | Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and advertising services, featuring a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; business, advertising, marketing and management consulting services. | Apex, LLC |
| | | | | 37 | Automobile repair and maintenance. | |

BOS2 671900 1

Welcome to Apex Fitness Group's Website







you set the goal, we provide the path

search [go]

club finder

city [   ]

state [go]

products



   



Apex provides cutting-edge nutrition programs and products through health clubs to help you meet your fitness, health, and nutrition goals.

## Testimonials

### "I love to help others feel better"

Sylvia Mendoza: I am so excited! I love the effects of Apex products. I have been exercising since I was 12 years old and have not stopped. While in college, I took a job as a fitness instructor for Jack LaLanne European Health Spas, which helped me to decide to study Kinesiology. Also, this is when I was introduced to advanced vitamin....

- Apex Champions (testimonials)

## Introducing myapex!

Introducing myapex - the new home of the bodybugg™ and Apex To Your Door programs. Access both of your accounts from one place.

Visit myapex.com to get started.





## Apex Education

Apex Fitness Professional Certification (Interactive CD-Rom). Find out more click here

## » eLearning CEC Courses

Our Continuing Education Credits are now online! Instead of having to wait for a workshop to come to your area, you can view the course of your choice online and go through it at your own pace. Our continuing education credits range from exercise and nutrition to a comprehensive analysis of the science behind supplementation. Apex gives trainers and fitness professionals a one-stop CEC resource! And now also available in a convenient online format!

For more information on the CEC

## bodybugg™ ®



see it in action ... click here

bodybugg™
the world's most intelligent calorie management system

## Apex Featured Product

### Fit Multivitamin - Prenatal (120 count) New Formula!



Nutritional support for before & during pregnancy. One-a-day, optimized formula for an active lifestyle.
- available to order now!

## Resources

Resting Metabolic Rate
Daily Calorie Needs
Body Mass Index
Calorie Burn Indicator
Anatomy 101
Nutrition FAQ
Nutrition Articles
Exercise FAQ
Exercise Articles
Exercise of The Day
Special Exercise Programs

ADMIN LOGIN   FAT PROS   CLUBS   LOGIN



**myapex**  you set the goal. we provide the path

| home | nutrition store | fitness resources | bodybugg® | apex to your door | myapex account |



Welcome to your complete nutrition resource.

**NEW! Iced Peanut Butter Brownie Delight** featuring Reese's peanut butter chips.

Say goodbye to protein bars that taste like cardboard and *hello* to handmade brownies (with 13 grams of protein!).  They taste so good you'll forget they're actually good for you.

**CHECK IT OUT!**



**bodybugg**
the world's most intelligent calorie management system

Username: [        ]

Password: [        ]

☐ Remember Me    Lost Password?



**DAILY Q&A**

At what age does a person quit gaining muscle mass? I'm 62 years old and work out five days a week with 2 hours of cardio and another 1 to 1 1/2 hours lifting weights.

All muscle gain depends on experience, genetics, and gender. A novice at any age can acquire muscle tissue. However, as a person ages, the amount of hormones the body produces lessens, making muscle gain slower and more difficult.

**Read More ▶**

Miss a Day? ▶
Send us Your Questions▶



**TESTIMONIALS**

Josh Thigpen: Two-time World's Strongest Man Competitor

In preparation for the 2008 strongman season, I began stacking Apex products with my training regimen three months ago. The results have been amazing!

**Read More ▶**

Other Testimonials ▶
Send us Your Story ▶



**MONTHLY NEWSLETTER**

Underreporting? Who, me? But I have a slow metabolism.

**Read More ▶**

Previous Newsletters ▶





**bodybugg**
see how it works!
WATCH VIDEO



R E C I P E   F I N D E R

Looking for the perfect recipe to fit in with your diet? Find your ultimate recipe by using our recipe finder.

Keyword: [        ]
Category: [Any category]
Calories: [Any calories]
Protein: [Any protein]



**Fat:**          Any fat

View All Recipes ▸
Submit Your Favorite Recipe ▸





**Username:** [＿＿＿＿＿＿]

**Password:** [＿＿＿＿＿＿]

☐ Remember Me



F I T N E S S    T O O L S

Get a better idea of how your body works using our free fitness tools.



Email myapex@apexfitness.com or call
myapex support at 800/656.2739.

myapex and Apex To Your Door are
brought to you by The Apex Fitness
Group.

©Copyright 2007 Apex Fitness INC.
All rights reserved.

Home | About Us | Contact Us

 

**myapexx** you set the goal we provide the path

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

## Sports Performance (MAX)

**Get More from your Workouts.** Apex MAX supplements are specifically formulated to promote the increase of m enhance workout performance, and aid muscles in recovering quickly from exercise.

**Purity & Potency are Guaranteed.** All Apex supplements are produced by Phoenix Labs, a manufacturer that op a pharmaceutical license and meets and exceeds all federal manufacturing standards.

**SPORTS PERFORMANCE (MAX) PRODUCTS**



Anabolic Amino Xtreme



NO Xtreme



Volumizer



Creatine



L-Glutamine



Methoxybolic



Recovery



Protein



Workout

Home | About Us |



ADMIN LOGIN | Fit PROS

 you set the goal. we provide the path.

| home | nutrition store | fitness resources | bodybugg® | apex to your door | m

**Sports Performance (MAX) --> Workout --> MAX Workout**



## MAX Workout

Drive Through Intense Workouts (with Caffeine & Ginseng).*

This unique formula supports energy metabolism. It is beneficial to exercise activity and designed to improve performance for both aerobic and anaerobic without water retention (as opposed to creatine).*

**Best suited for:**

○ Experienced athletes (aerobic and anaerobic) seeking to improve per
   without water retention.
○ Do not use if you experience adverse effects from stimulants.
○ Do not mix with other stimulants.

**Nutrition Facts**

**Your Price: $25.95**

**Package Count:** 90/bottle

*\*These statements have not been evaluated by the FDA. This product is not*
*diagnose, treat, cure or prevent disease.*

**SKU:** 1028

**QTY:** 1

Home  |  About Us  |

Bars, Cookies & Snacks Products



 you set the goal. we provide the path

ADMIN LOGIN  CLIENT PROS

| home | nutrition store | fitness resources | bodybugg® | apex to your door | m |

## Bars, Cookies & Snacks

These delicious snacks and bars are perfect for calorie control and sound nutrition on the go.  They're also ideal pr
workout energy sources.  All contain optimal, balanced macronutrients and are formulated to complement Apex st

### BARS, COOKIES & SNACKS PRODUCTS



100 Calories Sweet & Salty Crisps (100 calories)



Specialty Snacks (230 calories)



FIT Fruit Fuel Bars (200



Breakfast Squares (210 calories)



FIT Bars (210-220 calories)



FIX Cookies (160 cal



FIX Crisp Bars (150-160 calories)



FIT Soy Bars (160 calories)

Home | About Us |



myapexx  you set the goal. we provide the path

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> FIX Crisp Bars (150-160 calories) --> FIX Crisp Bars - Chocolate

### FIX Crisp Bars - Chocolate



FIX Crisp Bars are convenient, nutrient-rich meal replacements that are bes
unable to eat a meal and/or before workouts. They can also be used to incre
caloric intake when you're unable to consume whole foods. FIX Crisp Bars pi
ideal ratio of protein, carbohydrates and fat in a form that is easily digested
assimilated by the body. Click here for more info on Fitness Fast Foods.

*A light, crispy energy quick fix.*

calories 150    carbs 23g
protein 9g      fat 3.5g (0g trans fat)
fiber 3g        calcium 10% Daily Value

Nutrition Facts

**Your Price: $21.95**

Package Count: 12/box

SKU: 2023
QTY: 1



Best suited for:

- Anyone as
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal
  - A better dessert option

- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and reco
  - Can be used during training

*It is not recommended that more than one-third of your total calories be su
the form of meal replacement foods unless medically supervised. Consult yo
before starting any diet.*

Home | About Us |



 you set the goal. we provide the path.

| | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

Bars, Cookies & Snacks --> 100 Calories Sweet & Salty Crisps (100 calories) --> 100 Calories Salty Crisps - Barbecue

### 100 Calories Sweet & Salty Crisps - Barbecue



Apex 100 Calorie products are portion-controlled, low-calorie snacks and are satiety aid between meals. Foods in this category are not usually nutritionally but are designed to satisfy the urge to "cheat". Try our delicious Kettle Corn won't believe they're guilt-free!

The use of Apex 100 Calorie Snack Products with other Apex supplements sl total nutrient intakes to be within a safe and optimal range.

*65% Less Fat, 100% of the Flavor.*

Nutrition Facts

**Your Price: $10.50**

Package Count: 6/box, 23g bags

SKU: 5017

QTY: 1



**calories 100**
**trans fat 0g**          saturated fat 0g

Best suited for anyone as:

- An addition to a meal
- A 100-calorie snack
- An aid to satiety
- A healthier alternative to regular potato chips

Home | About Us |

Apex Fitness Nutrition Store



myapexx    you set the goal, we provide the path

| | home | nutrition store | fitness resources | bodybugg® | apex to your door | m



**It's here! The Iced Peanut Butter Brownie Delight**

This handmade brownie features real Reese's peanut butter chips . . . and it's so good you'll forget it's actually good for you.

**Order yours today!**







Multivitamins for the whole family as well as Gingko, Calcium, Vitamin C and more.

**View Products ▸**



Fat Burn and Appetite Control formulas can help you break through a plateau & reach your goals faster.

**View Products ▸**





Gain muscle & help your muscles recover more quickly with formulas like Creatine, Workout, Recovery and more.

**View Products ▸**



Versatile drink mixes and our popular Workout Shake offer nutrition and satiety pre- and post-workout.

**View Products ▸**





These delicious snacks, bars and protein cookies are perfect for calorie control and sound nutrition on the go.

**View Products ▸**



Coming soon!

**View Products ▸**



Home  |  About Us  |

  you set the goal, we provide the path

| MEMBERS HOME | home | nutrition store | fitness resources | bodybugg® | apex to your door | m |

Bars, Cookies & Snacks --> Specialty Snacks (230 calories) --> Iced Peanut Butter Brownie De

### Iced Peanut Butter Brownie Delight



**The Iced Peanut Butter Brownie Delight is hand made using real Rea
Butter. Each brownie is nutrient rich and contains more protein than**
They are best used when unable to eat a meal and/or before workouts. They
used to increase daily caloric intake when unable to do so by consuming wha
These brownies make a satisfying, nutritious dessert. Because of their conve
nutrition, and great taste, they are an optimal meal replacement or supplem

**Iced Peanut Butter Brownie Delight
This high protein brownie supports optimal health with a perfect ble
essential nutrients.**

Nutrition Facts ⊞

Your Price: $30.00

Package Count: 12 brownies/box

SKU: 4023

QTY: 1

| calories 240 | carbs 28g |
| protein 13g | fat 8g (0g trans fat) |

Best suited for:

- Anyone as
  - A better dessert option
  - A meal substitute
  - An aid to satiety
  - An early morning pre-workout meal*
- An experienced exerciser
  - As a pre- and post-workout meal to enhance training and reco
  - Can be used during training

*It is not recommended that more than one-third of your total calories be su
the form of meal replacement foods unless medically supervised. Consult yo
before starting any diet.

Home | About Us |

 

home | nutrition store | fitness resources | bodybugg® | apex to your door | m

## Optimal Health (FIT)

**Purity & Potency are Guaranteed.**
Apex formulas are based on the latest scientific data and are produced under strict pharmaceutical manufacturing Our Multivitamin & Mineral supplements meet the different nutrient needs of individuals based on age, gender and they also account for nutrients obtained through food by the average person. Each FIT Multivitamin & Mineral form basic antioxidant needs.

All other supplements in the Apex line are intended to work in conjunction with FIT Multivitamin & Mineral formula assures that you remain in a safe and optimal range of nutrient intake at all times.

**OPTIMAL HEALTH (FIT) PRODUCTS**


Multivitamin


Advanced Calcium


General Health


Vitamin C


Super Antioxidant


Joint Support


Gingko


Premenstrual Formula

Home | About Us |



ADMIN LOGIN | FIT PROS

MEMBER LOGIN | home | nutrition store | fitness resources | bodybugg® | apex to your door | m

**Optimal Health (FIT) --> Multivitamin --> FIT Multivitamin - Children's Chewables**

## FIT Multivitamin - Children's Chewables

*Customized Formula for Growing Children. \**

Over 90 percent of American children do not consume enough of some of th
needed for optimal health. A daily multivitamin and mineral formula can help
children get the nutrients they need. The Apex Children's Chewable Multivita
Mineral Formula is designed specifically for children.\*

**Why An Apex Multivitamin?**

Apex multivitamin formulas are:

- formulated for the nutrient needs of an active lifestyle.
- based on the latest scientific research, not marketing hype.
- manufactured in a pharmaceutically registered facility (guarantees p
  potency).
- contain a controlled release system for optimal nutrient absorption. \*

**Best suited for:** Active children between the ages of 2-12.

**Key Benefits:** Customized formula for growing children.\*

*\*These statements have not been evaluated by the FDA. This product is no
diagnose, treat, cure or prevent disease.*

Home | About Us |



Nutrition Facts 📞

**Your Price:** $7.95

**Package Count:** 60/bottle

**SKU:** 1026

**QTY:** 1 🛒

buy it now