| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | SUSAN E. HOLLANDER (Bar No. CA 133473) |
| 2 | BRITT L. ANDERSON (Bar No. CA 212092) |
| | E-mail: patrademarks@manatt.com |
| 3 | 1001 Page Mill Road, Building 2 |
| | Palo Alto, CA 94304-1006 |
| 4 | Telephone: (650) 812-1300 |
| | Facsimile: (650) 213-0260 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | 24 Hour Fitness USA, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., | No. CV 08 1681 HRL |
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| vs. | AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE. |
| Apex Stores, LLC; Apex, LLC; Apex at Home, LLC, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | | |
|---|---|---|
| 1 | Dated: June 4, 2008 | MANATT, PHELPS & PHILLIPS, LLP |

By:  _____*//s//Britt L. Anderson*_____
    Susan E. Hollander
    Britt L. Anderson
    Manatt Phelps & Phillips, LLP
    1001 Page Mill Road, Bldg. 2
    Palo Alto, CA 94304
    Tel: (650) 812-1300
    Fax: (650) 213-0260
*Attorneys for Plaintiff*
24 HOUR FITNESS USA, INC.