United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., | No. C08-01681 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Apex Stores, LLC, et. al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 15, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 5, 2008

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Britt Lee Anderson blanderson@manatt.com, lallen@manatt.com

Susan E Hollander shollander@manatt.com, AScardina@manatt.com, KHunt@manatt.com, SSareth@manatt.com, dcrim@manatt.com, dwishon@manatt.com, lvete@manatt.com

Apex, LLC NBruno@sheppardmullin.com

Apex at Home, LLC NBruno@sheppardmullin.com