MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., | No. CV 08 1681 HRL |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| Apex Stores, LLC; Apex, LLC; Apex at Home, LLC | |
| Defendants. | |

I, declare under penalty of perjury that on June 4, 2008 I served the Summons, First Amended Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order of Magistrate Judge Howard R. Lloyd and Standing Order for All Judge of the Northern District of California and blank Declination to Proceed Before a USD Magistrate Judge, etc and blank Consent to Proceed Before a USD Magistrate Judge by FedEx Priority delivery on the following, who has stated that he is authorized to accept service on behalf of Apex, LLC and Apex at Home, LLC:

    Steven Cowley, Esq.
    Edwards Angell Palme & Dodge, LLP
    111 Huntington Avenue
    Boston, MA 02199

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90018087.1

PROOF OF SERVICE OF FIRST AMENDED COMPLAINT, ETC.

1   Executed this 4th day of June, 2008 in San Francisco, California.

2

3   By: _____//s//Linda Allen_____
      Linda Allen
4     Manatt Phelps & Phillips
      1 Embarcadero Center
5     San Francisco, CA 94111