1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (SBN 133473)
2  BRITT L. ANDERSON (SBN CA 212092)
   E-mail: patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
4  Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
5
   MANATT, PHELPS & PHILLIPS, LLP
6  SHARI MULROONEY WOLLMAN (SBN 137142)
   E-mail: swollman@manatt.com
7  11355 West Olympic Boulevard
   Los Angeles, CA  90064
8  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
9
   Attorneys for Plaintiff
10 24 Hour Fitness USA, Inc.

11                    UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT

13                       OAKLAND DIVISION

14

15 24 Hour Fitness USA, Inc.,              No.  CV 08 1681 SBA

16              Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                           **ORDER TO EXTEND TIME TO FILE A**
17         vs.                             **RESPONSIVE PLEADING AND FOR**
                                           **OPPOSITION, REPLY BRIEFING**
18 Apex Stores, LLC; Apex, LLC; Apex at    **DEADLINES**
   Home, LLC,
19                                         **[N.D. Local Rule 6-1(b)]**
20              Defendants.

21

22         Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff") and Defendants

23 Apex Stores, LLC, Apex, LLC and Apex at Home, LLC ("Defendants") hereby file this

24 Stipulation to extend the time for Defendants to answer or otherwise file a responsive pleading

25 and to set a briefing schedule for any Rule 12 Motion that Defendants may file.

26         WHEREAS, 24 Hour Fitness commenced this action on March 27, 2008 in the U.S.

27 District Court for the Northern District of California, San Jose division, and caused service of its

28

MANATT, PHELPS &    90019033.1
PHILLIPS, LLP                                           **STIPULATION AND [PROPOSED]**
ATTORNEYS AT LAW    No.  CV 08 2681 SBA                 **ORDER TO EXTEND TIME**
PALO ALTO

1  Original Complaint ("Original Complaint") to be made on Apex Stores' registered agent for

2  service of process on May 12, 2008.

3      WHEREAS, on May 30, 2008, 24 Hour Fitness and Apex Stores, LLC filed a Stipulation

4  to Extend Time to File a Responsive Pleading permitting Apex Stores, LLC until June 9, 2008 to

5  answer or otherwise respond to 24 Hour Fitness' Original Complaint.

6      WHEREAS, 24 Hour Fitness filed its First Amended Complaint in the action on June 3,

7  2008 ("First Amended Complaint"), adding defendants Apex, LLC and Apex at Home, LLC.

8      WHEREAS, in light of the above, Defendants' responsive pleading is due on or before

9  June 16, 2008.

10     WHEREAS, on June 12, 2008, Plaintiff's counsel proposed to give Defendants until June

11  30, 2008 to answer or otherwise respond to the First Amended Complaint, as Plaintiff's counsel

12  would be on vacation and unable to respond to a motion filed during that time.  The parties

13  further discussed a briefing schedule, as counsel for Defendants confirmed that they intend to file

14  a Rule 12 Motion.

15     NOW, THEREFORE, it is hereby stipulated and agreed to by the Parties, through their

16  respective attorneys of record, that:

17     1.    Defendants shall have until June 30, 2008 to respond to 24 Hour Fitness' First

18  Amended Complaint;

19     2.    When Defendants file their intended motion on June 30th, Defendants will seek to

20  schedule the hearing on the motion for July 29, 2008; if that date is available, Defendants shall

21  file a joint stipulation to revise the briefing schedule so that Plaintiff's opposition brief will be due

22  on or before July 15, 2008 and Defendants' reply brief will be due on or before July 22, 2008; and

23     3.    In the event that the July 29th hearing date is unavailable, Defendants shall select

24  the next available hearing date, and no further changes to the briefing schedule shall be necessary.

25  //

26  //

27  //

28  //

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90019033.1

No.  CV 08 2681 SBA

2

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME

1  Dated:    June 17, 2008                  MANATT, PHELPS & PHILLIPS, LLP

2

3                                            By:  /s/ Susan E. Hollander
                                                 Susan E. Hollander (SBN 133473)
4                                                Britt L. Anderson (SBN 212092)
                                                 MANATT, PHELPS & PHILLIPS, LLP
5                                                1001 Page Mill Road, Building 2
                                                 Palo Alto, CA  94304-1006
6                                                Telephone:      (650) 812-1300
                                                 Facsimile:      (650) 213-0260
7

8                                                Shari Mulrooney Wollman (SBN 137142)
                                                 MANATT, PHELPS & PHILLIPS, LLP
9                                                11355 West Olympic Boulevard
                                                 Los Angeles, CA  90064
10                                               Telephone:      (310) 312-4000
                                                 Facsimile:      (310) 312-4224
11                                               *Attorneys for Plaintiff*

12

13 Dated:    June 17, 2008                  SHEPPARD MULLIN RICHTER & HAMPTON, LLC

14                                           By: /s/ Nathaniel Bruno
                                                 Neil A. Smith (SBN 63777)
15                                               Nathaniel Bruno (SBN 228118)
                                                 Sheppard Mullin Richter & Hampton, LLC
16                                               Four Embarcadero Center, 17th Floor
                                                 San Francisco, CA 94111-4109
17                                               Telephone:      (415) 774-2984
                                                 Facsimile:      (415) 403-6095
18                                               *Attorneys for Defendants*

19 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Britt
   L. Anderson hereby attests that concurrence in the filing of this document has been obtained.*

20

21

22 ***PURSUANT TO STIPULATION, IT IS SO ORDERED:***

23 _____

24 HONORABLE SAUNDRA BROWN ARMSTRONG

25

26 DATED: _____

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90019033.1

No.  CV 08 2681 SBA

3

STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME