1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (SBN 133473)
2  BRITT L. ANDERSON (SBN CA 212092)
   E-mail: patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA 94304-1006
4  Telephone: (650) 812-1300
   Facsimile: (650) 213-0260
5
   MANATT, PHELPS & PHILLIPS, LLP
6  SHARI MULROONEY WOLLMAN (SBN 137142)
   E-mail: swollman@manatt.com
7  11355 West Olympic Boulevard
   Los Angeles, CA 90064
8  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
9
   Attorneys for Plaintiff
10 24 Hour Fitness USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Apex Stores, LLC; Apex, LLC; Apex at Home, LLC, <br><br> Defendants. | No. CV 08 1681 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND RELATED DEADLINES** <br><br> **[N.D. Local Rule 16-8; 16-9; 16-10]** |

Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff") and Defendants Apex Stores, LLC, Apex, LLC and Apex at Home, LLC ("Defendants") hereby file this Stipulation to continue the Case Management Conference and extend the time for the parties to file their Joint Case Management Statement and ADR-related certifications and fulfill their other related pre-Case Management Conference obligations.

WHEREAS, on March 27, 2008 this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines;

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41292138.2

No. CV 08 1681 SBA

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

1      WHEREAS, on June 3, 2008 Plaintiff filed a First Amended Complaint in this action;

2      WHEREAS, on June 10, 2008, after reassignment of this case to the Honorable Saundra Brown Armstrong, this Court issued a Case Management Scheduling Order for Reassigned Civil Cases, which provided that all dates listed in the Order Setting Initial Case Management Conference shall remain in effect except the Case Management Conference itself, which was rescheduled to July 17, 2008;

     WHEREAS, on June 19, 2008 this Court Ordered that Defendants shall have to and including June 30, 2008 in which to answer or otherwise respond to Plaintiff's First Amended Complaint, and stated that any motion filed by Defendants must be served and filed on thirty-five days notice pursuant to Local Rule 7-2(a);

     WHEREAS, counsel for Defendants has confirmed that it intends to file on or before June 30, 2008 a motion to dismiss the entire action for lack of subject matter jurisdiction and for lack of personal jurisdiction as to two of the three named Defendants;

     WHEREAS, counsel for Defendants has confirmed that the Court is not available for hearing motions during the month of August, 2008.  The earliest possible hearing date on Defendants' anticipated motion to dismiss is thus September 2, 2008.  However, it is anticipated that there may be difficulty securing the September 2, 2008 date for hearing given the expected high demand for that date since the Court is not available for hearing motions during the month of August;

     WHEREAS, on or about May 5, 2008 Defendants Apex, LLC and Apex At Home, LLC filed a Complaint against Plaintiffs in the District of Rhode Island ("Rhode Island action") and contend that such court is the proper forum in which to adjudicate the factual dispute raised in the present action;

     WHEREAS, on or about June 3, 2008 Plaintiff filed a motion to dismiss or, in the alternative to stay, the Rhode Island action and contend that this court is the proper forum to adjudicate the parties' dispute;

     WHEREAS, the parties believe it will serve judicial economy and result in cost-savings to the parties to extend the dates for the preparation and filing of the Joint Case Management

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41292138.2
No.  CV 08 1681 SBA

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

1  Statement and the completion of their related pre-Case Management Conference obligations and
2  to continue the Case Management Conference, until after this Court rules upon Defendants'
3  motion to dismiss this case, as it is unclear at the present time whether this dispute shall be
4  litigated between the parties in California or Rhode Island; and
5      WHEREAS, this Stipulation is not proposed for any improper purpose, such as delay,
6      NOW, THEREFORE, it is hereby stipulated and agreed to by the Parties, through their
7  respective attorneys of record, that:
8      1.    The Case Management Conference shall be continued to **September 25, 2008 at**
9  **2:30 p.m.,** or such time and date thereafter as is convenient to the Court;
10      2.    The last day for the parties to: (a) meet and confer regarding initial disclosures,
11  early settlement, ADR process selection, and the discovery plan; (b) file their respective ADR
12  Certification of Parties and Counsel pursuant to ADR L.R.3-5(b); and (c) file their Joint ADR
13  Certification or Notice of Need for ADR Teleconference pursuant to ADR L.R.3-5(c), shall be on
14  or before **September 11, 2008;** and
15      3.    The last day for the parties to file the Rule 26(f) Report, complete initial
16  disclosures and file the Joint Case Management Statement shall be **September 18, 2008.**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41292138.2
No. CV 08 1681 SBA

3

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME**

| | | |
|---|---|---|
| 1 | Dated:   June 25, 2008 | MANATT, PHELPS & PHILLIPS, LLP |

By:  /s/ Susan E. Hollander
Susan E. Hollander (SBN 133473)
Britt L. Anderson (SBN 212092)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:     (650) 812-1300
Facsimile:      (650) 213-0260

Shari Mulrooney Wollman (SBN 137142)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064
Telephone:     (310) 312-4000
Facsimile:      (310) 312-4224
*Attorneys for Plaintiff*

Dated:   June 25, 2008          SHEPPARD MULLIN RICHTER & HAMPTON, LLC

By:  /s/ Nathaniel Bruno
Neil A. Smith (SBN 63777)
Nathaniel Bruno (SBN 228118)
Sheppard Mullin Richter & Hampton, LLC
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:     (415) 774-2984
Facsimile:      (415) 403-6095
*Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Britt Anderson hereby attests that concurrence in the filing of this document has been obtained.*

***PURSUANT TO STIPULATION, IT IS SO ORDERED:***

_____

HONORABLE SAUNDRA BROWN ARMSTRONG

DATED:  _____

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41292138.2

No.  CV 08 1681 SBA

4

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**