THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24 Hour Fitness USA, Inc., | Case No. 08-1681 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| Apex Stores, LLC; Apex, LLC; Apex at Home, LLC, | |
| Defendants. / | |

Before the Court is the parties' stipulation requesting a continuance of the Case Management Conference set for July 17, 2008, and extension of related deadlines [Docket No. 19].

Accordingly, it is hereby ORDERED that:

1) The Case Management Conference set for July 17, 2008 is continued to **October 8, 2008 at 2:30 p.m.**;

2) The last day for the parties to: (a) meet and confer regarding the initial disclosures, early settlement, ADR process selection, and the discovery plan; (b) file their respective ADR Certifications pursuant to ADR L.R. 3-5(b); and (c) file either a "Stipulation and (Proposed) Order Selecting ADR Process" or a "Notice of Need for ADR Phone Conference" on a form established by the Court pursuant to ADR L.R. 3-5(c), shall be on or before **September 11, 2008**; and

3) The last day for the parties to file the Rule 26(f) Report, complete initial disclosures and file the Joint Case Management Statement shall be **September 25, 2008**.

IT IS SO ORDERED.

Dated: 7/2/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge