1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (SBN 133473)
2  BRITT L. ANDERSON (SBN CA 212092)
   E-mail: patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA 94304-1006
4  Telephone: (650) 812-1300
   Facsimile: (650) 213-0260
5
   MANATT, PHELPS & PHILLIPS, LLP
6  SHARI MULROONEY WOLLMAN (SBN 137142)
   E-mail: swollman@manatt.com
7  11355 West Olympic Boulevard
   Los Angeles, CA 90064
8  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
9
   Attorneys for Plaintiff
10 24 Hour Fitness USA, Inc.

11                         UNITED STATES DISTRICT COURT
12
                                 NORTHERN DISTRICT
13
                                 OAKLAND DIVISION
14

15
16 | 24 Hour Fitness USA, Inc.,              | No. CV 08 1681 SBA                          |
17 |            Plaintiff,                    | **STIPULATION AND [PROPOSED]**              |
   |                                          | **ORDER TO EXTEND TIME FOR**                |
18 |      vs.                                 | **OPPOSITION, REPLY BRIEFING**              |
   |                                          | **DEADLINES**                               |
19 | Apex Stores, LLC; Apex, LLC; Apex at     |                                             |
   | Home, LLC,                               | **[N.D. Local Rule 6-1(b)]**                |
20 |            Defendants.                   |                                             |

21

22     Plaintiff 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or "Plaintiff") and Defendants

23 Apex Stores, LLC, Apex, LLC and Apex at Home, LLC ("Defendants") hereby file this

24 Stipulation to extend the time for Plaintiff to file its Opposition to Defendants' Motion to Dismiss

25 and for Defendants to file their Reply thereto.

26     WHEREAS, on June 19, 2008, based upon the Parties' stipulation and proposed order to

27 extend time to file a responsive pleading and to set the briefing schedule for Defendants' Rule 12

28

MANATT, PHELPS &
  PHILLIPS, LLP
ATTORNEYS AT LAW
   PALO ALTO

90019033.1

No. CV 08 2681 SBA

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME**

1  motion, the Court ordered that Defendants' Rule 12 response to Plaintiffs' Amended Complaint
2  be filed on June 30, 2008, and in the event that a July 29, 2008 hearing date were unavailable, any
3  corresponding briefs be filed according to the Civil Local Rules.

4      WHEREAS, on June 30, 2008, Defendants filed their Notice of Motion and Motion to
5  Dismiss Based on Lack of Personal and Subject Matter Jurisdiction, and Memorandum of Points
6  and Authorities Thereon ("Motion to Dismiss"), noticing the hearing before this Court for
7  September 9, 2008 at 1:00 PM, because no earlier date was available.

8      WHEREAS, based upon the September 9, 2008 hearing date, Plaintiff's Opposition to
9  Defendant's Motion to Dismiss is currently due on August 19, 2008, and Defendant's Reply to
10 Plaintiff's Opposition is currently due on August 26, 2008.  *See* Civ. L.R. 7-3.

11     WHEREAS, on August 12, 2008, Plaintiff's counsel proposed to Defendants' counsel that
12 the deadline for filing Plaintiff's Opposition be extended by two days to August 21, 2008 and that
13 the deadline for filing Defendants' Reply also be extended by two days to August 28, 2008.
14 Plaintiff's counsel's proposal was intended to accommodate the family vacation schedule of Shari
15 Mulrooney Wollman, who has significant day-to-day responsibility for oversight of this case on
16 behalf of 24 Hour Fitness, and to allow Ms. Wollman to review Opposition papers prior to filing
17 with the Court.  The adjustment to Defendants' Reply deadline continues to permit Defendants
18 the normal interval of days for filing a reply under Civil Local Rule 7-3.

19     NOW, THEREFORE, it is hereby stipulated and agreed to by the Parties, through their
20 respective attorneys of record, that:

21     1.    Plaintiff shall have until August 21, 2008 to file their Opposition to Defendants'
22 Motion to Dismiss;

23     2.    Defendants shall have until August 28, 2008 to file their Reply thereto.

24 //
25 //
26 //
27 //
28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90019033.1

No. CV 08 2681 SBA

2

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

1 | Dated: August 14, 2008          MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Britt L. Anderson
Susan E. Hollander (SBN 133473)
Britt L. Anderson (SBN 212092)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:       (650) 812-1300
Facsimile:        (650) 213-0260

Shari Mulrooney Wollman (SBN 137142)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064
Telephone:       (310) 312-4000
Facsimile:        (310) 312-4224
*Attorneys for Plaintiff*

Dated: August 14, 2008          SHEPPARD MULLIN RICHTER & HAMPTON, LLC

By: /s/ Nathaniel Bruno
Neil A. Smith (SBN 63777)
Nathaniel Bruno (SBN 228118)
Sheppard Mullin Richter & Hampton, LLC
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:       (415) 774-2984
Facsimile:        (415) 403-6095
*Attorneys for Defendants*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Britt L. Anderson hereby attests that concurrence in the filing of this document has been obtained.*

***PURSUANT TO STIPULATION, IT IS SO ORDERED:***

_____

HONORABLE SAUNDRA BROWN ARMSTRONG

DATED: _____

---

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90019033.1

No.  CV 08 2681 SBA

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**