1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (Bar No. CA 133473)
2  BRITT L. ANDERSON (Bar No. CA 212092)
   E-mail: patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
4  Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
5
   MANATT, PHELPS & PHILLIPS, LLP
6  SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
   E-mail: swollman@manatt.com
7  11355 West Olympic Boulevard
   Los Angeles, CA  90064
8  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
9
   Attorneys for Plaintiff
10 24 Hour Fitness USA, Inc.

11                    UNITED STATES DISTRICT COURT
12                         NORTHERN DISTRICT
13                         OAKLAND DIVISION
14

15 | | |
|---|---|
| 24 HOUR FITNESS USA, INC., | No. CV 08-01681 SBA |
| Plaintiff, | **DECLARATION OF KIMBERLY GRIFFIN** |
| vs. | |
| APEX STORES, LLC; APEX, LLC; APEX AT HOME, LLC, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90027001.1

DECLARATION OF KIMBERLY GRIFFIN
(CV 08 01681 SBA)

I, Kimberly Griffin, declare as follows:

1. I am Vice President and Corporate Counsel for 24 Hour Fitness USA, Inc ("24 Hour Fitness"). I have personal knowledge of the facts set forth in this declaration, except those stated on information and belief, through my responsibilities as counsel at the company. If called and sworn as a witness, I could and would competently testify thereto.

2. 24 Hour Fitness' principal place of business is located at 12647 Alcosta Boulevard, Suite 500, San Ramon, California 94583.

3. 24 Hour Fitness' executive officers are located at the San Ramon location.

4. Senior management and other personnel involved in the registration of 24 Hour Fitness' trademarks are located at the San Ramon location and at other 24 Hour Fitness offices in California.

5. Records and documents establishing 24 Hour Fitness's registration and use of its APEX trademarks are stored at 24 Hour Fitness' San Ramon location and other 24 Hour Fitness offices in California.

6. 24 Hour Fitness has approximately 10,000 employees in California.

7. 24 Hour Fitness' Apex Fitness Group division has provided its goods and services at the internet domain address <apexfitness.com> since approximately October 2000.

*- signature page follows -*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90027001.1

1

DECLARATION OF KIMBERLY GRIFFIN
(CV 08 01681 SBA)

1   I declare under penalty of perjury under the laws of the United States that the
2   foregoing is true and correct and that this Declaration was executed on August 21, 2008 at San
3   Ramon, California.

_____
Kimberly Griffin

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90027001.1                               2                     DECLARATION OF KIMBERLY GRIFFIN
                                                                       (CV 08 01681 SBA)