1  MANATT, PHELPS & PHILLIPS, LLP
   SUSAN E. HOLLANDER (Bar No. CA 133473)
2  BRITT L. ANDERSON (Bar No. CA 212092)
   E-mail: patrademarks@manatt.com
3  1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
4  Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
5
   MANATT, PHELPS & PHILLIPS, LLP
6  SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
   E-mail:  swollman@manatt.com
7  11355 West Olympic Boulevard
   Los Angeles, CA  90064
8  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
9
   Attorneys for Plaintiff
10 24 Hour Fitness USA, Inc.

11                    UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT

13                       OAKLAND DIVISION

14

15

16 24 HOUR FITNESS USA, INC.,            No. CV 08-01681 SBA

17         Plaintiff,                    **DECLARATION OF BRITT L.
                                         ANDERSON**
18     vs.

19 APEX STORES, LLC; APEX, LLC;
   APEX AT HOME, LLC,
20
           Defendants.
21

22         I, Britt L. Anderson, declare as follows:

23         1.      I am associate with Manatt, Phelps & Phillips, LLP.  I have personal knowledge of

24 the facts set forth in this declaration, except those stated on information and belief.  If called and

25 sworn as a witness, I could and would competently testify thereto.

26         2.      Attached hereto as Exhibit A is a true and correct copy of an affidavit filed by

27 Apex Stores, LLC with its trademark application with the U.S. Patent and Trademark Office

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90027468.1                    1                DECLARATION OF BRITT L. ANDERSON
                                                        (CV 08 01681 SBA)

("PTO") under Application Serial No. 78/928,052 for the mark APEX COMPANIES, which I downloaded from the PTO website on or about August 19, 2008.

3.      Attached hereto as Exhibit B is a true and correct copy of an affidavit filed by Apex Stores, LLC with its trademark application with the PTO under Registration No. 3,244,685 for the mark APEX COMPANIES, which I downloaded from the PTO website on or about August 19, 2008.

4.      Attached hereto as Exhibit C is a true and correct copy of an affidavit filed by Apex Stores, LLC with its trademark application with the PTO under Application Serial No. 78/928,022 for the mark APEX COMPANIES, which I downloaded from the PTO website on or about August 19, 2008.

5.      Attached hereto as Exhibit D is a true and correct copy of an affidavit filed by Apex Stores, LLC with its trademark application with the PTO under Registration No. 3,356,317 for the mark APEX COMPANIES, which I downloaded from the PTO website on or about August 19, 2008.

6.      Attached hereto as Exhibit E is a true and correct copy of Apex Stores, LLC's Lanham Act Section 8 and 15 Affidavit filed with the PTO under Registration No. 2,562,812 for the mark APEX ONLINE, which I downloaded from the PTO website on or about August 19, 2008.

7.      Attached hereto as Exhibit F is a true and correct copy of Apex Stores, LLC's Lanham Act Section 8 and 15 Affidavit filed with the PTO under Registration No. 2,443,933 for the mark APEX STORES, which I downloaded from the PTO website on or about August 19, 2008.

8.      Attached hereto as Exhibit G is a true and correct copy of Apex Stores, LLC's Lanham Act Section 8 and Affidavit filed with the PTO under Registration No. 1,847,961 for the mark APEX, which I downloaded from the PTO website on or about August 19, 2008.

9.      Attached hereto as Exhibit H is a true and correct copy Apex Stores, LLC's Lanham Act Section 8 and 15 Affidavit filed with the PTO under Registration No. 2,155,905 for the mark APEX, which I downloaded from the PTO website on or about August 19, 2008.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

90027468.1

2

DECLARATION OF BRITT L. ANDERSON
(CV 08 01681 SBA)

1   10.     Attached hereto as Exhibit I are true and correct copies of the Whois domain name

2   registration records from CSC Corporate Domains for the domain names <apexstores.com> and

3   <apexathome.com>, which I downloaded from website at http://www.incspot.com on or about

4   June 26, 2008.

5   11.     Attached hereto as Exhibit J is a true and correct copy of the Whois domain name

6   registration record from CSC Corporate Domains for the domain name

7   <apexhealthandfitness.com>, which I downloaded from the website at http://www.incspot.com on

8   or about July 17, 2008.

9   12.     Attached hereto as Exhibit K is a true and correct copy of a webpage accessed

10  when I typed the Internet domain addresses <apexathome.com> and <apexstores.com> into my

11  Internet browser on or about August 19, 2008.

12  13.     Attached hereto as Exhibit L are true and correct copies of printouts I downloaded

13  from the online records of the Rhode Island Office of Secretary of State regarding Apex Stores,

14  LLC, Apex at Home, LLC and Apex, LLC at the website http://ucc.state.ri.us on or about May

15  14, 2008.

16  14.     Attached hereto as Exhibit M is a true and correct copy of a printout I downloaded

17  from the online records of the Rhode Island Office of Secretary of State regarding Zelby

18  Holdings, Inc. at the website http://ucc.state.ri.us on or about June 25, 2008.

19  15.     Attached hereto as Exhibit N is a true and correct copy of the Trademark Trial and

20  Appeal Board's ("TTAB") Order dated August 7, 2008 to Suspend Apex Stores, LLC and Apex,

21  LLC v. 24 Hour Fitness USA, Inc., Cancellation No. 92048378, pending a civil action between

22  the parties.

23  16.     Attached hereto as Exhibit O is a true and correct copy of a printout I obtain on

24  August 19, 2008 from the online records of the TTAB Inquiry System reflecting opposition or

25  cancellation proceedings filed by Apex Stores, LLC from November 1, 2007 through August 19,

26  2008.

27  17.     Attached hereto as Exhibit P is a true and correct copy of a printout I obtained on

28  August 19, 2008 from the online records of the TTAB Inquiry System reflecting opposition or

1  cancellation proceedings filed by Apex, LLC involving "APEX" trademarks from November 1,

2  2007 to August 19, 2008.

3      18.    Attached hereto as Exhibit Q is a true and correct copy of the Report and

4  Recommendation issued by Magistrate Judge David L. Martin of the United States District Court

5  for the District of Rhode Island in Apex, LLC and Apex Stores, LLC v. 24 Hour Fitness USA,

6  Inc., Case No. CA 08-169 ML, on August 15, 2008.

7          I declare under penalty of perjury under the laws of the United States that the

8  foregoing is true and correct and that this Declaration was executed on August 21, 2008 at San

9  Francisco, California.

10

11          _____/s/Britt L. Anderson_____
                    Britt L. Anderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

90027468.1                    4                DECLARATION OF BRITT L. ANDERSON
                                                      (CV 08 01681 SBA)

EXHIBIT A

Document Description: **Application**
Mail / Create Date: **12-Jul-2006**

Previous Page    Next Page    You are currently on page 1 of 3

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78928052
## Filing Date: 07/12/2006

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | APEX COMPANIES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | APEX COMPANIES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Apex Stores, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | Rhode Island |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Rhode Island |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |

| DESCRIPTION | shopping mall services and leasing of shopping mall space; real estate investment; real estate management; real estate development; financial services in the field of investments and financing |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \789\280 \78928052\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | promotional web page describing the services and bearing the mark |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976. |
|---|---|

## SIGNATURE SECTION

| SIGNATURE | /John E. Ottaviani/ |
|---|---|
| SIGNATORY NAME | John E. Ottaviani |
| SIGNATORY DATE | 07/12/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | CC |

## ATTORNEY

| NAME | John E. Ottaviani |
|---|---|
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |

| | |
|---|---|
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 42707/65893-2 |
| OTHER APPOINTED ATTORNEY(S) | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | John E. Ottaviani |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Wed Jul 12 16:36:46 EDT 2006 |
| TEAS STAMP | USPTO/BAS-6622883210-2006 0712163646658365-78928052 -200c2e9a6f79564aeb824795 4ab266eb2-CC-437-20060712 163512905865 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78928052
## Filing Date: 07/12/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see <u>mark</u>)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of APEX COMPANIES.

The applicant, Apex Stores, LLC, a limited liability company organized under the laws of Rhode Island, residing at 100 Main Street, Pawtucket, Rhode Island, United States, 02860, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 036: shopping mall services and leasing of shopping mall space; real estate investment; real estate management; real estate development; financial services in the field of investments and financing

In International Class 036, the mark was first used at least as early as 09/01/2002, and first used in commerce at least as early as 09/01/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) promotional web page describing the services and bearing the mark.

<u>Specimen - 1</u>

Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976.

The applicant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon of Edwards Angell Palmer & Dodge LLP, P.O. Box 55874, Boston, Massachusetts, United States, 02205 to submit this application on behalf of the applicant. The attorney docket/reference number is 42707/65893-2.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: trademark@eapdlaw.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class

(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /John E. Ottaviani/   Date: 07/12/2006
Signatory's Name: John E. Ottaviani
Signatory's Position: Attorney for Applicant


Mailing Address:
    John E. Ottaviani
    P.O. Box 55874
    Boston, Massachusetts 02205

RAM Sale Number: 437
RAM Accounting Date: 07/13/2006

Serial Number: 78928052
Internet Transmission Date: Wed Jul 12 16:36:46 EDT 2006
TEAS Stamp: USPTO/BAS-6622883210-2006071216364665836
5-78928052-200c2e9a6f79564aeb8247954ab26
6eb2-CC-437-20060712163512905865

TDR Home


This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.
- **Technical help**: For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

EXHIBIT B

Document Description: **Application**
Mail / Create Date: **12-Jul-2006**

| Previous Page | | Next Page | You are currently on page | 1 | of | 3 | |
|---|---|---|---|---|---|---|---|

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78928036
### Filing Date: 07/12/2006

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | APEX COMPANIES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | APEX COMPANIES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Apex Stores, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | Rhode Island |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Rhode Island |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 040 |

| DESCRIPTION | custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \789\280 \78928036\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | promotional web page describing the services and bearing the mark |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976. |
|---|---|

## SIGNATURE SECTION

| SIGNATURE | /John E. Ottaviani/ |
|---|---|
| SIGNATORY NAME | John E. Ottaviani |
| SIGNATORY DATE | 07/12/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | CC |

## ATTORNEY

| NAME | John E. Ottaviani |
|---|---|
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |

| COUNTRY | United States |
| --- | --- |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 42707/65893-3 |
| OTHER APPOINTED ATTORNEY(S) | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon |

## CORRESPONDENCE SECTION

| NAME | John E. Ottaviani |
| --- | --- |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| SUBMIT DATE | Wed Jul 12 16:30:22 EDT 2006 |
| --- | --- |
| TEAS STAMP | USPTO/BAS-6622883210-2006 0712163022672829-78928036 -200a8c31172751bdf263a699 c8e216ad36-CC-411-2006071 2162906313822 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78928036
### Filing Date: 07/12/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see <u>mark</u>)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of APEX COMPANIES.

The applicant, Apex Stores, LLC, a limited liability company organized under the laws of Rhode Island, residing at 100 Main Street, Pawtucket, Rhode Island, United States, 02860, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 040: custom finishing and embellishment of promotional items, namely, embroidery, embossing, engraving, customized printing, imprinting, screen printing and pad printing with company names, logos, monograms, words, and/or pictures for promotional and advertising purposes on the goods of others, namely, sportswear, apparel and other products

In International Class 040, the mark was first used at least as early as 09/01/2002, and first used in commerce at least as early as 09/01/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) promotional web page describing the services and bearing the mark.

<u>Specimen - 1</u>

Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976.

The applicant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon of Edwards Angell Palmer & Dodge LLP, P.O. Box 55874, Boston, Massachusetts, United States, 02205 to submit this application on behalf of the applicant. The attorney docket/reference number is 42707/65893-3.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: trademark@eapdlaw.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class (es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John E. Ottaviani/  Date: 07/12/2006
Signatory's Name: John E. Ottaviani
Signatory's Position: Attorney for Applicant

Mailing Address:
    John E. Ottaviani
    P.O. Box 55874
    Boston, Massachusetts 02205

RAM Sale Number: 411
RAM Accounting Date: 07/13/2006

Serial Number: 78928036
Internet Transmission Date: Wed Jul 12 16:30:22 EDT 2006
TEAS Stamp: USPTO/BAS-6622883210-2006071216302267282
9-78928036-200a8c31172751bdf263a699c8e21
6ad36-CC-411-20060712162906313822

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic*

*Business Support*, or call 1-800-786-9199.
- ***Questions about USPTO programs***: Please e-mail *USPTO Contact Center (UCC)*.

***NOTE***: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

EXHIBIT C

Document Description: **Application**
Mail / Create Date: **12-Jul-2006**



PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78928022
### Filing Date: 07/12/2006

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | <u>APEX COMPANIES</u> |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | APEX COMPANIES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Apex Stores, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | Rhode Island |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Rhode Island |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |

| DESCRIPTION | Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and mail order services, featuring, a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; legal, business, advertising, marketing and management consulting services; automobile repair and maintenance. |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \789\280 \78928022\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | promotional web site describing the services and bearing the mark |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976. |
|---|---|

## SIGNATURE SECTION

| SIGNATURE | /John E. Ottaviani/ |
|---|---|
| SIGNATORY NAME | John E. Ottaviani |
| SIGNATORY DATE | 07/12/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | CC |

## ATTORNEY

| | |
|---|---|
| NAME | John E. Ottaviani |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 42707/65893 |
| OTHER APPOINTED ATTORNEY(S) | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon |

## CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | John E. Ottaviani |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| SUBMIT DATE | Wed Jul 12 16:23:51 EDT 2006 |
|---|---|
| TEAS STAMP | USPTO/BAS-6622883210-2006 0712162351058075-78928022 -200b4528491be59e02a3c4a3 46158a38b46-CC-387-200607 12162231968773 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 78928022
## Filing Date: 07/12/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of APEX COMPANIES.

The applicant, Apex Stores, LLC, a limited liability company organized under the laws of Rhode Island, residing at 100 Main Street, Pawtucket, Rhode Island, United States, 02860, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 035: Promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks; providing an on-line advertising guide featuring the goods and services of others; electronic retailing services and ordering services via computer featuring a wide variety of merchandise; Retail store and mail order services, featuring, a wide variety of merchandise; arranging for others the repair, service and replacement of a wide variety of general merchandise and vehicles; retail automobile parts and accessories stores; retail store services featuring customer pick-up and/or payment of newly purchased or repaired merchandise; pick up and delivery services; legal, business, advertising, marketing and management consulting services; automobile repair and maintenance.

In International Class 035, the mark was first used at least as early as 09/01/2002, and first used in commerce at least as early as 09/01/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) promotional web site describing the services and bearing the mark.

Specimen - 1

Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976.

The applicant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon of Edwards Angell Palmer & Dodge LLP, P.O. Box 55874, Boston, Massachusetts, United States,

02205 to submit this application on behalf of the applicant. The attorney docket/reference number is 42707/65893.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: trademark@eapdlaw.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class (es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John E. Ottaviani/   Date: 07/12/2006
Signatory's Name: John E. Ottaviani
Signatory's Position: Attorney for Applicant

Mailing Address:
    John E. Ottaviani
    P.O. Box 55874
    Boston, Massachusetts 02205

RAM Sale Number: 387
RAM Accounting Date: 07/13/2006

Serial Number: 78928022
Internet Transmission Date: Wed Jul 12 16:23:51 EDT 2006
TEAS Stamp: USPTO/BAS-6622883210-2006071216235105807
5-78928022-200b4528491be59e02a3c4a346158
a38b46-CC-387-20060712162231968773

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

http://tmportal.uspto.gov/external/PA_1_0_LT/OpenServletWindow?serialNumber=78928022&sc...    8/19/2008

- **General trademark information**: *Please e-mail* <u>*TrademarkAssistanceCenter@uspto.gov*</u>, *or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* <u>*TDR@uspto.gov*</u>. *If outside of the normal business hours of the USPTO, please e-mail* <u>*Electronic Business Support*</u>, *or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail* <u>*USPTO Contact Center (UCC)*</u>.

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

EXHIBIT D

Case 4:08-cv-06184-SBA   Document 28-5

Document Description: **Application**
   Mail / Create Date: **12-Jul-2006**

| Previous Page | | Next Page | | You are currently on page | 1 | of | 3 |



PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78928010
### Filing Date: 07/12/2006

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | APEX COMPANIES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | APEX COMPANIES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Apex Stores, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | ` |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Rhode Island |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 042 |

| DESCRIPTION | Computer services, namely, creating indexes of information, sites, and other resources available on computer networks; computer services, namely, providing search engines for obtaining data on a global computer network |
|---|---|
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/01/2002 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/01/2002 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT4\IMAGEOUT4 \789\280 \78928010\xml1\AP P0003.JPG |
| SPECIMEN DESCRIPTION | promotional web page describing the services and bearing the mark |

## ADDITIONAL STATEMENTS SECTION

| PRIOR REGISTRATION(S) | Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976. |
|---|---|

## SIGNATURE SECTION

| SIGNATURE | /John E. Ottaviani/ |
|---|---|
| SIGNATORY NAME | John E. Ottaviani |
| SIGNATORY DATE | 07/12/2006 |
| SIGNATORY POSITION | Attorney for Applicant |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | CC |

## ATTORNEY

| NAME | John E. Ottaviani |
|---|---|
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |

| EMAIL | trademark@eapdlaw.com |
|---|---|
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 42707/65893-4 |
| OTHER APPOINTED ATTORNEY(S) | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon |

## CORRESPONDENCE SECTION

| NAME | John E. Ottaviani |
|---|---|
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| STREET | P.O. Box 55874 |
| CITY | Boston |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| EMAIL | trademark@eapdlaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## FILING INFORMATION

| SUBMIT DATE | Wed Jul 12 16:16:17 EDT 2006 |
|---|---|
| TEAS STAMP | USPTO/BAS-6622883210-2006 0712161617707283-78928010 -200f7976153e875e66d1628e 254f3966ee5-CC-355-200607 12161452882723 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78928010
### Filing Date: 07/12/2006

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see <u>mark</u>)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of APEX COMPANIES.

The applicant, Apex Stores, LLC, a limited liability company organized under the laws of Rhode Island, residing at 100 Main Street, Pawtucket, `, United States, 02860, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 042: Computer services, namely, creating indexes of information, sites, and other resources available on computer networks; computer services, namely, providing search engines for obtaining data on a global computer network

In International Class 042, the mark was first used at least as early as 09/01/2002, and first used in commerce at least as early as 09/01/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) promotional web page describing the services and bearing the mark.

Specimen - 1

Applicant claims ownership of U.S. Registration Number(s) 2443933 and 2918976.

The applicant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; John B. Alexander; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson and Patrick J. Concannon of Edwards Angell Palmer & Dodge LLP, P.O. Box 55874, Boston, Massachusetts, United States, 02205 to submit this application on behalf of the applicant. The attorney docket/reference number is 42707/65893-4.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: trademark@eapdlaw.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class (es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /John E. Ottaviani/   Date: 07/12/2006
Signatory's Name: John E. Ottaviani
Signatory's Position: Attorney for Applicant

Mailing Address:
    John E. Ottaviani
    P.O. Box 55874
    Boston, Massachusetts 02205

RAM Sale Number: 355
RAM Accounting Date: 07/13/2006

Serial Number: 78928010
Internet Transmission Date: Wed Jul 12 16:16:17 EDT 2006
TEAS Stamp: USPTO/BAS-6622883210-2006071216161770728
3-78928010-200f7976153e875e66d1628e254f3
966ee5-CC-355-20060712161452882723

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*

- **_Questions about USPTO programs_**: Please e-mail <u>USPTO Contact Center (UCC)</u>.

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

EXHIBIT E

PTO Form 1583 (Rev 9/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2562812 |
| **REGISTRATION DATE** | 04/23/2002 |
| **SERIAL NUMBER** | 75781411 |
| **MARK SECTION** | |
| MARK | APEX ONLINE |
| **OWNER SECTION (current)** | |
| NAME | Apex Stores, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | Rhode Island |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | United States |
| **ATTORNEY SECTION (current)** | |
| NAME | Lawrence R. Robins |
| FIRM NAME | EDWARDS & ANGELL, LLP |
| STREET | PO BOX 55874 |
| CITY | BOSTON |
| STATE | Massachusetts |
| POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EDWARDSANGELL.COM |
| **ATTORNEY SECTION(proposed)** | |
| NAME | John E. Ottaviani |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| INTERNAL ADDRESS | P.O. Box 130 |
| STREET | F.D.R. Station |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10150 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EAPDLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 301900/59529 |

| OTHER APPOINTED ATTORNEY | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas; David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Brian M. Gaff; Carrie Webb Olson; Kathryn Grant Belleau; F. Andrew Anderson; Patrick J. Concannon; Maria A. Scungio; Andrew T. O'Connor; Jacob G. Weintraub; Peter C. Schechter; Melissa Mendelsohn; YeWon Min; David I. Greenbaum; David Weild III; Andrea J. Mealey and Michael Rizzo |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 035 |
| --- | --- |
| GOODS OR SERVICES | KEEP ALL LISTED |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT13\757\814\75781411\xml1\8150002.JP G |
| SPECIMEN DESCRIPTION | web page describing the services and bearing the mark |

## ATTORNEY SECTION (current)

| NAME | Lawrence R. Robins |
| --- | --- |
| FIRM NAME | EDWARDS & ANGELL, LLP |
| STREET | PO BOX 55874 |
| CITY | BOSTON |
| STATE | Massachusetts |
| POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EDWARDSANGELL.COM |

## ATTORNEY SECTION(proposed)

| NAME | John E. Ottaviani |
| --- | --- |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| INTERNAL ADDRESS | P.O. Box 130 |
| STREET | F.D.R. Station |
| CITY | New York |
| STATE | New York |
| POSTAL CODE | 10150 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EAPDLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| ATTORNEY DOCKET NUMBER | 301900/59529 |
| OTHER APPOINTED ATTORNEY | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas; David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Brian M. Gaff; Carrie Webb Olson; Kathryn Grant Belleau; F. Andrew Anderson; Patrick J. Concannon; Maria A. Scungio; Andrew T. O'Connor; Jacob G. Weintraub; Peter C. Schechter; Melissa Mendelsohn; |

YeWon Min; David I. Greenbaum; David Weild III; Andrea J. Mealey and
Michael Rizzo

| PAYMENT SECTION | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **SUBTOTAL AMOUNT** | 300 |
| **TOTAL FEE PAID** | 300 |

| SIGNATURE SECTION | |
|---|---|
| **SIGNATURE** | /Andrew A. Gates/ |
| **SIGNATORY'S NAME** | Andrew A. Gates |
| **SIGNATORY'S POSITION** | Manager |
| **DATE SIGNED** | 08/28/2007 |
| **PAYMENT METHOD** | DA |

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Tue Aug 28 15:44:31 EDT 2007 |
| **TEAS STAMP** | USPTO/S08N15-38.112.153.1<br>90-20070828154431958069-2<br>562812-3801b458b62eda9385<br>dcc29909ae06467-DA-868-20<br>070828154146211093 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp.10/31/2008)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2562812
**REGISTRATION DATE:** 04/23/2002

**MARK:** APEX ONLINE

The owner, Apex Stores, LLC, having an address of 100 Main Street, Pawtucket, Rhode Island, United States 02860, is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 035, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) web page describing the services and bearing the mark.
Specimen File1

The registrant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas; David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Brian M. Gaff; Carrie Webb Olson; Kathryn Grant Belleau; F. Andrew Anderson; Patrick J. Concannon; Maria A. Scungio; Andrew T. O'Connor; Jacob G. Weintraub; Peter C. Schechter; Melissa Mendelsohn; YeWon Min; David I. Greenbaum; David Weild III; Andrea J. Mealey and Michael Rizzo of Edwards Angell Palmer & Dodge LLP, F.D.R. Station, P.O. Box 130, New York, New York United States 10150 to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 301900/59529.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Andrew A. Gates/     Date: 08/28/2007
Signatory's Name: Andrew A. Gates
Signatory's Position: Manager

Mailing Address:
    EDWARDS & ANGELL, LLP
    PO BOX 55874
    BOSTON, Massachusetts 02205

Mailing Address:
    Edwards Angell Palmer & Dodge LLP
    F.D.R. Station
    New York, New York 10150

Serial Number: 75781411
Internet Transmission Date: Tue Aug 28 15:44:31 EDT 2007
TEAS Stamp: USPTO/S08N15-38.112.153.190-200708281544
31958069-2562812-3801b458b62eda9385dcc29
909ae06467-DA-868-20070828154146211093

# apexstores.com. **Apex**









**Large Dial Fitness Scale, White or Black, by Salter**
**$34.98**

**Linking Popover Pan by Norpro**
**$12.98**



**Personal Bag from Calypso by Delsey**
**$34.98**

**Recirculating Humidifier by Lasko 8.9 gallon**
**$79.98**

**2-8 Cup Percolator/ Coffee Pot by Farberware Millennium**
**$34.99**

**Set 4 Crystal Flutes by Luigi Bormioli**
**$18.99**







**10 PC. Wok Set by Norpro**
**$32.98**

**Red Express by Krups**
**$19.98**





**George Foreman Indoor/ Outdoor Electric Barbecue Grill by Salton**
**$79.99**

**2 Piece Cruet Set by Michelangelo**
**$11.99**

**Sporting Goods & Fitness**

**apex stores.** is the online shopping site of **Apex** ®, the only site with everything for your home on your side.

**Apex** ® is a New England based retailer delivering the ultimate in brand name selection and unbeatable customer service. **Apex** ® has been providing over 80 years of award winning service to it's consumers. Every minute of those 80 years of experience has been incorporated into this site and the service behind it, to deliver the best possible *Apex Online* ® shopping experience! If you would like to see our award winning **Apex Express** ® delivery service please call 1-800-450-Apex.



If you have any questions on any specific items, please feel free to e-mail us at info@apexstores.com anytime.

Or call us toll free at

**1-800-450-APEX(2739)**

Monday-Friday 9 AM - 5 PM EST

**Bed & Bath**                **Kitchen**

**Garden & Patio**            **Living Room**

**Collectibles/Coins & Bills**  **Sporting Goods & Fitness**

**Automotive**                **FAQ's**

© copyright 1996-2007 Apex At Home, LLC. All rights reserved

**ROUTING SHEET TO POST REGISTRATION (PRU)**     **Registration Number:**   2562812



**Serial Number:**   75781411



**RAM Sale Number:  868**

**RAM Accounting Date:  20070829**     **Total Fees:**     $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20070828 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20070828 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**     20070828



EXHIBIT F

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 11/31/2008)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2443933 |
| **REGISTRATION DATE** | 04/17/2001 |
| **SERIAL NUMBER** | 75781412 |
| **MARK SECTION** | |
| MARK | APEX STORES |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | Lawrence R. Robins |
| FIRM NAME | EDWARDS & ANGELL, LLP |
| STREET | PO BOX 55874 |
| CITY | BOSTON |
| STATE | Massachusetts |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EDWARDSANGELL.COM |
| **ATTORNEY SECTION(proposed)** | |
| NAME | John E. Ottaviani |
| FIRM NAME | Edwards Angell Palmer & Dodge LLP |
| INTERNAL ADDRESS | P.O. Box 130 |
| STREET | F.D.R. Station |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10150 |
| COUNTRY | United States |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | TRADEMARK@EAPDLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBER | 42707/59260 |
| OTHER APPOINTED ATTORNEY(S) | David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia; Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russett; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson; Patrick J. Concannon; Maria A. Scungio; Andrew T. O'Connor; Daniel I. Ackerman, Jacob G. Weintraub and Peter C. Schechter |

## GOODS AND/OR SERVICES SECTION

| | |
|---|---|
| INTERNATIONAL CLASS | 035 |
| FILING COVERS ALL GOODS OR SERVICES IN THIS CLASS | YES |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\757\814\75781412\xml1\8150002.JP G |
| SPECIMEN DESCRIPTION | web page describing the services and bearing the mark |

## PAYMENT SECTION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL AMOUNT | 300 |

## SIGNATURE SECTION

| | |
|---|---|
| SIGNATURE | /Andrew A. Gates/ |
| SIGNATORY'S NAME | Andrew A. Gates |
| SIGNATORY'S POSITION | Manager |
| DATE SIGNED | 04/17/2007 |
| PAYMENT METHOD | DA |

## FILING INFORMATION

| | |
|---|---|
| SUBMIT DATE | Tue Apr 17 16:38:41 EDT 2007 |
| TEAS STAMP | USPTO/S08N15-38.112.153.1 90-20070417163841256576-2 443933-370b99050d788ebca9 8aea8e456f279af6-DA-493-2 0070417163451383546 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

### Combined Declaration of Use and Incontestability Under Sections 8 & 15
**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2443933
**REGISTRATION DATE:** 04/17/2001

**MARK:** APEX STORES

The owner, Apex Stores, LLC, having an address of 100 Main Street, Pawtucket, Rhode Island US 02860, is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 035, the owner, or its related company, is using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class; and, the owner, or its related company, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) web page describing the services and bearing the mark.
Specimen-1

The registrant hereby appoints John E. Ottaviani and David G. Conlin; George W. Neuner; Linda M. Buckley; Peter F. Corless; Peter J. Manus; Lisa Swiszcz Hazzard; Christine C. O'Day; Kathleen B. Carr; Steven M. Jensen; Peter J. Manso; Kathryn A. Piffat; William J. Daley, Jr.; David A. Tucker; John J. Penny, Jr.; Howard M. Gitten; Gregory B. Butler; Barry Kramer; Scott F. Wofsy; George N. Chaclas, David J. Silvia;

Stephana E. Patton; Jeffrey D. Hsi; Margaret J. McLaren; Mark Russell; Amy Leahy; Robert J. Tosti; Brian M. Gaff; Carrie Webb-Olson; Kathryn Grant Belleau; F. Andrew Anderson; Patrick J. Concannon; Maria A. Scungio; Andrew T. O'Connor; Daniel I. Ackerman, Jacob G. Weintraub and Peter C. Schechter of Edwards Angell Palmer & Dodge LLP, P.O. Box 130, F.D.R. Station, New York, New York United States 10150 to file this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 42707/59260.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Andrew A. Gates/    Date: 04/17/2007
Signatory's Name: Andrew A. Gates
Signatory's Position: Manager

Mailing Address:
  EDWARDS & ANGELL, LLP
  PO BOX 55874
  BOSTON, Massachusetts 02205

Mailing Address:
  Edwards Angell Palmer & Dodge LLP
  F.D.R. Station
  New York, New York 10150

Serial Number: 75781412
Internet Transmission Date: Tue Apr 17 16:38:41 EDT 2007
TEAS Stamp: USPTO/S08N15-38.112.153.190-200704171638
41256576-2443933-370b99050d788ebca98aea8
e456f279af6-DA-493-20070417163451383546

# apexstores.com ℠

Bed & Bath
Kitchen
Garden & Patio
Living Room
FAQ's
Collectibles/Coins & Bills

Privacy Policy
Help
Info
Show Order
Email

**Large Dial Fitness Scale, White or Black, by Salter**
$34.99

**Linking Popover Pan by Norpro**
$12.99

**Personal Bag from Calypso by Delsey**
$34.99

**Recirculating Humidifier by Lasko 9.0 gallon**
$79.99

**2-8 Cup Percolator/Coffee Pot by Farberware Millennium**
$34.99

**Set 4 Crystal Flutes by Luigi Bormioli**
$18.99

**10 PC. Wok Set by Norpro**
$32.99

**Egg Express by Krups**
$19.99

**George Foreman Indoor/Outdoor Electric Barbecue Grill by Salton**
$79.99

**2 Piece Cruet Set by Michelangelo**
$11.99

**apexstores.com**, is the online shopping site of **Apex**, the only site with everything for your home *on one site.*

**Apex** is a New England based retailer delivering the ultimate in brand name selection and unbeatable customer service. **Apex has been providing over 78 years** of award winning service to it's customers. Every minute of that 78 years of experience has been incorporated into this site and the service behind it, to deliver the best possible *Apex Online®* shopping experience If you would like to use our award winning Apexexpress delivery service please call 1-800-450-Apex.

If you have any questions on any specific items, please feel free to e-mail us at info@apexstores.com anytime.

Or call us toll free at

## 1-800-450-APEX(2739)

Monday-Friday 9 AM - 5 PM EST

**Bed & Bath**          **Kitchen**

**Garden & Patio**          **Living Room**

**FAQ's**          **Collectibles/Coins & Bills**

© copyright 1996-2007 Apex At Home, LLC. All rights reserved

# ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**    2443933



**Serial Number:**  75781412



**RAM Sale Number:  493**

**RAM Accounting Date:  20070418**

**Total Fees:**    $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20070417 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20070417 | $200 | 1 | 1 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20070417



EXHIBIT G

PTO Form 1963 (Rev 5/2008)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 1847961 |
| **REGISTRATION DATE** | 08/02/1994 |
| **SERIAL NUMBER** | 74430251 |
| **MARK SECTION** | |
| MARK | APEX |
| **OWNER SECTION (no change)** | |
| **ATTORNEY SECTION** | |
| NAME | JOHN E. OTTAVIANI, ESQ. |
| FIRM NAME | Edwards & Angell, LLP |
| STREET | PO BOX 55874 |
| CITY | BOSTON |
| STATE | MA |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | USA |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | trademark@edwardsangell.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 42707/59263 |
| OTHER APPOINTED ATTORNEY(S) | Barbara S. Kitchell; Barry Kramer; Carrie Webb Olson; Christine C. O'Day; David A. Tucker; David G. Conlin; David J. Silvia; Douglas G. Gray; George Chaclas; George W. Hartnell, III; George W. Neuner; Gregory B. Butler; Howard M. Gitten; J. Mark Konieczny; Jennifer K. Rosenfield; John B. Alexander; John E. Ottaviani; John J. Penny, Jr.; Jun Umemuro; Kathleen B. Carr; Kathryn A. Piffat; Kelly L. Williams, Linda M. Buckley; Lisa Swiszcz Hazzard; Peter C. Lauro; Peter F. Corless; Peter J. Manso; Peter J. Manus; Richard H. Newman; Richard J. Roos; Robert L. Buchanan; Scott D. Wofsy, Steven M. Jensen; William J. Daley, Jr. |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 042 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT10\IMAGEOUT 10\744\302\74430251\xml1\ S890002.JPG |
| | \\ticrs\EXPORT10\IMAGEOUT 10\744\302\74430251\xml1\ S890003.JPG |
| SPECIMEN DESCRIPTION | advertisements |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL AMOUNT | 500 |

| SIGNATURE | /John E. Ottaviani/ |
|---|---|
| SIGNATORY NAME | John E. Ottaviani |
| SIGNATORY DATE | 07/22/2004 |
| SIGNATORY POSITION | Attorney |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jul 22 17:05:54 EDT 2004 |
| TEAS STAMP | USPTO/S08N09-641722634-20 040722170554708058-184796 1-200ad7b27eed073bc83324c 114edd2b-DA-322-200407221 70441001326 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 1847961
**REGISTRATION DATE:** 08/02/1994

**MARK:** APEX

The owner, APEX STORES, LLC, residing at 100 MAIN STREET, PAWTUCKET, RI US 02860, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 042, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) advertisements.
Specimen-1
Specimen-2

The registrant hereby appoints JOHN E. OTTAVIANI, ESQ. and Barbara S. Kitchell; Barry Kramer; Carrie Webb Olson; Christine C. O'Day; David A. Tucker; David G. Conlin; David J. Silvia; Douglas G. Gray; George Chaclas; George W. Hartnell, III; George W. Neuner; Gregory B. Butler; Howard M. Gitten; J. Mark Konieczny; Jennifer K. Rosenfield; John B. Alexander; John E. Ottaviani; John J. Penny, Jr.; Jun Umemuro; Kathleen B. Carr; Kathryn A. Piffat; Kelly L. Williams, Linda M. Buckley; Lisa Swiszcz Hazzard; Peter C. Lauro; Peter F. Corless; Peter J. Manso; Peter J. Manus; Richard H. Newman; Richard J. Roos; Robert L. Buchanan; Scott D. Wofsy, Steven M. Jensen; William J. Daley, Jr. of Edwards & Angell, LLP, PO BOX 55874, BOSTON, MA USA 02205 to submit this Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 on behalf of the registrant. The attorney docket/reference number is 42707/59263.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

### Section 8: Declaration of Use in Commerce
*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /John E. Ottaviani/     Date: 07/22/2004
Signatory's Name: John E. Ottaviani
Signatory's Position: Attorney

Mailing Address:
  Edwards & Angell, LLP
  PO BOX 55874
  BOSTON, MA 02205

RAM Sale Number: 322
RAM Accounting Date: 07/23/2004

Serial Number: 74430251
Internet Transmission Date: Thu Jul 22 17:05:54 EDT 2004
TEAS Stamp: USPTO/S08N09-641722634-20040722170554708
058-1847961-200ad7b27eed073bc83324c114ed
d2b-DA-322-20040722170441001326

apex_journal_0423_04half  4/20/04 12:37 PM  Page 1



# Apex IN PAWTUCKET

## APRIL SAVINGS!

**OPEN FRIDAY 10AM-8PM • SATURDAY 10AM-6PM**
**OPEN SUNDAYS 12NOON-5PM**

### EXTRA SAVINGS ON ALL APPAREL!

**25% off** TICKETED PRICE
PLUS 20% COUPON
LADIES KNIT TEES BY ERIKA
Large assortment of colors & styles to choose from.

**25-50% off** TICKETED PRICE
PLUS 20% COUPON
ENTIRE STOCK OF ALFRED DUNNER
PETITE & MISSES

**30% off** TICKETED PRICE
PLUS 20% COUPON
ALL HAGGAR FOR MEN
Pants & shirts.

**25% off** TICKETED PRICE
PLUS 20% COUPON
ALL SHORT SLEEVE KNIT SHIRTS FOR MEN

**25-50% off** TICKETED PRICE
PLUS 20% COUPON
ALL LADIES HANDBAGS
BRUCE VETO • HUSH PUPPIES • FRANK K & KENNETH

### ALL FABERWARE OPEN STOCK 50% OFF
FARBERWARE COOKWARE SETS
YOUR CHOICE
**139.99** PLUS 15% off COUPON
REG. $199.99
10 PC. CLEAR VIEW VINTAGE COOKWARE SET BY FARBERWARE
Includes 1.5 Qt, 2 Qt, & 3 Qt. covered saucepan, 6 Qt. covered stockpot, 10" open fry pan, & 4 Qt. steamer insert. Shown #70163

REG. $199.99
12 PC. COOKWARE SET BY FARBERWARE CLASSIC SERIES
Includes a 3 pc. covered bowl set, 10" skillet, 1 Qt. & 2 Qt. covered straining saucepan, & 8 Qt. covered straining stockpot. Shown #70756

YOUR CHOICE **22.49** PLUS 15% off COUPON
REG. $29.99
ELECTRIC BRUNCH PAN BY TOASTMASTER
Prepare food right at the table. Nonstick. Shown #817

REG. $44.99
SAVE 50%
EASY STORE HAND MIXER BY OSTER
Exclusive burst of power, extra power at the touch of a button. Shown #2492 Black

**60% off** 15% off
ALL LUGGAGE & BACKPACKS
SAMSONITE • DELSEY • MONARCH • MILLOR

### ALL COFFEE MAKERS ON SALE
SALE **59.99** PLUS 15% off COUPON
REG. $89.99
CLARITY 10 CUP COFFEE MAKER BY MELITA
Pause & pour, hinged lid, stainless steel boiler, brushed aluminum. Shown #MESC10

### ALL FARBERWARE COFFEE MAKERS ON SALE
SALE **44.99** 15% off REG. $79.99
6X CUP PERCOLATOR BY FARBERWARE MILLENNIUM

SALE **52.49** 15% off REG. $69.99 #FCP280
24 CUP PERCOLATOR BY FARBERWARE MILLENNIUM

SALE **59.99** 15% off REG. $79.99 #FCP417
42 CUP PERCOLATOR BY FARBERWARE MILLENNIUM

### ALL SMALL APPLIANCES ON SALE
SALE **21.99** PLUS 15% off COUPON
REG. $36.99
4-SLICE TOASTER BY SUNBEAM
Extra wide slots, toast lift, cancel button. Shown #3835

SALE **10.39** 15% off COUPON
REG. $12.99
2-SLICE TOASTER BY TOASTMASTER
Extra wide slots, electronic timer, auto high lift. Shown #T2000

**29.99** 15% off
REG. $59.99
16 PC. BEVERAGE SET BY TABLESCAPES

### BONUS COUPONS!!
take an additional **20% off** any one apparel item for the family
Apex

### BONUS COUPONS!!
take an additional **20% off** any one apparel item for the family
Apex

### BONUS COUPONS!!
take an additional **20% off** any one apparel item for the family
Apex

### BONUS COUPONS!!
take an additional **15% off** any one item for the home!
Apex

### BONUS COUPONS!!
take an additional **15% off** any one item for the home!
Apex

REGULAR, ORIGINAL & IF PURCHASED SEPARATELY PRICES MAY REFLECT OFFERING PRICES ONLY. SAVINGS MAY NOT BE BASED ON ACTUAL SALES.

**HOURS: MONDAY — WEDNESDAY 10AM-6PM • THURSDAY & FRIDAY 10AM-8PM • SATURDAY 10AM-6PM • SUNDAYS 12NOON-5PM**

# Apex.
IN PAWTUCKET

## MAY SUPER SALE!

**OPEN FRIDAY 10AM-9PM • SATURDAY 10AM-9PM**
**OPEN SUNDAYS 12NOON-5PM**

### EXTRA SPECIAL SAVINGS ON ALL APPAREL!!

**25-50% off**
ENTIRE STOCK OF ALFRED DUNNER

**25% off**
LADIES KNIT TOPS BY ERIKA

**30% off**
ALL HAGGAR FOR MEN Pants and shirts

**25% off**
ALL SHORT SLEEVE KNIT SHIRTS FOR MEN

**25-50% off**
ALL LADIES HANDBAGS

### ALL DOMESTICS ON SALE

**50% off**
ALL MATTRESS PADS & PILLOWS

**50% off**
ALL KITCHEN & BATH RUGS

**40% off**
ALL FLANNEL, COTTON, KNIT JERSEY SHEETS & SHEET SETS

**20% off**
any one apparel item for the family

**20% off**
any one apparel item for the family

**20% off**
any one apparel item for the family

## apex advantage
Embroidery • Screen Printing • Promotional Products
401.729.7300

---

### ALL FARBERWARE OPEN STOCK 50% OFF

**SALE 27.50**
REG. $55.00
5 QT. COVERED SAUCEPAN BY FARBERWARE CLASSIC SERIES

**SALE 17.49**
REG. $34.99
3 PC. BOWL SET FARBERWARE CLASSIC

#### FARBERWARE COOKWARE SETS

**YOUR CHOICE 139.99**
REG. $179.99
10 PC. CLEAR VIEW VINTAGE COOKWARE SET BY FARBERWARE

12 PC. COOKWARE SET BY FARBERWARE CLASSIC SERIES

### ALL GLASSWARE ON SALE

**SALE 18.74**
REG. $24.99
5 PC. SALAD SET BY ANCHOR

**SALE 14.99**
REG. $29.99
4 MARTINI GLASSES BY LARA FROM BORMIA

**YOUR CHOICE 29.99**
REG. $59.99
5 PC. BEVERAGE SET BY TABLECRAFT

15 PC. BAKE 'N SERVE BAKEWARE SET BY ANCHOR

**50% off**
ALL PICTURE FRAMES

**60% off**
ALL LUGGAGE & BACKPACKS

---

### ALL ANALON, CIRCULON & CALPHALON 40% OFF

**SALE 39.99**
REG. $119.99
ALL ROUND SERVE SET BY CALPHALON

### ALL COFFEE MAKERS ON SALE

**SALE 59.99**
REG. $89.99
CLARITY 10 CUP COFFEE MAKER BY MELITA

**SALE 19.99**
REG. $29.00
CAFE EXPRESS 4 CUP COFFEE MAKER BY KRUPS

**44.99**
**52.48**
**59.99**

### ALL SMALL APPLIANCES ON SALE

**SALE 10.39**
REG. $12.99
2-SLICE EXTRA-WIDE TOASTER BY TOASTMASTER

**SALE 21.99**
REG. $36.99
4-SLICE TOASTER BY SUNBEAM

**YOUR CHOICE 22.49**
REG. $29.99
ELECTRIC BRUNCH PAN BY TOASTMASTER

EASY-STORE HAND MIXER BY OSTER

### ALL PERSONAL CARE ON SALE

**SALE 17.99**
BATHROOM SCALE BY SUNBEAM

**SALE 9.99**
REG. $19.99
DIFFUSE IT STYLING DRYER BY WAVE RAGE

---

**BONUS COUPON**
**15% off Apex**
any one item for the home!

**BONUS COUPON**
**15% off Apex**
any one item for the home!

**BONUS COUPON**
**15% off Apex**
any one item for the home!

**FEE RECORD SHEET**

**Registration Number:**    1847961

**Serial Number:**    74430251

**RAM Sale Number:  322**

**Total Fees:**    $500

**RAM Accounting Date:  20040723**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20040722 | $100 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20040722 | $400 | 1 | $400 |

**Transaction Date:**    20040722



EXHIBIT H

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2155905 |
| **REGISTRATION DATE** | 05/12/1998 |
| **SERIAL NUMBER** | 74529131 |
| **MARK SECTION** | |
| MARK | APEX |
| **OWNER SECTION (current)** | |
| NAME | Apex Incorporated |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | RI |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | APEX STORES, LLC |
| STREET | 100 Main Street |
| CITY | Pawtucket |
| STATE | RI |
| ZIP/POSTAL CODE | 02860 |
| COUNTRY | US |
| **ATTORNEY SECTION** | |
| NAME | John E. Ottaviani, Esq. |
| FIRM NAME | Edwards & Angell, LLP |
| STREET | PO BOX 55874 |
| CITY | BOSTON |
| STATE | MA |
| ZIP/POSTAL CODE | 02205 |
| COUNTRY | USA |
| PHONE | 401-274-9200 |
| FAX | 401-276-6611 |
| EMAIL | trademark@edwardsangell.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| DOCKET NUMBERS | 42707/59255 |
| OTHER APPOINTED ATTORNEY(S) | Barbara S. Kitchell; Barry Kramer; Carrie Webb Olson; Christine C. O'Day; David A. Tucker; David G. Conlin; David J. Silvia; Douglas G. Gray; George Chaclas; George W. Hartnell, III; George W. Neuner; Gregory B. Butler; Howard M. Gitten; J. Mark Konieczny; Jennifer K. Rosenfield; John B. Alexander; John J. Penny, Jr.; Jun Umemuro; Kathleen B. Carr; Kathryn A. Piffat; Kelly L. Williams; Linda M. Buckley; Lisa Swiszcz Hazzard; Peter C. Lauro; Peter F. Corless; Peter J. Manso; Peter J. Manus; Richard H. Newman; Richard J. Roos; Robert L. Buchanan; Scott D. Wofsy; Steven M. |

Jensen; William J. Daley, Jr.

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 037 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9 \745\291\74529131\xml1\81 50002.JPG |
| SPECIMEN DESCRIPTION | advertisement |
| INTERNATIONAL CLASS | 042 |
| KEEP EXISTING GOODS AND/OR SERVICES | YES |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT9\IMAGEOUT9 \745\291\74529131\xml1\81 50003.JPG |
| SPECIMEN DESCRIPTION | advertisement |

## PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 600 |
| TOTAL AMOUNT | 600 |

## SIGNATURE SECTION

| SIGNATURE | /John E. Ottaviani, Esq / |
| SIGNATORY NAME | John E. Ottaviani, Esq |
| SIGNATORY DATE | 05/12/2004 |
| SIGNATORY POSITION | Attorney |

## FILING INFORMATION

| SUBMIT DATE | Wed May 12 15:26:44 EDT 2004 |
| TEAS STAMP | USPTO/S08N15-641722634-20 040512152644098070-215590 5-2002ff1a6631cb21d7771f8 fdfc692af4f-DA-109-200405 12145402605391 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0056 (Exp 10/31/2008)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2155905
**REGISTRATION DATE:** 05/12/1998

**MARK:** APEX

The owner, APEX STORES, LLC, residing at 100 Main Street, Pawtucket, RI US 02860, is using the mark in commerce on or in connection with the goods and /or services as follows:

For International Class 037, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) advertisement.
Specimen-1

For International Class 042, the owner is using or is using through a related company or licensee the mark in commerce on or in connection with all goods and/or services listed in the existing registration.

The owner is submitting one specimen for each class showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services , consisting of a(n) advertisement.
Specimen-1

The registrant hereby appoints John E. Ottaviani, Esq. and Barbara S. Kitchell; Barry Kramer; Carrie Webb Olson; Christine C. O'Day; David A. Tucker; David G. Conlin; David J. Silvia; Douglas G. Gray; George Chaclas; George W. Hartnell, III; George W. Neuner; Gregory B. Butler; Howard M. Gitten; J. Mark Konieczny; Jennifer K. Rosenfield; John B. Alexander; John J. Penny, Jr.; Jun Umemuro; Kathleen B. Carr; Kathryn A. Piffat; Kelly L. Williams, Linda M. Buckley; Lisa Swiszcz Hazzard; Peter C. Lauro; Peter F. Corless; Peter J. Manso; Peter J. Manus; Richard H. Newman; Richard J. Roos; Robert L. Buchanan; Scott D. Wofsy, Steven M. Jensen; William J. Daley, Jr. of Edwards & Angell, LLP, PO BOX 55874, BOSTON, MA USA 02205 to submit this Combined Declaration of Use and Incontestability Under Sections 8 & 15 on behalf of the registrant. The attorney docket/reference number is 42707/59255.

A fee payment in the amount of $600 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The owner is using or is using through a related company or licensee the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with all goods and/or services as identified above. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /John E. Ottaviani, Esq /    Date: 05/12/2004
Signatory's Name: John E. Ottaviani, Esq
Signatory's Position: Attorney

Mailing Address:
  Edwards & Angell, LLP
  PO BOX 55874
  BOSTON, MA 02205

RAM Sale Number: 109
RAM Accounting Date: 05/13/2004

Serial Number: 74529131
Internet Transmission Date: Wed May 12 15:26:44 EDT 2004
TEAS Stamp: USPTO/S08N15-641722634-20040512152644098
070-2155905-2002ff1a6631cb21d7771f8fdfc6
92af4f-DA-109-20040512145402605391

apextire 1011_01011  8/8/03 10:43 AM  Page 1

# OVER 77 YEARS OF TRUSTED CAR CARE • VOTED BEST AUTO REPAIR

# **Apex** Tire & Service Center.LLC

**1 School Street, Pawtucket, RI 02860**
Monday–Friday 8am–5:30pm • Saturday 8am–2pm

## 401-725-0540

**RI** EMISSIONS SAFETY TESTING
**Official Inspection Station**



## SAVE OVER $100⁰⁰



## ON AWARD WINNING AUTO SERVICE WITH THESE COUPONS!

---



**$5 off** Apex Price
**Every Tire Purchased**

**Take an additional $5.00 off every tire purchased**
*Can be used for up to 4 tires.
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-01
**Apex** Tire & Service Center.

---



**$20 off** Apex Price
**Alignment Special**

**With the purchase of two or more tires**
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-04
**Apex** Tire & Service Center.

---



**$10 off** Apex Price
**Battery Special**

**EXIDE** Maintenance Free BATTERY
* not valid on warranty replacement
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-02
**Apex** Tire & Service Center.

---



**$24 99** Apex Price
**Winter/Summer Coolant Service**

• Drain & refill radiator with required amount of anti-freeze.
  (extra charge for anti-freeze)
• Check belts, hoses, battery and system.
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-05
**Apex** Tire & Service Center.

---



**$20 off** Each Axle
**Brake System Special**

• Replace Pads or Shoes
• Clean & Repack Bearings
• Resurface Rotors or Drums
• Replacement Warranty
**WAGNER** Brake Products
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-03
**Apex** Tire & Service Center.

---

**$19 99** Apex Price
**Easy Oil & Lube Special**

• 10 point special
• Up to 5 qts. Pennzoil Oil
• New Pennzoil Oil Filter
• Top off all fluids
**PENNZOIL** STOP • GO
Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales.
Expires October 31, 2003. #TC-06
**Apex** Tire & Service Center.

---

WE OFFER COMPLETE AUTOMOTIVE SERVICE FOR YOUR CAR OR LIGHT TRUCK AT LOW APEX PRICES.

## Save Everyday on the brand name tires you want.

**Guaranteed Low Prices!!**
GENERAL TIRE　GOODYEAR　Cooper　MICHELIN　Mohawk Tire　PIRELLI　Firestone　DUNLOP　TOYO　Continental　BFGoodrich



---

**HELP WANTED**

JOIN THE TEAM THAT WAS VOTED #1 BEST AUTO REPAIR & AWARD WINNING TIRE STORE

## Service Technician

Experience in engine diagnostics & tune-up necessary. Full-time hours available at our Pawtucket Tire & Service Center. We offer an immediate store wide discount, highly competitive salary, and a benefits program. Apply in person at our Pawtucket Tire Center or fax or send your resume or application to:

**Apex**

Human Resources
100 Main Street  Pawtucket, RI 02860
Fax: 401-729-7215

Apex is an equal opportunity employer

apexcive toll_03011  9/9/03 10:49 AM  Page 1

## OVER 77 YEARS OF TRUSTED CAR CARE • VOTED BEST AUTO REPAIR

# Apex Tire & Service Center, LLC

**1 School Street, Pawtucket, RI 02860**
Monday–Friday 8am–5:30pm • Saturday 8am–2pm

**401-725-0540**

RI EMISSIONS SAFETY TESTING
**Official Inspection Station**

## SAVE OVER $100.00




## ON AWARD WINNING AUTO SERVICE WITH THESE COUPONS!

---

**$5 off** Apex Price
**Every Tire Purchased**

**Take an additional $5.00 off every tire purchased**
*Can be used for up to 4 tires.

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-01
**Apex** Tire & Service Center, LLC

---

**$20 off** Apex Price
**Alignment Special**

**With the purchase of two or more tires**

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-04
**Apex** Tire & Service Center, LLC

---

**$10 off** Apex Price
**Battery Special**

**EXIDE* Maintenance Free BATTERY**
* non valid on warranty replacement

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-02
**Apex** Tire & Service Center, LLC

---

**$24.99** Apex Price
**Winter/Summer Coolant Service**

• Drain & refill radiator with required amount of anti-freeze. (extra charge for anti-freeze)
• Check belts, hoses, battery and system.

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-05
**Apex** Tire & Service Center, LLC

---

**$20 off** Each Axle
**Brake System Special**

• Replace Pads or Shoes
• Clean & Repack Bearings **WAGNER**
• Resurface Rotors or Drums  *Brake Products*
• Replacement Warranty

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-03
**Apex** Tire & Service Center, LLC

---

**$19.99** Apex Price
**Easy Oil & Lube Special**

• 10 point special
• Up to 5 qts. Pennzoil Oil
• New Pennzoil Oil Filter  **PENNZOIL STOP • GO**
• Top off all fluids

Not to be used in conjunction with other offers. Coupons must be presented at time of sale. No adjustments on prior sales. Expires October 31, 2003. #TC-06
**Apex** Tire & Service Center, LLC

---

**WE OFFER COMPLETE AUTOMOTIVE SERVICE FOR YOUR CAR OR LIGHT TRUCK AT LOW APEX PRICES.**

## Save Everyday on the brand name tires you want.

**Guaranteed Low Prices!!**

GENERAL TIRE  GOODYEAR  Cooper  MICHELIN  MoHawk Tire  PIRELLI  Firestone  DUNLOP  TOYO  Continental  BFGoodrich

---

**HELP WANTED**

JOIN THE TEAM THAT WAS VOTED #1 BEST AUTO REPAIR & AWARD WINNING TIRE STORE

# Service Technician

Experience in engine diagnostics & tune-up necessary. Full-time hours available at our Pawtucket Tire & Service Center. We offer an immediate store wide discount, highly competitive salary, and a benefits program. Apply in person at our Pawtucket Tire Center or fax or send your resume or application to:

**Apex.**

Human Resources
100 Main Street  Pawtucket, RI 02860
Fax: 401-729-7215



Apex is an equal opportunity employer

**FEE RECORD SHEET**

**Registration Number:**   2155905

**Serial Number:**   74529131

**RAM Sale Number:  109**

**Total Fees:**     $600

**RAM Accounting Date:  20040513**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| §8 affidavit | 7205 | 05/12/2004 | $100 | 2 | $200 |
| §15 affidavit | 7208 | 05/12/2004 | $200 | 2 | $400 |

EXHIBIT I

# Domain Whois Information

## apexstores.com

CSC Corporate Domains(sm) - Expert Global Domain Name
Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more
about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose
or purposes of using the data in any manner that violates these terms of use.
The Data in CSC Corporate Domains' WHOIS database is provided by CSC
Corporate Domains for information purposes only, and to assist persons in
obtaining information about or related to a domain name registration record.
CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: you agree that you
may use this Data only for lawful purposes and that under no circumstances
will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via
direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to CSC Corporate Domains (or its
computer systems). CSC Corporate Domains reserves the right to terminate your
access to the WHOIS database in its sole discretion for any violations by you
of these terms of use. CSC Corporate Domains reserves the right to modify
these terms at any time.

```
Registrant:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215

Domain Name: APEXSTORES.COM
Registrar of Record: Corporate Domains, Inc.

Administrative Contact:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215
Technical Contact:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215

Domain servers in listed order:

    DNS1.CSCDNS.NET
    DNS2.CSCDNS.NET

Created on.............: 11-Sep-96
Expires on.............: 10-Sep-08
Record last updated on..: 22-Oct-07
```

# Domain Whois Information

## apexathome.com

```
CSC Corporate Domains(sm) - Expert Global Domain Name
Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more
about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose
or purposes of using the data in any manner that violates these terms of use.
The Data in CSC Corporate Domains' WHOIS database is provided by CSC
Corporate Domains for information purposes only, and to assist persons in
obtaining information about or related to a domain name registration record.
CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: you agree that you
may use this Data only for lawful purposes and that under no circumstances
will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via
direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to CSC Corporate Domains (or its
computer systems). CSC Corporate Domains reserves the right to terminate your
access to the WHOIS database in its sole discretion for any violations by you
of these terms of use. CSC Corporate Domains reserves the right to modify
these terms at any time.

    Registrant:
        Apex Stores, LLC
        LLC Apex Stores
        100 Main Street
        Pawtucket, RI 02860
        US
        apexstores@aol.com
        +1.4017236108  Fax: +1.4017297215

    Domain Name: APEXATHOME.COM
    Registrar of Record: Corporate Domains, Inc.

    Administrative Contact:
        Apex Stores, LLC
        LLC Apex Stores
        100 Main Street
        Pawtucket, RI 02860
        US
        apexstores@aol.com
        +1.4017236108  Fax: +1.4017297215
    Technical Contact:
        Apex Stores, LLC
        LLC Apex Stores
        100 Main Street
        Pawtucket, RI 02860
        US
        apexstores@aol.com
        +1.4017236108  Fax: +1.4017297215

    Domain servers in listed order:

        DNS1.CSCDNS.NET
        DNS2.CSCDNS.NET

    Created on.............: 24-Jun-98
    Expires on.............: 23-Jun-09
    Record last updated on..: 14-Jun-08
```

EXHIBIT J

# Domain Whois Information

## apexhealthandfitness.com

CSC Corporate Domains(sm) - Expert Global Domain Name
Management for Corporations, Law Firms and IP Professionals

Contact us at corporatedomains@cscinfo.com or 888-250-6159 to learn more
about our worldwide domain name, DNS and digital certificate capabilities.

NOTICE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose
or purposes of using the data in any manner that violates these terms of use.
The Data in CSC Corporate Domains' WHOIS database is provided by CSC
Corporate Domains for information purposes only, and to assist persons in
obtaining information about or related to a domain name registration record.
CSC Corporate Domains does not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: you agree that you
may use this Data only for lawful purposes and that under no circumstances
will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via
direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to CSC Corporate Domains (or its
computer systems). CSC Corporate Domains reserves the right to terminate your
access to the WHOIS database in its sole discretion for any violations by you
of these terms of use. CSC Corporate Domains reserves the right to modify
these terms at any time.

```
Registrant:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215

Domain Name: APEXHEALTHANDFITNESS.COM
Registrar of Record: Corporate Domains, Inc.

Administrative Contact:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215
Technical Contact:
    Apex Stores, LLC
    LLC Apex Stores
    100 Main Street
    Pawtucket, RI 02860
    US
    apexstores@aol.com
    +1.4017236108  Fax: +1.4017297215

Domain servers in listed order:

    DNS2.CSCDNS.NET
    DNS1.CSCDNS.NET

Created on..............: 11-Jun-08
Expires on..............: 11-Jun-09
Record last updated on..: 11-Jun-08
```

EXHIBIT K

# apexstores.com SM

Shop By Room

| | |
|---|---|
| Shop By Room | |
| Bed & Bath | |
| Dining Room | |
| Garden & Patio | |
| Kitchen | |
| Living Room | |
| Apex Green | |
| Apparel | |
| Appliances | |
| Automotive | |
| Collectibles/Coins & Bills | |
| Electronics | |
| Jewelry | |
| Luggage & Bags | |
| Sporting Goods & Fitness | |
| FAQ's | |

| |
|---|
| Privacy Policy |
| Help |
| Info |
| Show Order |
| Email |



**Linking Popover Pan by Norpro**
$12.99



**Personal Bag from Calypso by Delsey**
$34.99



**Recirculating Humidifier by Lasko 9.0 gallon**
$79.99



**2-8 Cup Percolator/Coffee Pot by Farberware Millennium**
$34.99



**Set 4 Crystal Flutes by Luigi Bormioli**
$18.99



**10 PC. Wok Set by Norpro**
$32.99



**Egg Express 7 Egg Cooker by Krups**
$19.99



**George Foreman Indoor/Outdoor Electric Barbecue Grill by Salton**
$79.99



**2 Piece Cruet Set by Michelangelo**
$11.99



**Quilted Metal 2-Slice Toaster by Oster**
Regular Price: $39.99
Apex Price: **$12.99**





**Digital Scale by Sunbeam**
Regular Price: $44.99
Apex Price: **$21.99**

**Set of 4 Michelangelo Brandy Glasses by Luigi Bormioli**
**$17.99**

**apex stores®**, is the online shopping site of **Apex ®**, the only site with everything for you, your home and your car *on one site.*

**Apex ®** is a New England based retailer delivering the ultimate in brand name selection and unbeatable customer service. **Apex ®** has **been providing over 80 years** of award winning service to it's customers. Every minute of those 80 years of experience has been incorporated into the service behind this site, to deliver the best possible *Apex Online* ® shopping experience! If you would like to use our award winning **Apex Express** sm delivery service or place and/or pick up your order at one of our *Quickup*® customer service locations, please call 1-800-450-Apex.

If you have any questions on any specific items, please feel free to e-mail us at info@apexstores.com anytime.

Or call us toll free at

### 1-800-450-APEX(2739)

Monday-Friday 9 AM - 5 PM EST

## Featured Products





**Shop By Room**

**Bed & Bath**



**Dining Room**



**Garden & Patio**



**Kitchen**



**Living Room**



**Apex Green**



**Apparel**



**Appliances**



**Automotive**



**Collectibles/Coins & Bills**



**Electronics**



**Jewelry**



**Luggage & Bags**



**Sporting Goods & Fitness**

**FAQ's**

© copyright 1996-2008 Apex At Home, LLC. All rights reserved

EXHIBIT L

State of Rhode Island and Providence Plantations - Public Browse and Search                    Page 1 of 2



# State of Rhode Island and Providence Plantations
## Office of the Secretary of State

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

**Apex Stores, LLC** Summary Screen                                    ?
                                                              Help with this form

> [ Request a Certificate ]

**The exact name of the Domestic Limited Liability Company:** Apex Stores, LLC

**Entity Type:** Domestic Limited Liability Company

**Identification Number:** 000107133

**Date of Organization in Rhode Island:** 06/25/1999

**The location of its principal office:**
No. and Street: 100 MAIN STREET
City or Town: PAWTUCKET          State: RI     Zip: 02860     Country: USA

**The mailing address or specified office:**
No. and Street: 100 MAIN ST.
City or Town: PAWTUCKET          State: RI     Zip: 02860     Country: USA

**Agent Resigned:** N                                    **Address Maintained:** Y

**The name and address of the Registered Agent:**
No. and Street:    EDWARDS ANGELL PALMER & DODGE LLP
                   2800 FINANCIAL PLAZA
City or Town:      PROVIDENCE                          State: RI   Zip: 02903
Name:              V. DUNCAN JOHNSON, ESQ.

**The limited liability company is to be managed by its** Managers

**The name and business address of each manager:**

| Title | Individual Name | Address |
| --- | --- | --- |
|  | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code, Country |
| MANAGER | ANDREW GATES | 100 MAIN ST. PAWTUCKET, RI 02860- USA |

**Purpose**

Case 4:08-cv-01681-SBA    Document 38-13    Filed 08/21/2008    Page 3 of 7



INVESTMENTS

TITLE: 7-16

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Annual Report
Application for Reservation of Entity Name
Articles of Amendment
Articles of Amendment to Change Management Only
Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification
Number is Required

[ View Filings ]        [ New Search ]

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help



## State of Rhode Island and Providence Plantations
## Office of the Secretary of State

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

**Apex, LLC** Summary Screen

Help with this form

---

| Request a Certificate |
| --- |

The exact name of the Domestic Limited Liability Company: Apex, LLC

**Entity Type:** Domestic Limited Liability Company

**Identification Number:** 000139129

**Date of Organization in Rhode Island:** 03/30/2004       **Effective Date:** 03/30/2004

**The location of its principal office:**
No. and Street:    100 MAIN STREET
City or Town:    PAWTUCKET        State: RI    Zip: 02860    Country: USA

**The mailing address or specified office:**
No. and Street:    100 MAIN STREET
City or Town:    PAWTUCKET        State: RI    Zip: 02860    Country: USA

**Agent Resigned:** N                    **Address Maintained:** Y

**The name and address of the Registered Agent:**
No. and Street:    EDWARDS ANGELL PALMER & DODGE LLP
                   2800 FINANCIAL PLAZA
City or Town:    PROVIDENCE                State: RI   Zip: 02903-
Name:    V. DUNCAN JOHNSON, ESQ.

The limited liability company is to be managed by its   **Managers**

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
| --- | --- | --- |
|  |  |  |

| **Purpose** |
| --- |
| INVESTMENTS |



TITLE: 7-16

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Reservation of Entity Name
Articles of Amendment
Articles of Amendment to Change Management Only

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification
Number is Required

[ View Filings ]        [ New Search ]

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help

State of Rhode Island and Providence Plantations - Public Browse and Search        Page 1 of 2

---



**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

---

[?]

***Apex At Home, LLC*** Summary Screen        Help with this form

| Request a Certificate |
| --- |

**The exact name of the Domestic Limited Liability Company:** Apex At Home, LLC

**Entity Type:** Domestic Limited Liability Company

**Identification Number:** 000118978

**Date of Organization in Rhode Island:** 06/12/2001        **Effective Date:** 06/12/2001

**The location of its principal office:**
No. and Street: 100 MAIN STREET
City or Town: PAWTUCKET        State: RI    Zip: 02860    Country: USA

**The mailing address or specified office:**
No. and Street: 100 MAIN STREET
City or Town: PAWTUCKET        State: RI    Zip: 02860    Country: USA

**Agent Resigned:** N        **Address Maintained:** Y

**The name and address of the Registered Agent:**
No. and Street: EDWARDS ANGELL PALMER & DODGE LLP
2800 FINANCIAL PLAZA
City or Town: PROVIDENCE        State: RI   Zip: 02903-
Name: V. DUNCAN JOHNSON, ESQ.

**The limited liability company is to be managed by its   Managers**

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
| --- | --- | --- |
| MANAGER | ANDREW A GATES | 100 MAIN STREET<br>PAWTUCKET, RI 02860- USA |

**Purpose**

---



RETAIL

TITLE: 7-16

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Reservation of Entity Name
Articles of Amendment
Articles of Amendment to Change Management Only

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

[ View Filings ]    [ New Search ]

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help

EXHIBIT M



**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

---

*Zelby Holdings, Inc.* **Summary Screen**                    ⓘ

Help with this form

| Request a Certificate |
|---|

**The exact name of the Domestic Profit Corporation:** Zelby Holdings, Inc.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 000134607

**Date of Incorporation in Rhode Island:** 09/10/2003          **Effective Date:** 09/10/2003

**The location of its principal office:**
No. and Street:     100 MAIN STREET
City or Town:     PAWTUCKET          State: RI     Zip: 02860     Country: USA

**The mailing address or specified office:**
No. and Street:
City or Town:          State:     Zip:     Country:

**Agent Resigned:** N                    **Address Maintained:** Y

**Name and address of the Registered Agent:**
No. and Street:     EDWARDS ANGELL PALMER & DODGE LLP
                    2800 FINANCIAL PLAZA
City or Town:     PROVIDENCE          State: RI   Zip: 02903-
Name:     V. DUNCAN JOHNSON, ESQ.

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| PRESIDENT | ANDREW A GATES | 100 MAIN STREET<br>PAWTUCKET, RI 02860- USA |

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

|  |  |  | Total |
|---|---|---|---|
|  |  |  |  |

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares<br>*Num of Shares* | Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|---|
| CWP | | $0.01 | 8,000.00 | 100.00 |

| Purpose |
|---|
| TO MAKE AND MANAGE INVESTMENTS<br><br>TITLE: 7-1.1-51 |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Reservation of Entity Name
Articles of Amendment
Articles of Dissolution

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

[ View Filings ]    [ New Search ]

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help

EXHIBIT N

RECEIVED

AUG 11 2008

Manatt, Phelps & Phillips

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**

vb

File: 5482 098

| | | | |
|------|------|------------|--------|
| SEH | CMK | MLF | CDB |
| GNA | KBB | NMH | SEH |
| BLA | AMH | KJT | Chron |
| SMW | MWZ | PG | Client |
| SAG | JS | PA Calendar | BLA |

Mailed:  August 7, 2008

Cancellation No. 92048378

Apex Stores, LLC and Apex,
LLC

v.

24 Hour Fitness USA, Inc.

M. Catherine Faint,
Interlocutory Attorney:

The motion (filed July 8, 2008) to suspend the
proceeding pending final determination of a civil action
between the parties filed in the United States District
Court for the District of Rhode Island, No. 08-169-ML, is
hereby granted as conceded.  *See* Trademark Rules 2.127(a)
and 2.117(a).

Accordingly, proceedings are suspended pending final
disposition of the civil action between the parties.

The Board also notes that petitioner's involved
registrations have recorded assignments in the Assignments
Division at Reel/Frame Nos. 3768/0929.  It is the practice
of the Board to join, rather than substitute an assignee
when the assignment occurred after the commencement of the

Cancellation No. 92048378

proceeding in order to facilitate discovery.  *See* TBMP §

512 (2d ed. rev. 2004).

Accordingly, Apex, LLC is joined as a party in this

case.  All papers filed in this proceeding should use the

case title set forth above.

Within twenty days after the final determination of

the civil action, the parties shall so notify the Board and

call this case up for any appropriate action.  During the

suspension period, the parties shall notify the Board of

any address changes for the parties or their attorneys.

\*\*\*

**NEWS FROM THE TTAB**:

The USPTO published a notice of final rulemaking in the
Federal Register on August 1, 2007, at 72 F.R. 42242.  By
this notice, various rules governing Trademark Trial and
Appeal Board inter partes proceedings are amended.  Certain
amendments have an effective date of August 31, 2007, while
most have an effective date of November 1, 2007.  For
further information, the parties are referred to a reprint
of the final rule and a chart summarizing the affected
rules, their changes, and effective dates, both viewable on
the USPTO website via these web addresses:
http://www.uspto.gov/web/offices/com/sol/notices/72fr42242.pdf
http://www.uspto.gov/web/offices/com/sol/notices/72fr42242_FinalR
uleChart.pdf

By one rule change effective August 31, 2007, the Board's
standard protective order is made applicable to all TTAB
inter partes cases, whether already pending or commenced on
or after that date.  However, as explained in the final
rule and chart, this change will not affect any case in
which any protective order has already been approved or
imposed by the Board.  Further, as explained in the final
rule, parties are free to agree to a substitute protective
order or to supplement or amend the standard order even

Cancellation No. 92048378

after August 31, 2007, subject to Board approval.  The
standard protective order can be viewed using the following
web address:
http://www.uspto.gov/web/offices/dcom/ttab/tbmp/stndagmnt.htm

EXHIBIT O



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## TTABVUE. Trademark Trial and Appeal Board Inquiry System          v1.4

# Summary

**Query:** Party Name is: APEX STORES, LLC
**and** Proceeding Status is: ALL
**Number of results:** 22

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91184638<br>06/16/2008 | Apex Electronic Data Interchange, Inc.<br>**Mark:** APEX EDI **S#:**77031538 | Apex Stores, LLC<br>**Mark:** APEX **S#:**74430251 **R#:**1847961<br>**Mark:** APEX **S#:**74529131 **R#:**2155905<br>**Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812<br>**Mark:** APEX MALL **S#:**75836787 **R#:**2657639<br>**Mark:** APEX STORES **S#:**75781412 **R#:**2443933<br>**Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976<br>**Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685<br>**Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 92049297<br>04/29/2008 | DYNAMIC HEALTHTECH INC.<br>**Mark:** APEXLIFT **S#:**76440071 **R#:**2711317 | Apex Stores, LLC<br>**Mark:** APEX **S#:**74430251 **R#:**1847961<br>**Mark:** APEX **S#:**74529131 **R#:**2155905<br>**Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812<br>**Mark:** APEX MALL **S#:**75836787 **R#:**2657639<br>**Mark:** APEX STORES **S#:**75781412 **R#:**2443933<br>**Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976<br>**Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685<br>**Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 91183479<br>04/09/2008 | Lawrence, Nick<br>**Mark:** APEX ALARM **S#:**77044533 | Apex Stores, LLC<br>**Mark:** APEX **S#:**74430251 **R#:**1847961<br>**Mark:** APEX **S#:**74529131 **R#:**2155905<br>**Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812<br>**Mark:** APEX MALL **S#:**75836787 **R#:**2657639<br>**Mark:** APEX STORES **S#:**75781412 **R#:**2443933<br>**Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976<br>**Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 |
| 76676959<br>04/08/2008 | AMERICAN PSYCHOLOGICAL ASSOCIATION<br>**Mark:** THE APEX PROJECT **S#:**76676959 | Apex Stores, LLC |
| 77296515<br>04/08/2008 | Ampak Packaging LLC<br>**Mark:** APEX 7000 **S#:**77296515 | Apex Stores, LLC |

| 77296516 04/08/2008 | Ampak Packaging LLC **Mark:** APEX 9000 **S#:**77296516 | Apex Stores, LLC |
|---|---|---|
| 77301996 03/06/2008 | American Multi-Cinema, Inc. **Mark:** QUICKUP **S#:**77301996 | Apex Stores, LLC |
| 77302028 03/06/2008 | American Multi-Cinema, Inc. **Mark:** QUICKUP **S#:**77302028 | Apex Stores, LLC |
| 77201327 02/26/2008 | Alien Apex Resort, Inc. **Mark:** ALIEN APEX RESORT **S#:**77201327 | Apex Stores, LLC |
| 78804345 02/26/2008 | Munters Corporation **Mark:** APEX **S#:**78804345 | Apex Stores, LLC |
| 77233385 02/05/2008 | Apex Energy Solutions of Indiana, LLC **Mark:** APEX ENERGY SOLUTIONS **S#:**77233385 | Apex Stores, LLC |
| 77233390 02/05/2008 | Apex Energy Solutions of Indiana, LLC **Mark:** APEX ENERGY SOLUTIONS **S#:**77233390 | Apex Stores, LLC |
| 78928052 02/04/2008 | | Apex Stores, LLC **Mark:** APEX COMPANIES **S#:**78928052 |
| 77031538 12/27/2007 | Apex Electronic Data Interchange, Inc. **Mark:** APEX EDI **S#:**77031538 | Apex Stores, LLC |
| 77044533 12/27/2007 | Lawrence, Nick **Mark:** APEX ALARM **S#:**77044533 | Apex Stores, LLC |
| 77203191 12/27/2007 | Entertainment Centers of America, LLC **Mark:** APEX CONFERENCE & KARTING CENTER **S#:**77203191 | Apex Stores, LLC |
| 77220632 12/27/2007 | ADCAA, L.L.C. **Mark:** APEX DENTAL MILLING **S#:**77220632 | Apex Stores, LLC |
| 78665531 12/27/2007 | Dycom Identity, LLC **Mark:** APEX DIGITAL, LLC **S#:**78665531 | Apex Stores, LLC |
| 78665536 12/27/2007 | Dycom Identity, LLC **Mark:** APEX DIGITAL **S#:**78665536 | Apex Stores, LLC |
| 78665688 12/27/2007 | Dycom Identity, LLC **Mark:** APEX **S#:**78665688 | Apex Stores, LLC |
| 92048379 11/01/2007 | Apex Mills Corp. **Mark:** APEX MILLS **S#:**78706549 **R#:**3129631 | Apex Stores, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 **Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 |
| 92048435 11/01/2007 | Apex Automobile Parts, Inc. **Mark:** APEXAUTO.COM **S#:**76093775 **R#:**2657874 | Apex Stores, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 |

**Mark:** APEX COMPANIES **S#:**78928036
**R#:**3244685

EXHIBIT P



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**          **v1.4**

# Summary

**Query:** Party Name is: APEX, LLC
**and** Proceeding Status is: ALL
**Number of results:** 22

| Proceeding Filing Date | Defendant(s), Property(ies) | Plaintiff(s), Property(ies) |
|---|---|---|
| 91185860 08/18/2008 | Alien Apex Resort, Inc. **Mark:** ALIEN APEX RESORT **S#:**77201327 | Apex, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 **Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 **Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 92049766 08/05/2008 | RAWLINGS SPORTING GOODS COMPANY, INC. **Mark:** APEX **S#:**76292805 **R#:**2746052 | Apex, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 **Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 **Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 77260716 08/02/2008 | Deutsche Bank Securities Inc. **Mark:** DB APEX **S#:**77260716 | Apex, LLC |
| 77340137 08/02/2008 | APEX SKYPARK **Mark:** APEX SKYPARK **S#:**77340137 | Apex, LLC |
| 92049725 07/29/2008 | Fujitec America, Inc. **Mark:** HSA-APEX **S#:**76208838 **R#:**2743343 | Apex, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 |
| 91185306 07/20/2008 | AMERICAN PSYCHOLOGICAL ASSOCIATION **Mark:** THE APEX PROJECT **S#:**76676959 | Apex, LLC |
| 91185341 07/20/2008 | Ampak Packaging LLC **Mark:** APEX 7000 **S#:**77296515 | Apex, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 **Mark:** APEX **S#:**74529131 **R#:**2155905 **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 **Mark:** APEX STORES **S#:**75781412 |

|  |  |  | R#:2443933 |
|  |  |  | **Mark:** APEX ADVANTAGE **S#:**78319107 |
|  |  |  | R#:2918976 |
|  |  |  | **Mark:** APEX COMPANIES **S#:**78928036 |
|  |  |  | R#:3244685 |
|  |  |  | **Mark:** APEX COMPANIES **S#:**78928010 |
|  |  |  | R#:3356317 |

77279694
07/15/2008 Min, Moon Ki
**Mark:** A I C AND APEX IVY **S#:**77279694

Apex, LLC

77275387
06/30/2008 Apexone Microelectronics Ltd.
**Mark:** A **S#:**77275387

Apex, LLC

91184958
06/28/2008 American Multi-Cinema, Inc.
**Mark:** QUICKUP **S#:**77301996
**Mark:** QUICKUP **S#:**77302028

Apex, LLC

91184717
06/18/2008 Munters Corporation
**Mark:** APEX **S#:**78804345

APEX, LLC
**Mark:** APEX ONLINE **S#:**75781411
R#:2562812
**Mark:** APEX **S#:**74430251 R#:1847961
**Mark:** APEX **S#:**74529131 R#:2155905
**Mark:** APEX MALL **S#:**75836787 R#:2657639
**Mark:** APEX STORES **S#:**75781412
R#:2443933
**Mark:** APEX COMPANIES **S#:**78928010
R#:3356317
**Mark:** APEX COMPANIES **S#:**78928036
R#:3244685
**Mark:** APEX ADVANTAGE **S#:**78319107
R#:2918976

92049516
06/17/2008 BENTLEY SYSTEMS, INCORPORATED
**Mark:** APEX **S#:**76374641 R#:2726681

Apex, LLC
**Mark:** APEX **S#:**74430251 R#:1847961

92049479
06/10/2008 APEX LEARNING INC.
**Mark:** APEX LEARNING **S#:**75853503
R#:2724678

Apex, LLC
**Mark:** APEX **S#:**74430251 R#:1847961
**Mark:** APEX **S#:**74529131 R#:2155905
**Mark:** APEX ONLINE **S#:**75781411
R#:2562812
**Mark:** APEX MALL **S#:**75836787 R#:2657639
**Mark:** APEX STORES **S#:**75781412
R#:2443933
**Mark:** APEX ADVANTAGE **S#:**78319107
R#:2918976
**Mark:** APEX COMPANIES **S#:**78928036
R#:3244685
**Mark:** APEX COMPANIES **S#:**78928010
R#:3356317

76676050
06/07/2008 Apex Data Services, Inc.
**Mark:** APEX COVANTAGE **S#:**76676050

Apex, LLC

77243433
06/07/2008 Apex Pavers, Inc
**Mark:** APEX PAVERS **S#:**77243433

Apex, LLC

92049438
06/03/2008 Apex Biotechnology Corp.
**Mark:** APEX BIOTECHNOLOGY CORP
**S#:**76157260 R#:2720410

Apex, LLC

78831223
05/28/2008 NORTH AMERICAN COMPANY FOR LIFE AND
HEAL TH INSURANCE
**Mark:** ADDVANTAGE **S#:**78831223

Apex, LLC

92049371
05/20/2008 AAPEX Electronics Inc.
**Mark:** A APEX **S#:**78132142 R#:2717605

Apex, LLC
**Mark:** APEX **S#:**74430251 R#:1847961
**Mark:** APEX **S#:**74529131 R#:2155905

|  |  | **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 |
| --- | --- | --- |
|  |  | **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 |
|  |  | **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 |
|  |  | **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 |
|  |  | **Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 |
|  |  | **Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 92049380 05/20/2008 | Micro-Ear Technology, Inc. **Mark:** APEX **S#:**76441166 **R#:**2717489 | Apex, LLC **Mark:** APEX **S#:**74430251 **R#:**1847961 |
|  |  | **Mark:** APEX **S#:**74529131 **R#:**2155905 |
|  |  | **Mark:** APEX ONLINE **S#:**75781411 **R#:**2562812 |
|  |  | **Mark:** APEX MALL **S#:**75836787 **R#:**2657639 |
|  |  | **Mark:** APEX STORES **S#:**75781412 **R#:**2443933 |
|  |  | **Mark:** APEX ADVANTAGE **S#:**78319107 **R#:**2918976 |
|  |  | **Mark:** APEX COMPANIES **S#:**78928036 **R#:**3244685 |
|  |  | **Mark:** APEX COMPANIES **S#:**78928010 **R#:**3356317 |
| 77073352 05/06/2008 | Robert A. Toigo Foundation **Mark:** TOIGO APEX ADVANCING PROFESSIONAL EXCELLENCE **S#:**77073352 | Apex, LLC |
| 77163873 05/06/2008 | Life BioScience, Inc. **Mark:** APEX **S#:**77163873 | Apex, LLC |
| 77340132 05/06/2008 | APEX SKYPARK **Mark:** APEX SKYPARK **S#:**77340132 | Apex, LLC |

Results as of 08/19/2008 06:57 PM                                              **Search again**

EXHIBIT Q

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APEX, LLC,                            :
APEX AT HOME, LLC,                    :
                    Plaintiffs,       :
                                      :
            v.                        :        CA 08-169 ML
                                      :
24 HOUR FITNESS USA, INC.,            :
                    Defendant.        :

## REPORT AND RECOMMENDATION

David L. Martin, United States Magistrate Judge

Before the Court is Defendant 24 Hour Fitness' Motion to
Dismiss, or Alternatively, Stay Proceedings Pursuant to Rule
12(B)(3) and 28 U.S.C. § 1406(a) (Doc. #14) ("Motion to Dismiss
or Stay" or "Motion"). The Motion has been referred to me for
preliminary review, findings, and recommended disposition
pursuant to 28 U.S.C. § 636(b)(1)(B). A hearing was conducted on
August 7, 2008. For the reasons stated herein, I recommend that
the Motion be granted to the extent that it seeks to stay
proceedings pending a determination by the United States District
Court for the Northern District of California that a prior action
filed in that district, involving essentially the same parties
and similar issues, should proceed.

### Facts

This is an action for trademark infringement and related
claims brought by two Rhode Island companies against a California
corporation. Plaintiffs Apex, LLC, and Apex At Home, LLC
("Plaintiffs"), filed this action on May 5, 2008, against
Defendant 24 Hour Fitness USA, Inc. ("24 Hour Fitness" or
"Defendant"). Plaintiffs allege that 24 Hour Fitness is
infringing their registered Apex trademarks by and through the
activities of 24 Hour Fitness' wholly owned subsidiary, Apex

Fitness, Inc. ("Apex Fitness").

By the instant Motion, 24 Hour Fitness seeks to dismiss or stay this action because it filed a complaint for a declaratory judgment in the Northern District of California (the "California Action")[1] on March 27, 2008.  In the California action, 24 Hour Fitness seeks a declaration that its registration and use of trademarks containing the word "Apex" do not infringe any of Plaintiffs' trademarks.  Having filed the California action almost six weeks before Plaintiffs filed this action, 24 Hour Fitness contends that application of the "first-filed rule"[2]

───────────────

[1] When 24 Hour Fitness filed the California Action on March 27, 2008, the trademarks that are the subject of the instant action were owned by Apex Stores, LLC.  Subsequently, the trademarks were transferred from Apex Stores, LLC, to Apex, LLC.  Following this transfer, 24 Hour Fitness amended the California complaint to add Apex, LLC, and Apex At Home, LLC, as defendants.  24 Hour Fitness also alleged in its amended complaint that the three defendants (Apex Stores, LLC; Apex, LLC; and Apex At Home, LLC) are effectively the same entity.  It notes that the Rhode Island Secretary of State Corporations Division lists them as having the same corporate address and agent.

In the interest of exactness, "Plaintiffs" as used in this Report and Recommendation ("R&R") with reference to the California action includes all three Apex entities (Apex Stores, LLC; Apex, LLC; and Apex at Home, LLC).  However, "Plaintiffs" as used herein with reference to the instant Rhode Island action includes only Apex, LLC, and Apex At Home, LLC.

[2] "'[T]he first-filed rule' is an equitable doctrine of venue selection followed universally; 'where identical actions are proceeding concurrently in two federal courts ... the first filed action is generally preferred in a choice-of-venue decision.'"  Cruz v. Hartford Cas. Ins. Co., C.A. No. 05-38S, 2005 U.S. Dist. LEXIS 9924, at *4 (D.R.I. May 20, 2005)(quoting Feinstein v Brown, 304 F.Supp.2d 279, 280-81 (D.R.I. 2004)(quoting Cianbro Corp. v. Curran-Lavoie, Inc., 814 F.2d 7, 11, (1st Cir. 1987); accord Mediostream, Inc. v. Priddis Music, Inc., No. C 07-2127 PJH, 2007 WL 2790688, at *2 (N.D. Cal. Sept. 24, 2007)("The 'first-to-file' rule is a generally recognized doctrine of federal comity which permits a district court to decline jurisdiction over an action when a complaint involving the same parties and issues has already been filed in another district.");  see also Cruz, 2005 U.S. Dist. LEXIS 9924, at *4 (explaining that there are exceptions to the rule and that the presumption may be overcome by a showing that the first-filed case constituted an

requires that this action be dismissed or stayed.

Plaintiffs object, contending that special circumstances are present which render the "first-filed rule" inapplicable and justify giving priority to this second filed action.  In particular, Plaintiffs contend that the California action is an anticipatory suit which 24 Four Fitness filed as a forum shopping tactic.  Plaintiffs note that 24 Hour Fitness did not serve or otherwise notify them of the California action until after Plaintiffs had filed and served 24 Hour Fitness with their Complaint.  They assert that 24 Hour Fitness acted in bad faith by filing the suit while the parties were engaged in settlement discussions.  Plaintiffs also argue that the instant action is broader than the California action and dispute 24 Hour Fitness' contention that Plaintiffs' claims in the Rhode Island action are compulsory counterclaims which must be asserted in the California action.  Lastly, Plaintiffs argue that the balance of convenience factors favors the second filed action.

Plaintiffs have moved to dismiss the California Action on the ground that there was no ripe and legitimate "case or controversy" between the parties at the time 24 Hour Fitness filed that action.  See M.D. Beauty, Inc. v. Gross, No. C03-3082 SBA, 2003 U.S. Dist. LEXIS 27257, at *8-9 (N.D. Cal. Oct. 27, 2003)("if a declaratory plaintiff is not in reasonable apprehension of a suit, then a court may not exercise jurisdiction because there is no case or controversy")(citing 28 U.S.C. § 2201).  In support of this argument, Plaintiffs stress that "throughout the parties' settlement discussions, Plaintiffs never explicitly or implicitly threatened to sue 24 Hour Fitness."  Memorandum of Law in Support of Plaintiffs' Objection to Defendant's Motion to Dismiss, or Alternatively, Stay

---

improper anticipatory filing).

Proceedings ("Plaintiffs' Mem.") at 13.  Plaintiffs' motion to dismiss is scheduled to be heard on September 9, 2008, by the California federal court.

## Discussion

The path which this Court should follow relative to the instant Motion was clearly stated by District Judge William E. Smith in Cruz v. Hartford Casualty Insurance Co., C.A. No. 05-38S, 2005 U.S. Dist. LEXIS 9924 (D.R.I. May 20, 2005).  In Cruz, the plaintiff similarly argued that a previously filed declaratory judgment action in Texas was an improper anticipatory filing by the defendant and that the balance of convenience favored Rhode Island over Texas as the forum.  See id. at *7.  Although Judge Smith found that the plaintiff's anticipatory filing argument was "compelling," id., and that the plaintiff's choice of forum, the convenience of the parties, and the state's interest (the underlying tort had occurred in Rhode Island) all favored that the case be heard in Rhode Island, Judge Smith deferred to the Texas court the ultimate decision on whether an exception to the first-filed rule applied.  See id. at *8.  In doing so, he explained that "case law indicates that the court in which the first-filed case was brought decides the question of whether or not the first-filed rule, or alternatively, an exception to the first-filed rule, applies."  Id. (quoting Ontel Prods, Inc. v. Project Strategies Corp., 899 F.Supp. 1144, 1150 n.9 (S.D.N.Y. 1995)).

Other courts have also recognized that the determination of which action should proceed should be made by the court where the first action is filed.

> Once the likelihood of substantial overlap between ... two suits [has] been demonstrated, it [is] no longer up to the [second court] to resolve the question of whether both should be allowed to proceed.  By virtue of its prior jurisdiction over the common subject matter ... the

4

ultimate determination of whether there *actually* [is]
substantial overlap requiring consolidation ... belong[s]
to [the first court]."

Boston & Maine Corp. v. United Transp. Union, 110 F.R.D. 322, 329
(D. Mass. 1986)(quoting West Gulf Mar. Ass'n v. ILA Deep Sea
Local 24, 751 F.2d 721, 730 (5th Cir. 1985)(quoting Mann Mfg.
Inc. v. Hortex Inc., 439 F.2d 403, 405 (5th Cir. 1971)))
(alterations in original); see also Best Western Int'l, Inc. v.
Mahroom, No. CV 07-827-PHX-JAT, 2007 U.S. Dist. LEXIS 32969, at
*11-12 (D. Ariz. May 3, 2007)(finding "no reason to deviate from
the normal rule ... that the first-filed court should consider
the exceptions to the first-to-file rule"); Gemco Latinoamerica,
Inc. v. Seiko Time Corp., 623 F.Supp. 912, 916 (D.P.R. 1985)("the
district court hearing the first-filed action should determine
whether special circumstances dictate that the first action be
dismissed in favor of a later-filed action")(quoting Donaldson,
Lufkin & Jenrette v. Los Angles County, 542 F.Supp. 1317, 1321
(S.D.N.Y. 1982)).  The late Senior District Judge Raymond J.
Pettine of this Court cited this case law in staying a second
filed Rhode Island action until the federal district court for
the Northern District of Ohio finally adjudicated a first filed
action or chose to refrain from exercising its jurisdiction over
that action.  See SW Indus., Inc. v. Aetna Cas. & Sur. Co., 653
F.Supp. 631, 639 (D.R.I. 1987)(citing West Gulf Mar. Ass'n, Gemco
Latinoamerica, Inc., and Donaldson, Lufkin & Jenrette as "cases
holding that the decision as to which forum is more appropriate
is a prerogative of the court hearing the first-filed action").

Here the California action and the Rhode Island action are
closely related.  They involve essentially the same parties and
the same or closely related claims.  Cf. Supervalu Inc. v.
Executive Dev. Sys., Inc., Case No. CV-06-329-S-BLW, 2007 U.S.
Dist. LEXIS 3141, at *2 (D. Idaho Jan. 12, 2007)(stating that the

parties need not be identical for application of the first-to-file rule, but there must be similarity or substantial overlap). Here there is the danger of conflicting judicial resolutions were this Court to decide the instant Motion. If it denies the Motion and the California court denies Plaintiffs' motion to dismiss, the result will be that there will be two actions, nearly mirror images, being litigated in two different federal courts. In addition, principles of comity and consistency favor allowing the court which has the first filed action before it to consider whether there are special circumstances which warrant an exception to the first-filed rule. Cf. Gemco Latinoamerica, Inc., 623 F.Supp. at 916 ("Absent such a rule, there would exist the possibility of conflicting judicial resolutions as well as a duplication of judicial efforts.").

It is true that to date Plaintiffs have only sought to have the California action dismissed and have not filed a motion to transfer venue to this district. However, Plaintiffs' contention that the first-filed rule does not apply because of special circumstances and because the balance of convenience favors litigating the dispute in Rhode Island clearly would provide a basis for moving to transfer venue. Such a motion would raise directly before the California court the arguments which Apex has made in opposing the instant Motion. This Court assumes that if Plaintiffs' motion to dismiss the California action is denied, they will file a motion to transfer venue. Alternatively, Plaintiffs could move to supplement their existing motion to dismiss by requesting as alternative relief that the declaratory judgment action be transferred to this Court for the reasons Plaintiffs have advanced in opposition to the instant Motion.

In any case, this Magistrate Judge is persuaded that it would be unwise and inappropriate for this Court to decide whether an exception to the first-to-file rule should be made.

That decision should be made by the California federal court.

## Conclusion

Accordingly, for the reasons stated above, I recommend that the Motion to Dismiss or Stay be granted to the extent that proceedings in this action be stayed pending a determination by the United States District Court for the Northern District of California whether the prior filed action should proceed.  Any objections to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten (10) days of its receipt.  See Fed. R. Civ. P. 72(b); DRI LR Cv 72(d).  Failure to file specific objections in a timely manner constitutes waiver of the right to review by the district court and of the right to appeal the district court's decision.  See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603, 605 (1st Cir. 1980).


/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 15, 2008