MANATT, PHELPS & PHILLIPS, LLP
SUSAN E. HOLLANDER (Bar No. CA 133473)
BRITT L. ANDERSON (Bar No. CA 212092)
E-mail: patrademarks@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

MANATT, PHELPS & PHILLIPS, LLP
SHARI MULROONEY WOLLMAN (SBN 137142)
E-mail: swollman@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Plaintiff
24 Hour Fitness USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| 24 HOUR FITNESS USA, INC., | No. CV 08-01681 SBA |
| Plaintiff, | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS BASED ON LACK OF PERSONAL AND SUBJECT MATTER JURISDICTION** |
| vs. | |
| APEX STORES, LLC; APEX, LLC; APEX AT HOME, LLC, | |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

90028822.2

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO DISMISS
(CV 08-01681 SBA)

1    The Court, having read and considered Defendants' Motion to Dismiss Plaintiff 24 Hour

2    Fitness' First Amended Complaint as well as 24 Hour Fitness USA, Inc.'s Opposition thereto,

3    and all other papers and arguments submitted in connection therewith, hereby **ORDERS** as

4    follows:

5        **IT IS HEREBY ORDERED THAT** Defendants' Apex Stores, LLC's and Apex, LLC's

6    Motion to Dismiss Plaintiff 24 Hour Fitness' First Amended Complaint based on lack of personal

7    jurisdiction is **DENIED**.  Plaintiff 24 Hour Fitness has met its burden of demonstrating that

8    Defendants Apex Stores, LLC and Apex, LLC have purposefully directed their activities toward

9    California and that the exercise of jurisdiction is reasonable in this case.  *See Yahoo! Inc. v. La*

10   *Ligue Contre Le Racisme et L'Antisemitisme*, 433 F.3d 1199, 1205 (9th Cir. 2006); *Panavision*

11   *Int'l, L.P. v. Toeppen*, 141 F.3d 1316, 1322 (9th Cir. 1998); *Solar Gear Inc. v. Sunglass Int'l,*

12   *Inc.*, 32 U.S.P.Q.2d 1355, 1357-58 (N.D. Cal. 1994).

13       **IT IS HEREBY FURTHER ORDERED THAT** Defendants' Apex Stores, LLC's,

14   Apex, LLC's, and Apex At Home, LLC's Motion to Dismiss 24 Hour Fitness' First Amended

15   Complaint based on lack of subject matter jurisdiction is **DENIED**.  Plaintiff 24 Hour Fitness

16   USA, Inc. has shown that an actual controversy existed at the time that this suit was filed and that

17   the exercise of declaratory judgment jurisdiction is proper.  *See e.g. Medimmune, Inc. v.*

18   *Genentech, Inc.*, 549 U.S. 118, 127 S. Ct. 764, 771-72, 166 L. Ed. 2d 604 (2007).

19

20   **IT IS SO ORDERED.**

21

22   Dated:_____

23

24                                        _____
                                          Honorable Saundra Brown Armstrong
25                                        United States District Judge

26

27

28

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Palo Alto

90028822.2                        1                        [PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO DISMISS
(CV 08-01681 SBA)