SHEPPARD MULLIN RICHTER & HAMPTON, LLP
NEIL A. SMITH (SBN 63777)
NATHANIEL BRUNO (SBN 228118)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile:   (415) 434-3947
Email: nsmith@sheppardmullin.com
Email: nbruno@sheppardmullin.com

Attorneys for Defendants
APEX STORES, LLC; Apex LLC; Apex At Home, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| 24 Hour Fitness USA, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Apex Stores, LLC; Apex, LLC; Apex At Home, LLC<br><br>Defendants. | Case No. 4:08-cv-01681-SBA<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW A. GATES**<br><br>Honorable Saundra Brown Armstrong<br>United States District Judge<br><br>Hearing Date: September 9, 2008<br>Hearing Time: 1:00 p.m.<br>Courtroom: 3 |

I, Andrew A. Gates, hereby under oath depose and state as follows:

1.   The matters set forth in this declaration are based upon my personal knowledge.  I am a resident of the Commonwealth of Massachusetts.  I make this declaration in support of the Defendants' Motion to Dismiss the above-captioned lawsuit.

2.   Over the years, Apex Stores, LLC has registered approximately 1,500 domain names, including approximately 180 to 200 domain names that directly reference "Apex".  Many of the domain names registered by Apex Stores, LLC are related to the operations and

1  retail services carried out by Apex Stores, LLC from 1999-2001, and subsequently by Apex
2  At Home, LLC.

    Signed and sworn to under the pains and penalties of perjury this 28th day of August, 2008.

    */s/ Andrew A. Gates*
    Andrew A. Gates

## Attorney Attestation

As the attorney e-filing this document, and pursuant to General Order No. 45, I hereby attest that Andrew A. Gates has concurred in this filing.

Dated:  August 28, 2008

    */s/ Nathaniel Bruno*
    Nathaniel Bruno