**RECEIVED**
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
SEP 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

24 Hour Fitness USA, Inc.

CASE NO. CV 08 01681 SBA

Plaintiff(s),

v.

Apex Stores, LLC, Apex, LLC, Apex At Home, LLC,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

[Docket No. 29]

Steven M. Cowley, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199         617.239.0100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Apex Stores, LLC, Apex, LLC, Apex At Home.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9-3-08

_____
United States District Judge
Sandra Brown Armstrong